# EXHIBIT A



**CORPORATION SERVICE COMPANY**

# Notice of Service of Process

**TWS / ALL**
**Transmittal Number: 10223360**
**Date Processed: 08/15/2012**

| | |
|---|---|
| **Primary Contact:** | Daniel Halvorsen<br>Trans Union LLC<br>555 W. Adams Street<br>Chicago, IL 60661-3601 |

| | |
|---|---|
| **Entity:** | Trans Union LLC<br>Entity ID Number  1884665 |
| **Entity Served:** | Trans Union LLC |
| **Title of Action:** | Joseph P. Hadeed vs. Equifax Information Services LLC |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Other |
| **Court/Agency:** | Alexandria City Circuit Court, Virginia |
| **Case/Reference No:** | CL12003871 |
| **Jurisdiction Served:** | Virginia |
| **Date Served on CSC:** | 08/14/2012 |
| **Answer or Appearance Due:** | 21 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |
| **Sender Information:** | Raighnc C Delaney<br>703-525-4000 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
*CSC is SAS70 Type II certified for its Litigation Management System.*
2711 Centerville Road   Wilmington, DE 19808   (888) 690-2882   |   sop@cscinfo.com





Case No CL12003871
Doc No 2120497

# SUMMONS

## TO THE SHERIFF: YOU ARE HEREBY COMMANDED TO SERVE:

Serve    Trans Union LLC
c/o Beverley L Crump
Bank of American Center, 16th Floor
1111 E Main Street
Richmond, VA 23219

The party upon whom this summons and the attached complaint are served is hereby notified that unless within 21 days after such service, response is made by filing in the clerk's office of this court a pleading in writing, in proper legal form, the allegations and charges may be taken as admitted and the court may enter an order, judgment or decree against such party either by default or after hearing evidence

**Appearance in person is not required by this summons.**

Done in the name of The Commonwealth of Virginia, the 10th day of August, 2012

Marilyn Delgado
Deputy Clerk

Edward Semonian
Clerk, Circuit Court
520 King Rm 307
Alexandria, VA 22314
(703) 746-4044

Copy to Serve

COMMONWEALTH OF VIRGINIA                    Case #  CL12003871
    In the Circuit Court of the City of Alexandria

STYLE   HADEED, JOSEPH V EQUIFAC INFORMATION SERVICES LLC ET

Serve   Trans Union LLC
    c/o Beverley L  Crump
    Bank of American Center, 16th Floor
    1111 E Main Street
    Richmond, VA  23219

Copy to Serve

**VIRGINIA:**

### IN THE CIRCUIT COURT FOR THE CITY OF ALEXANDRIA

Joseph P Hadeed )
8002 Hollington Place )
Fairfax Station, VA 22039 )
 )
 )
Plaintiff, )
 )
v )  Case No CL12003871
 )
Equifax Information Services LLC )
C/o Corporation Service Company )
Bank of America Center, 16th Floor )
1111 East Main Street )
Richmond, VA 23219 )
 )
Experian Information Solutions, Inc. )
C/o David N Anthony )
Troutman Sanders LLP )
1001 Haxall Point )
Richmond, VA 23219 )
 )
Trans Union LLC )
C/o Beverley L Crump )
Bank of America Center, 16th Floor )
1111 East Main Street )
Richmond, VA 23219 )
 )
Defendants )

### COMPLAINT

COMES NOW, Joseph P Hadeed, by counsel, to demand judgment against Defendants,

Equifax Information Services LLC, Experian Information Solutions, Inc , and Trans Union LLC

(collectively, the "Credit Agency Defendants"), and states as follows

#### *The Parties*

1      Plaintiff, Joseph P Hadeed, is an adult individual who resides in Virginia

2       Defendant Equifax Information Services LLC ("Equifax") is a Georgia corporation that regularly conducts business in Virginia and which has a principal place of business in Georgia

3       Defendant Experian Information Solutions, Inc ("Experian") is an Ohio corporation that regularly conducts business in Virginia and which has a principal place of business in California

4       Defendant Trans Union LLC ("Trans Union") is a Delaware corporation that regularly conducts business in Virginia and which has a principal place of business in Illinois

### *Jurisdiction and Venue*

5       The Alexandria Circuit Court has subject matter jurisdiction as all relevant transactions occurred within Virginia

6       The Alexandria Circuit Court has personal jurisdiction over the Credit Agency Defendants pursuant to Va Code Ann § 8.01-328.1

7       The Alexandria Circuit Court is the proper venue for this action pursuant to Va Code Ann § 8 01-262

### *Facts*

8       Mr. Hadeed is a resident of Virginia  He is the Chief Executive Officer of Hadeed Carpet Cleaning, Inc., a company that he has helped build and expand for more than 20 years  His company's success has depended on favorable loans and lines of credit, which he has historically received as a result of his good credit history and fiscal responsibility

9       In 2005, Mr Hadeed discovered that his identity and credit cards had been stolen by one Elizabeth Mavrommatis ("Mavrommatis")  Mavrommatis ran up several of Mr Hadeed's existing credit accounts and opened others, all of which damaged Mr Hadeed's credit rating and caused him great distress. Criminal charges were filed against Mavrommatis, who was later convicted  Copies of Mavrommatis' arrest warrants and convictions are attached as Exhibit A

2

10      In 2008 and 2009, Mr Hadeed attempted to take out loans from Burke & Herbert Bank (the "Bank") in order to purchase property for expanding his business, as well as a home   In order to determine Mr Hadeed's loan eligibility, the Bank sought a "3-in-1" credit report from Defendant Equifax   As a result of this report, the bank was not able to offer Mr Hadeed loans at a favorable interest rate.

11.     After some investigation, Mr. Hadeed discovered that his poor credit rating resulted from the listing of numerous accounts that had been "run up" and/or opened by Mavrommatis   In 2009, and again in 2010, Mr Hadeed sent correspondence to the Credit Agency Defendants, informing them of the identity theft and the unauthorized activity connected to those accounts   In addition to this correspondence, he requested that the accounts be removed   Copies of the 2009 and 2010 correspondence are attached as **Exhibit B** and **Exhibit C**

12.     Along with the above correspondence, Mr Hadeed sent the Credit Agency Defendants Mavromatis' arrest warrants and subsequent convictions. as well as sworn affidavits certifying that the accounts were no longer his   Copies of these affidavits are attached as **Exhibit D**

13.     The Credit Agency Defendants initiated investigations into the activity listed on Mr Hadeed's credit report.   Months later, some of the accounts were removed

14      Nevertheless, the Credit Agency Defendants refused to accept Mavrommatis' warrants and convictions as proof that the activity on the remaining accounts was unauthorized   As of September 2011, some of these accounts continue to be listed on Mr Hadeed's credit reports and are used in calculating his credit rating

15      As an example, a September 2011 report from Defendant Equifax lists Mr Hadeed's "beacon" credit score as 627, which is only deemed "average" or "ok"   This report contains several inaccuracies. The address for Mr Hadeed listed on the report is an address he moved

3

from *several years ago*. In addition, it continues to list a "WFNNB/Express" collection account which is not his. Finally, the report notifies readers that a "serious delinquency and derogatory public record or collection" was filed, which can only refer to the above collection items that do *not* belong to Mr. Hadeed A copy of this credit report is attached as <u>Exhibit E</u>

16. Upon information and belief, the Credit Agency Defendants have been reporting derogatory and inaccurate statements like that above relating to Mr Hadeed and Mr Hadeed's credit history to third parties (hereafter the "inaccurate information")

17 The inaccurate information negatively reflects upon Mr Hadeed, Mr Hadeed's credit repayment history, Mr. Hadeed's financial responsibility as a debtor and Mr Hadeed's credit worthiness. The inaccurate information consists of accounts and/or tradelines that do not belong to Mr. Hadeed, or which misrepresent the payment history and/or status of accounts that do belong to Mr. Hadeed

18. Upon information and belief, the inaccurate information includes, but is not limited to. accounts with Capital One, Express, WFF Cards, WFNNB, Victoria's Secret, CBNA, AFNI. Credit Bureau of North America and/or Credit Control

19. The Credit Agency Defendants have been reporting the inaccurate information through the issuance of false and inaccurate credit information and consumer credit reports that they have disseminated to various persons and credit grantors, both known and unknown

20 As a result of the Credit Agency Defendants' sloppy and inaccurate reporting, Mr Hadeed has applied for and has been denied various loans and extensions of consumer credit on several different occasions. Mr Hadeed has been informed by creditors and extenders of consumer credit that the basis for these denials was the inaccurate information that appears on

4

Mr. Hadeed's credit reports, and that the inaccurate information was a substantial factor for those denials

21      Mr. Hadeed's credit reports and file have been obtained from the Credit Agency Defendants and have been reviewed many times by prospective and existing credit grantors and extenders of credit, and the inaccurate information has been a substantial factor in precluding Mr Hadeed from receiving many different credit offers and opportunities, known and unknown, and from receiving the most favorable terms in financing and interest rates for credit offers that were ultimately made.

22      As a result of the Credit Agency Defendants' conduct, Mr Hadeed has suffered actual damages in the form of credit denial or loss of credit opportunity, credit defamation and emotional distress, including anxiety, frustration, embarrassment, and humiliation In addition, his interest rates have remained high, at between 5 75% and 6 25%

23      At all times pertinent hereto, the Credit Agency Defendants were acting by and through their agents, servants and/or employees who were acting within the course and scope of their agency or employment, and under the direct supervision and control of the Credit Agency Defendants.

24.      At all times pertinent hereto, the conduct of the Credit Agency Defendants, as well as that of their agents, servants and/or employees, was malicious, intentional, willful, reckless, and in grossly negligent disregard for federal and state laws and the rights of Mr. Hadeed

### *Count I—FCRA (All Defendants)*

25      Mr. Hadeed incorporates the foregoing paragraphs as though the same were set forth at length herein

5

26.   At all times pertinent hereto, the Credit Agency Defendants were "persons" and "consumer reporting agencies" as those terms are defined by 15 U S C §§ 1681a(b) and (f).

27   At all times pertinent hereto, Mr. Hadeed was a "consumer" as that term is defined by 15 U S C. § 1681a(c)

28   At all times pertinent hereto, the above-mentioned credit reports were "consumer reports" as that term is defined by 15 U S.C § 1681a(d)

29.   Pursuant to 15 U.S.C § 1681n and 15 U.S.C. §1681o, the Credit Agency Defendants are liable to Mr. Hadeed for willfully and negligently failing to comply with the requirements imposed on a consumer reporting agency of information pursuant to 15 U S C § 1681e(b)

30   The Credit Agency Defendants' conduct was a direct and proximate cause, as well as a substantial factor, in bringing about the serious injuries, actual damages and harm to Mr Hadeed that are outlined more fully above and, as a result, the Credit Agency Defendants are liable to Mr Hadeed for the full amount of statutory, actual and punitive damages, along with the attorneys' fees and the costs of litigation, as well as such further relief, as may be permitted by law.

### Count II—Defamation (All Defendants)

31   Mr Hadeed incorporates the foregoing paragraphs as though the same were set forth at length herein.

32.   The Credit Agency Defendants have published statements, both orally and through writing to various creditors, prospective credit grantors, other credit reporting agencies, communicating that the above-referenced derogatory, inaccurate information belongs to Mr Hadeed.

6

33. The Credit Agency Defendants have published these statements each time a credit report on Mr Hadeed has been requested by any creditor, prospective credit grantors, furnisher, or other source.

34. The statements made by the Credit Agency Defendants are false in that they inaccurately reflect Mr Hadeed's credit information and debt repayment history, and paint Mr Hadeed as financially irresponsible and delinquent

35 The Credit Agency Defendants have published these statements to at least every single creditor, furnisher or prospective creditor or other entity that has requested Mr. Hadeed's credit report

36 The written statements and oral statements and publications constitute defamation per se

37. If the written and oral statements are not defamatory per se, they are defamatory because the Credit Agency Defendants' false reporting reflects poorly upon Mr. Hadeed's credit repayment history and fiscal responsibility, has in fact prejudiced him, resulted in known and unknown lost credit offers and opportunities, and caused him special damages of at least two hundred fifty thousand dollars ($250,000) in the form of increased interest rates with loans from the Burke & Herbert Bank and John Marshall Bank

38 In addition, despite repeated notices from Mr Hadeed, the Credit Agency Defendants have acted with malice by failing to communicate the information provided to them by Mr Hadeed to all creditors, prospective creditors, furnishers of information and all other entities to whom they provide credit information concerning Mr. Hadeed

39 In the alternative, the Credit Agency Defendants disseminated these credit reports without reasonable grounds for believing that they were true

7

40.     In the alternative, the Credit Agency Defendants disseminated these reports after negligently failing to ascertain the facts on which they were based

41.     The Credit Agency Defendants' conduct was a direct and proximate cause, as well as a substantial factor, in bringing about the serious injuries, damages and harm to Mr Hadeed that are outlined more fully above and, as a result, the Credit Agency Defendants are liable to compensate Mr Hadeed for the full amount of actual damages, compensatory damages and punitive damages, as well as such other relief, permitted under the law

### *Jury Trial Demand*

42     Mr Hadeed demands trial by jury on all issues so triable.

### *Prayer for Relief*

WHEREFORE, Mr. Hadeed seeks judgment in Mr Hadeed's favor and damages against the Credit Agency Defendants, jointly and severally, based on the following requested relief

(a)     Actual damages of seventy five thousand dollars ($75,000),

(b)     Statutory damages pursuant to 15 U S.C. § 1681n

(c)     Punitive damages of two hundred twenty-fifty thousand dollars ($225,000).

(d)     Costs and reasonable attorneys' fees pursuant to 15 U.S C §§ 1681n and 1681o,

(e)     An order directing Defendants to immediately

    a   delete all of the inaccurate information from Mr Hadeed's credit reports and files.
        AND

    b   cease reporting the inaccurate information to any and all persons and entities to whom they report consumer credit information;

(f)     An order directing that Defendants send to all persons and entities to whom they have reported inaccurate information about Mr Hadeed within the last three years Mr Hadeed's

8

updated and corrected credit report information; and

(g)     Such other and further relief as may be necessary, just and proper

Respectfully Submitted,

Raighne C. Delaney, VSB# 38787
Bean, Kinney & Korman, P C
2300 Wilson Boulevard, Seventh Floor
Arlington, VA 22201
(703) 525-4000 (phone)
(703) 525-2207 (fax)
*Counsel for Plaintiff*

9

HEARING DATE AND TIME

01/25/2005
09:30 AM

CASE NO ( : 04-7410242

**ACCUSED**

Mavromates, Elizabeth C
LAST NAME, FIRST NAME, MIDDLE NAME

No Fixed          ADDRESS/LOCATION

To be completed upon service as Summons

Mailing address ☐ Same as above

COMPLETE DATA BELOW IF KNOWN

| RACE | SEX | MO | DAY | YR. | FT | IN | WGT | EYES | HAIR |
|------|-----|-----|-----|-----|-----|-----|-----|------|------|
| W | F | | | | 5 | 1 | 100 | GR | RE |

Commonwealth of Virginia

## WARRANT OF ARREST

CLASS ___ MISDEMEANOR

☑ EXECUTED by arresting the Accused named above on this day:

☐ EXECUTED by summoning the Accused named above on this day.

☐ For legal entities other than named individuals, service pursuant to Va Code § 19 2-76

12-19-04    0245    TPS-527-M1
DATE AND TIME OF SERVICE

I N Robertson _____ FFX CO PD    ARRESTING OFFICER

2965 _____
BADGE NO  AGENCY AND JURISDICTION

for _____ SHERIFF

Attorney for the Accused.

**EXHIBIT**
A

Fairfax County
☐ CITY OR COUNTY

☐ General District Court ☑ Criminal ☐ Traffic
☐ Juvenile and Domestic Relations District Court

## TO ANY AUTHORIZED OFFICER

You are hereby commanded in the name of the Commonwealth of Virginia forthwith to arrest and bring the Accused before this Court to answer the charge that the Accused, within this city or county,

on or about  12/15/2004     did unlawfully in violation of Section
DATE

.18 2-121     , Code of Virginia

enter the property of Michael Hadeed for the purpose of damaging it or the contents thereof, or for the purpose of interfering with the rights of the owner, user, or occupant thereof to use such property free from interference.

I, the undersigned, have found probable cause to believe that the Accused committed the offense charged, based on the sworn statements of

Ofc. Robertson, I N #2965 FxCo     , Complainant.

Execution by summons ☐ permitted at officer's discretion ☑ not permitted

12/19/2004    02:32 PM
DATE AND TIME ISSUED

Nick F. Saimer, 2905. Magistrate
FAIRFAX COUNTY ☐ CLERK ☐ MAGISTRATE ☐ JUDGE

SUMMONS (If authorized above and by serving this summons)
You are hereby commanded to appear before the Court [illegible] on this date that the document to which this authentication is affixed is a true copy of a record in the above named court, made in performance of my official duties

[signature] _____ AM/PM
DATE

on _____ AM/PM

I promise to appear in accordance with this Summons and certify that my mailing address as shown at right is correct CCRE May be Required    _____ ACCUSED

WARNING TO ACCUSED You may be tried and convicted in your absence if you fail to appear in response to this Summons Willful failure to appear is a separate offense
SIGNING THIS NOTICE DOES NOT CONSTITUTE AN ADMISSION OF GUILT

FORM DC-314 REV DC   (11 1 6 01) 4021

The Accused was this day.
- [ ] tried in absence
- [ ] present

_____

[ ] PROSECUTING ATTORNEY PRESENT (NAME)

_____

[ ] DEFENDANT'S ATTORNEY PRESENT (NAME)

- [ ] NO ATTORNEY
- [ ] ATTORNEY WAIVED
- [ ] If convicted, no jail sentence will be imposed

[ ] Translator/Interpreter present

_____
NAME

Plea of Accused:
- [ ] not guilty [ ] witnesses sworn
- [ ] nolo contendere
- [ ] guilty
[ ] Plea Bargain [ ] Plea and Recommendation

And was TRIED and FOUND by me:
- [ ] not guilty
- [ ] guilty as charged
- [ ] guilty of _____
- [ ] facts sufficient to find guilt but defer adjudication /disposition and place accused on probation. §§ 4.1-305, 18.2-57.3, 18.2-251 or 19 2-303.2  Costs imposed upon defendant.

And was FOUND by me to be:
- [ ] driving a commercial motor vehicle
- [ ] carrying hazardous materials

[ ] I ORDER a nolle prosequi on prosecution's motion

[ ] I ORDER the charge dismissed
- [ ] conditioned upon payment of costs (accord and satisfaction). § 19.2-151
- [ ] conditioned upon payment of costs and successful completion of traffic school § 16 1-69 48:1
- [ ] under §§ 4.1-305, 18.2-57.3, 18 2-251 or 19 2-303 2

_____ 4-19-05 _____
DATE

I impose the following Sentence.

[ ] FINE [ ] CIVIL PENALTY of $ ___ ___ _____
   with $ ___ ___ ___ ___   suspended

[ ] JAIL sentence of ___ ___ ___   imposed
   with ___ ___ ___   suspended conditioned
   upon being of good behavior and keeping the peace, and
   paying fines and costs. Pursuant to § 53 1-187. credit is
   granted for pre-trial detention.

[ ] Serve jail sentence beginning
   [ ] on weekends only

[ ] Work release  [ ] authorized if eligible  [ ] required
                  [ ] Work release not authorized

[ ] on PROBATION for ___ ___ ___
   [ ] VASAP  [ ] local community-based probation program

[ ] DRIVER'S LICENSE suspended ___ ___ ___
[ ] Restricted Driver's License per attached order
   [ ] Ignition Interlock for ___ ___ ___

[ ] RESTITUTION of $ ___ ___
   due by ___ ___ ___   payable to
   ___
   with interest thereon from ___ ___ ___
   [ ] as condition of suspended sentence

[ ] ___ ___ ___ hours of community service to be performed
   for ___ ___ ___
   [ ] to be credited against fines and costs

[ ] Contact prohibited between defendant and victim/ victim's family or household members

[ ] Other ___ ___ ___ ___

[ ] Bail on Appeal $ ___ ___ ___
[ ] Remanded for CCRE Report

DRIVER'S LICENSE/PRIVILEGE TO DRIVE IN VIRGINIA
SUSPENDED EFFECTIVE IN 15 DAYS IF FINES, COSTS,
FORFEITURES, PENALTIES OR RESTITUTION ARE NOT PAID
Va Code § 46 2-395

_____
JUDGE

| FINE | $ ___ ___ ___ |
|---|---|
| COSTS | |
| 112 | ___ ___ ___ |
| 140  PROCESSING FEE | ___ ___ ___ |
| 143 | ___ ___ ___ |
| 107 DOAF | ___ ___ ___ |
| 113 WITNESS FEE | ___ ___ ___ |
| 113 SENTENCE FEE | ___ ___ ___ |
| 113 DRUG ANALYSIS FEE | ___ ___ ___ |
| 113 IGNITION INTERLOCK | ___ ___ ___ |
| 113 | ___ ___ ___ |
| 120 CT APPT ATTY | ___ ___ ___ |
| 121 T I A FEE | ___ ___ ___ |
| 125 WEIGHING FEE | ___ ___ ___ |
| 132 CICF | ___ ___ ___ |
| 133 BLOOD TEST FEE | ___ ___ ___ |
| 137 TTP | ___ ___ ___ |
| 229 CHMF | ___ ___ ___ |
| 234 JAF | ___ ___ ___ |
| 244 CHSF | ___ ___ ___ |
| 245 NON-CONSEC JAIL FEE | ___ ___ ___ |
| OTHER (SPECIFY) | ___ ___ ___ |
| TOTAL | $ ___ ___ ___ |

CA[...] **TACHMENT OF THE BODY**
Co[...] of Virginia - [...]

[...] VA CODE §§ 16.1-60 24, 18.2-456
19.2-123, 19.2-306, 19.2-358
☐ General District Court
☐ Juvenile and Domestic Relations District Court

[...] CITY OR COUNTY

[...] STREET ADDRESS OF COURT

**TO ANY AUTHORIZED OFFICER:**
You are hereby commanded in the name of the Commonwealth forthwith to arrest the Respondent, and to produce the Respondent in this Court when found, or as soon thereafter as this Court may be in session, to show cause, if any, why Respondent should not, pursuant to Va. Code §1[...](.)

☐ serve the _____ sentence/pay the _____ fine
previously suspended on _____
for conviction of _____
because of _____

☐ have Respondent's recognizance/bail revoked for violation of conditions of relieve

☐ be imprisoned, fined or otherwise punished for.

☐ failure to appear in this Court on 01/25/05 _____
DATE AND TIME

☐ failure to pay fines and/or restitution or an installment thereof
payment due $ _____ on _____
arrearage as of _____

☐ failure to provide support as ordered $ _____ per
with $ _____

☐ failure to obey an order of ☐ this court

_____ ordering

☐ have his or her driving privilege revoked for failure to

☐ have his or her VASAP participation revoked,

☐ have his or her community-based probation revoked.

☐ (Other-explain)

The following information is provided to the Judicial Officer in determining bail

DATE ISSUED

☐ CLERK ☐ MAGISTRATE ☐ JUDGE

---

CASE NO. [...]
**ARREST THIS RESPONDENT.**

[...] LAST NAME, FIRST NAME, MIDDLE NAME

N/A

| | | COMPLETE DATA BELOW IF KNOWN | | | | | |
|---|---|---|---|---|---|---|---|
| | | BORN | HT | WGT | EYES | HAIR | |
| RACE | SEX | MO | DAY | YR | FT | IN | |

SSN

**CAPIAS:**

**ATTACHMENT OF THE BODY**

In connection with the case of

☐ Commonwealth of Virginia

☐ _____

*w/In re*

UNDERLYING CASE NO [...]
UNDERLYING CHARGE(S)

EXECUTED by arresting the Respondent named above
on this by _____
DATE AND TIME

_____ ARRESTING OFFICER

_____
BADGE/NO, AGENCY AND JURISDICTION

for _____ _____
SHERIFF

RECEIVED
JAN 2 7 2005
BY

HEARING DATE
AND TIME

03/08/05.
09:30AM

Motion to Change Bond on:

☐ changed to $

☐ no change

The Respondent was this day:

☐ tried in absence

☐ present

_____

☐ PROSECUTING ATTORNEY PRESENT (NAME)

_____

☐ DEFENDANT'S ATTORNEY PRESENT (NAME)

☐ NO ATTORNEY

☐ ATTORNEY WAIVED

☐ If convicted, no jail sentence will be imposed

☐ Translator/Interpreter present

_____
NAME

The Respondent

☐ denied guilt

☐ did not contest guilt

☐ admitted guilt

And was TRIED and FOUND by me

☐ not guilty of contempt

☐ not guilty

☐ guilty of contempt

☐ guilty as charged

☐ See attached Order

☑ I ORDER the charge dismissed

☑ I ORDER a nolle prosequi on the prosecution's motion

☐ I find that respondent has violated the conditions of his or her recognizance/bail and I ORDER Respondent's recognizance/bail revoked

4-79

I impose the following Disposition:

☐ FINE of $ ____ with suspended.

☐ JAIL sentence of ____ imposed with ____ suspended conditioned upon being of good behavior and keeping the peace, and paying fines and costs

☐ Revoke ____ days/months of previously suspended jail sentence and resuspending ____ days/months

☐ Revoke $ ____ of previously suspended fine and resuspending $

☐ Serve jail sentence beginning

☐ on weekends only

☐ on PROBATION for

☐ DRIVER'S LICENSE suspended

☐ Restricted Driver's License revoked

☐ ____ hours of community service to be performed for

☐ to be credited against fines and costs

☐ Other

☐ Bail on Appeal $

☐ Remanded for CCRE Report

☐ Contact prohibited between defendant and victim/victim's family or household members

DRIVER'S LICENSE/PRIVILEGE TO DRIVE IN VIRGINIA SUSPENDED EFFECTIVE IN 15 DAYS IF FINES, COSTS, FORFEITURES, PENALTIES OR RESTITUTIONS ARE NOT PAID  VA CODE § 46 2-395(B)

JUDGE   APR    2005  J.C. WATERS, JR.

FINE ____ $

COSTS

| 112 | |
| 140 | PROCESSING FEE |
| 143 | |

113  WITNESS FEE

113  SENTENCING FEE

120  CT APPT. ATTY

121  T.I.A FEE

229  CHMF

OTHER (SPECIFY)

_____

TOTAL   $

VA CODE §§ 19.2-71, 72

☐ General District Court  ☒ Criminal  ☐ Traffic
☐ Juvenile and Domestic Relations District Court

Fairfax County
CITY OR COUNTY

**TO ANY AUTHORIZED OFFICER**

You are hereby commanded in the name of the Commonwealth of Virginia forthwith to arrest and
bring the Accused before this Court to answer the charge that the Accused, within this city or county,
on or about   12/19/2004   did unlawfully in violation of Section

12-5-121   , Code of Virginia

enter the property of Michael Harbed for the purpose of damaging it or the contents
thereof, or for the purpose of interfering with the rights of the owner, used, or
occupant thereof to use such property free from interference.

FAIRFAX CO. . . . . . . . . . . . . . . COURT
I, the undersigned . . . . . . Dep. clerk of the
above named court authorized pursuant to VA
Code & 01.391(c) on this date that the document to
which this authentication is affixed is a true copy of
a record in the above named court, made in
the performance of my official duties.

Ofc. Robertson, FFX POLICE CLRK BY

I, the undersigned, have found probable cause to believe that the Accused committed the offense
charged, based on the sworn statement of

Ofc. Robertson, FFX POLICE CLRK BY
_____, Complainant.

Execution by summons ☐ permitted at officer's discretion ☒ not permitted

Nick F. Stames, DATE AND MAGISTRATE

12/19/2004   02.36 PM
DATE AND TIME ISSUED

**SUMMONS** (If authorized above and by serving officer)
You are hereby commanded to appear before this court located at

at _____   _____ AM/PM

I promise to appear in accordance with this Summons and certify that my mailing address as shown at
right is correct   CCRK May be Required

ACCUSED

**WARNING TO ACCUSED** You may be tried and convicted in your absence if you fail to appear in
response to this Summons. Wilful failure to appear is a separate offense.
SIGNING THIS NOTICE DOES NOT CONSTITUTE AN ADMISSION OF GUILT

FORM DC314-990 FC   (11-1-6400-402)

---

CASE NO. 04-24084?

ACCUSED  Mavromantis, Elizabeth C
LASTNAME, FIRSTNAME, MIDDLENAME
No Fixed
ADDRESS/LOCATION

To be completed upon service as Summons
Mailing address ☐ Same as above

☐

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | COMPLETE DATA BELOW IF KNOWN | | | | |
| RACE | SEX | NO BORN DAY | YR | HT FT IN | WGT | EYES | HAIR |
| W | F | | | 5 1 | 100 | GR | BC |
| SSN | | | | | | | |

Commonwealth of Virginia

**WARRANT OF ARREST**

CLASS _____   **MISDEMEANOR**

☐ EXECUTED by arresting the Accused named
  above on this day
☐ EXECUTED by summoning the Accused named
  above on this day.
☐ For legal entities other than individuals, service
  pursuant to Va Code § 19.2-76

12/4/04   14:48
DATE AND TIME OF SERVICE

N. Robertson   2965   FFX 6pp/029
BADGE NO.   AGENCY AND JURISDICTION

SHERIFF
_____ ARRESTING OFFICER
for

Attorney for the Accused

---

**HEARING DATE AND TIME**

01/25/2005
09:30 AM

FO4-1002

1/3/05
M-5/42
AABC
2-3-05

VA Crime Code:
72S-597- ML

WarrSum
059GC-FFI1043312

The Accused was this day:
[ ] tried in absence
[ ] present

_____
[ ] PROSECUTING ATTORNEY PRESENT (NAME)

_____
[ ] DEFENDANT'S ATTORNEY PRESENT (NAME)

[ ] NO ATTORNEY
[ ] ATTORNEY WAIVED
[ ] If convicted, no jail sentence will be imposed

[ ] Translator/Interpreter present
_____
NAME

Plea of Accused.
[ ] not guilty [ ] witnesses sworn
[ ] nolo contendere
[ ] guilty
[ ] Plea Bargain [ ] Plea and Recommendation

And was TRIED and FOUND by me:
[ ] not guilty
[ ] guilty as charged
[ ] guilty of _____
[ ] facts sufficient to find guilt but defer adjudication
/disposition and place accused on probation, §§
4.1-305, 18.2-57.3, 18.2-251 or 19 2-303 2. Costs
imposed upon defendant.
And was FOUND by me to be.
[ ] driving a commercial motor vehicle
[ ] carrying hazardous materials
[ ] I ORDER a nolle prosequi on prosecution's motion

[ ] I ORDER the charge dismissed
[ ] conditioned upon payment of costs (accord and
satisfaction), § 19.2-151
[ ] conditioned upon payment of costs and successful
completion of traffic school § 16.1-69.48:1
[ ] under §§ 4.1-305, 18.2-57 3, 18.2-251 or 19.2-303.2.

___4-19-08___
DATE

I impose the following Sentence.

[ ] FINE [ ] CIVIL PENALTY of $ _____
with $ _____ suspended
[ ] JAIL sentence of _____ imposed
with suspended conditioned
upon being of good behavior and keeping the peace, and
paying fines and costs. Pursuant to § 53 1-187, credit is
granted for pre-trial detention
[ ] Serve jail sentence beginning _____
[ ] on weekends only
[ ] Work release [ ] authorized if eligible [ ] required
[ ] Work release not authorized
[ ] on PROBATION for _____
[ ] VASAP [ ] local community-based probation program
[ ] DRIVER'S LICENSE suspended
[ ] Restricted Driver's License per attached order
[ ] Ignition Interlock for _____
[ ] RESTITUTION of $ _____
due by _____ payable to
_____
with interest thereon from _____
[ ] as condition of suspended sentence
[ ] _____ hours of community service to be performed
for _____
[ ] to be credited against fines and costs
[ ] Contact prohibited between defendant and victim/
victim's family or household members
[ ] Other _____

[ ] Bail on Appeal $ _____
[ ] Remanded for CCRE Report

DRIVER'S LICENSE/PRIVILEGE TO DRIVE IN VIRGINIA
SUSPENDED EFFECTIVE IN 15 DAYS IF FINES, COSTS,
FORFEITURES, PENALTIES OR RESTITUTION ARE NOT PAID
Va Code § 46 2-395

_____
JUDGE

| | FINE | $ |
|---|---|---|
| | COSTS | |
| 112 | PROCESSING FEE | |
| 140 | | |
| 143 | | |
| 107 | DOAF | |
| 113 | WITNESS FEE | |
| 113 | SENTENCE FEE | |
| 113 | DRUG ANALYSIS FEE | |
| 113 | IGNITION INTERLOCK | |
| 113 | | |
| 120 | CT. APPT. ATTY | |
| 121 | T.I A FEE | |
| 125 | WEIGHING FEE | |
| 132 | CICF | |
| 133 | BLOOD TEST FEE | |
| 137 | TTP | |
| 229 | CHMF | |
| 234 | JAF | |
| 244 | CHSF | |
| 245 | NON-CONSEC JAIL FEE | |
| | OTHER (SPECIFY) | |
| | TOTAL | $ |

... OF ARREST — MISDEMEANOR (STATE)                                     VA. CODE §§ 19.2-71, 72

... District Court:
... CITY OR COUNTY                    [X] General District Court  [ ] Criminal  [ ] Traffic
                                      [ ] Juvenile and Domestic Relations District Court

**TO ANY AUTHORIZED OFFICER**

You are hereby commanded in the name of the Commonwealth of Virginia forthwith to arrest and
bring the Accused before this Court to answer the charge that the Accused, within this city or county,

on or about   12/16/2004                    did unlawfully in violation of Section
              DATE

§ 2-121                        , Code of Virginia

enter the property of Michael Hindeed for the purpose of damaging it or the contents
thereof or for the purpose of interfering with the rights of the owner, user, or
occupant thereof to use such property free from interference.

I, the undersigned clerk or deputy clerk of the
above named court authenticate pursuant to VA
Code 8.01-391(c) on this date that the document to
which this authentication is affixed is a true copy of
a record in the above named court, made in
performance of my official duties

I, the undersigned, have found probable cause to charge the Accused commuted the offense
charged, based on the sworn statement of the complainant.

DATE                    Ofc. Robertson. I.N #2965 FxCo

Execution by summons [ ] permitted at officer's discretion  [√] not permitted

12/16/2004    02:35 PM
DATE AND TIME ISSUED

                                        Nick F. Stamey #2965, Magistrate
                                        CLERK  DEPUTY STATE   JUDGE
                                                              MAGISTRATE

**SUMMONS** (If authorized above and by serving officer)
Your are hereby commanded to appear before this court located at

on                                    at                                    AM/PM

I promise to appear in accordance with this Summons and certify that my mailing address as shown at
right is correct   ( )RE May be Required

                        ACCUSED

**WARNING TO ACCUSED** You may be tried and convicted in your absence if you fail to appear in
response to this Summons. Willful failure to appear is a separate offense.
SIGNING THIS NOTICE DOES NOT CONSTITUTE AN ADMISSION OF GUILT

FORM DC-311-390 FC   (11 to 010 052)

---

CASE NO. ( -04-31894 5

ACCUSED
Mavrommatis. Elizabeth C.
LAST NAME. FIRST NAME. MIDDLE NAME
No Fixed
                        ADDRESS/LOCATION

To be completed upon service as Summons
Mailing address [ ] Same as above

[ ]

| RACE | SEX | BORN MO DAY | YR. | FT | IN | WGT | HGT | EYES | HAIR |
|------|-----|-------------|-----|----|----|-----|-----|------|------|
| W    | F   |             |     | 5  | 1  |     | 100 | GR   | BI   |
| SSN  |     |             |     |    |    |     |     |      |      |

COMPLETE DATA BELOW IF KNOWN

Commonwealth of Virginia
**WARRANT OF ARREST**
**CLASS   1   MISDEMEANOR**

[√] EXECUTED by arresting the Accused named
    above on this day
[ ] EXECUTED by summoning the Accused named
    above on this day
[ ] For legal entities other than individuals, service
    pursuant to Va. Code § 19.2-76

121904        1440        728-3717 - M1
DATE AND TIME OF SERVICE

I.N Roberton                        ARRESTING OFFICER

2965        FXCo/D / 029
BADGE NO. AGENCY AND JURISDICTION

                        SHERIFF

Attorney for the Accused

for

VA Crime Code:

Warr/Sum
059GC-FF10435311

---

**HEARING DATE AND TIME**

01/25/2005
09:30 AM

*(handwritten notations in right margin)*
FO4/OSU
3/8/6
2-3-05

The Accused was this day.
- [ ] tried in absence
- [ ] present

_____

[ ] PROSECUTING ATTORNEY PRESENT (NAME)

_____

[ ] DEFENDANT'S ATTORNEY PRESENT (NAME)

- [ ] NO ATTORNEY
- [ ] ATTORNEY WAIVED
- [ ] If convicted, no jail sentence will be imposed

[ ] Translator/Interpreter present.

_____
NAME

Plea of Accused.
- [ ] not guilty [ ] witnesses sworn
- [ ] nolo contendere
- [ ] guilty
- [ ] Plea Bargain [ ] Plea and Recommendation

And was TRIED and FOUND by me
- [ ] not guilty
- [ ] guilty as charged
- [ ] guilty of _____
- [ ] facts sufficient to find guilt but defer adjudication /disposition and place accused on probation, §§ 4.1-305, 18 2-57.3, 18.2-251 or 19.2-303.2. Costs imposed upon defendant.

And was FOUND by me to be.
- [ ] driving a commercial motor vehicle
- [ ] carrying hazardous materials

[ ✓ ] I ORDER a nolle prosequi on prosecution's motion

[ ] I ORDER the charge dismissed
  -[ ] conditioned upon payment of costs (accord and satisfaction), § 19 2-151
  [ ] conditioned upon payment of costs and successful completion of traffic school § 16.1-69.48:1
  [ ] under §§ 4.1-305, 18.2-57.3, 18 2-251) or 19 2-303 2

_____ 4-19-05 _____
DATE

I impose the following Sentence:

[ ] FINE [ ] CIVIL PENALTY of $ _____
  with $ _____ suspended

[ ] JAIL sentence of _____ ____ imposed
  with ____ __ ____ suspended conditioned upon being of good behavior and keeping the peace, and paying fines and costs  Pursuant to § 53.1-187, credit is granted for pre-trial detention

[ ] Serve jail sentence beginning _____
  [ ] on weekends only

[ ] Work release [ ] authorized if eligible [ ] required
                 [ ] Work release not authorized

[ ] on PROBATION for _____
  [ ] VASAP [ ] local community-based probation program

[ ] DRIVER'S LICENSE suspended _____
[ ] Restricted Driver's License per attached order
  [ ] Ignition Interlock for _____

[ ] RESTITUTION of $ _____
  due by _____ payable to
  _____
  with interest thereon from _____
  [ ] as condition of suspended sentence

[ ] _____ hours of community service to be performed
  for _____
  [ ] to be credited against fines and costs

[ ] Contact prohibited between defendant and victim/ victim's family or household members

[ ] Other _____

[ ] Bail on Appeal  $ _____
[ ] Remanded for CCRE Report

DRIVER'S LICENSE/PRIVILEGE TO DRIVE IN VIRGINIA SUSPENDED EFFECTIVE IN 15 DAYS IF FINES, COSTS, FORFEITURES, PENALTIES OR RESTITUTION ARE NOT PAID
Va Code § 46 2-395

_____
JUDGE

APR 1 9 2005  J.C. WATERS, Jr.

| | $ |
|---|---|
| FINE | |
| COSTS | |
| 112 | |
| 140  PROCESSING FEE | |
| 143 | |
| 107 DOAF | |
| 113  WITNESS FEE | |
| 113  SENTENCE FEE | |
| 113  DRUG ANALYSIS FEE | |
| 113  IGNITION INTERLOCK | |
| 113 | |
| 120  CT. APPT ATTY | |
| 121  T.F.A. FEE | |
| 125  WEIGHING FEE | |
| 132  CICF | |
| 133  BLOOD TEST FEE | |
| 137  TTP | |
| 229  CHMF | |
| 234  JAF | |
| 244  CHSF | |
| 245  NON-CONSEC JAIL FEE | |
| OTHER (SPECIFY) | |
| TOTAL | $ |

FORM DC-314 (REVERSE) 7/02

## WARRANT OF ARREST I - FELONY

**Fairfax County**

CITY OR COUNTY

VA CODE ## 19.2-71, 72

General District Court    □ Criminal   □ Traffic

[F] Juvenile and Domestic Relations District Court

### TO ANY AUTHORIZED OFFICER

You are hereby commanded in the name of the Commonwealth of Virginia forthwith to arrest and bring the Accused before this Court to answer the charge that the Accused, within this city or county,

on or about 12/31/2004     did unlawfully and feloniously in violation of Section

DATE

§ 18.2-195    , Code of Virginia,

commit credit card fraud. The value of the money, goods, services, or other things furnished in violation of this section exceeded $200.00 in a six-month period, or the difference between the value of all services and things of value actually furnished and the value represented to the issuer as having been furnished exceeded $200.00 in a six-month period.

FAIRFAX COUNTY GENERAL DISTRICT COURT
I, the undersigned clerk or deputy clerk of the above named court authenticate pursuant to VA Code 8.01-391(c) on this date that the document to which this authentication is affixed is a true copy of a record in the above named court, made in performance of my official duties

CLERK/DEPUTY CLERK/BY

DATE

, Complainant

I, the undersigned, have found probable cause to believe that the Accused committed the offense charged, based on the sworn statements of

DET. A.A. DeSantis, FXCPD#2051

CLERK    MAGISTRATE    JUDGE

Bradley G. Doane, #003, Magistrate

01/26/2005    11:35 AM
DATE AND TIME ISSUED

CCRE is Required

FORM DC-312-974-FC (114-3 00 0920H)

---

CASE NO

C05-021717

**ACCUSED**

MAVROMMATIS, ELIZABETH C.
LAST NAME, FIRST NAME, MIDDLE NAME

NO FIXED
ADDRESS/LOCATION

AKA: GRIMM, ELIZABETH

CONFLICT, DATA BELOW IF KNOWN

| RACE | SEX | MO | BORN DAY | YR. | HT FT | HT IN | WGT | EYES | HAIR |
|------|-----|-----|------|------|-------|-------|------|------|------|
| W | F | | | | 5 | 01 | 100 | GR | BD |

SSN

Commonwealth of Virginia

## WARRANT OF ARREST

FELONY    Class 6

[X] EXECUTED by delivering a copy to the Accused named above on this day

2-3-05// 0930
DATE AND TIME OF SERVICE

Det. A.A. DeSantis    ARRESTING OFFICER

2051 FFX CO 029
BADGE NO. AGENCY AND JURISDICTION

SHERIFF

for

Attorney for the Accused.

VA Crime Code:
FRAD - 2635 - F6

WarrSum
059GC-MV90510398

**WAIVER OF PRELIMINARY HEARING**

Understanding my right to a preliminary hearing before the Court named in this warrant to determine whether there is probable cause to believe that I committed a felony AND, having the consequences of my waiver explained to me by the Judge of this Court, I nevertheless WAIVE MY RIGHT TO A PRELIMINARY HEARING on the felony charged in this warrant

Certified to the Circuit Court of this jurisdiction

_____
ACCUSED

_____
ATTORNEY FOR ACCUSED

[ ] The Accused named within was brought before me or appeared this day, and upon hearing the evidence, I order the case certified to the grand jury of this jurisdiction, at its next term date, having found probable cause to believe that the Accused committed the felony charged in this warrant

Bail on certification $   ....

[ ] I ORDER the accused discharged at preliminary hearing and the charge is dismissed

The Accused was this day.
    [ ] tried in absence
    [ ] present

The charge was reduced to.   ......   ..... .

[ ] PROSECUTING ATTORNEY PRESENT (NAME)

[ ] DEFENDANT'S ATTORNEY PRESENT (NAME)
    [ ] NO ATTORNEY   [ ] ATTORNEY WAIVED
    [ ] Translator/Interpreter present·

_____
NAME

Plea of Accused
    [ ] not guilty  [ ] witnesses sworn
    [ ] nolo contendere  [ ] did not contest guilt
    [ ] guilty

[ ] Plea Bargain   [ ] Plea and Recommendation
And was TRIED and FOUND by me
    [ ] not guilty
    [ ] guilty as charged
    [ ] guilty of  ....  .....  .. ....    .
    [ ] facts sufficient to find guilt but defer adjudication/disposition and place accused on probation,
        §§ 4.1-305,18 2-57 3, 18 2-251 or 19 2-303 2
    [✓] I ORDER a nolle prosequi on the prosecution's motion
    [ ] I ORDER the charge dismissed
        [ ] conditioned upon payment of costs (accord and satisfaction), § 19.2-151
        [ ] under §§ 4.1-305, 18.2-57.3, 18.2-251 or 19.2-303.2.

4-19
_____
DATE

FORM DC-312 (REVERSE) REVISED 12/03

_____
DATE

_____
JUDGE

I impose the following Sentence

[ ] FINE of $            with $            suspended,
[ ] JAIL sentence of            days imposed with
    suspended conditioned upon being of good behavior and keeping
    the peace, and paying fines and costs, [ ] of which
    days mandatory minimum  Pursuant to § 53 1-187, credit is
    granted for pre-trial detention
[ ] Serve jail sentence beginning       .       .
    [ ] on weekends only
[ ] Work Release   [ ] authorized if eligible   [ ] required
                   [ ] not authorized
[ ] Public Workforce authorized
[ ] on PROBATION for
    [ ] VASAP   [ ] local community-based probation program
[ ] DRIVER'S LICENSE suspended .
[ ] Restricted Driver's License per attached order   ·
    [ ] Ignition interlock for       .       .
[ ] RESTITUTION payable through the Victim/Witness Program
    of $  .. .. .
    due by
    payable to.
    .  .  .
    with interest thereon from       .
    [ ] as condition of suspended sentence

[ ]            hours of community service to be performed for

    [ ] to be credited against fines and costs
[ ] Contact prohibited between defendant and victim/victim's family or household members
[ ] Reimburse Commonwealth for investigatory medical fees
[ ] Other       .  . .. ...

[ ] Bail on Appeal $  .. .   ..
DRIVER'S LICENSE/PRIVILEGE TO DRIVE IN VIRGINIA SUSPENDED EFFECTIVE IN 15 DAYS IF FINES, COSTS, FORFEITURES, PENALTIES OR RESTITUTIONS ARE NOT PAID.
VA. CODE § 46.2-395

_____
APR 1 9 2005  J.C. WATERS  JR.
JUDGE

**Preliminary Hearing Costs**

120 Ct. Appt. Atty       $
113 Court Reporter
113 Witness

**TOTAL**

FINE

COSTS

| | |
|---|---|
| 461 | FIXED MISD FEE |
| 462 | FIXED DRUG MISD FEE |
| 113 | WITNESS FEE |
| 113 | IGNITION INTERLOCK |
| 113 | DUI FEE |
| 113 |  . ....... .. ... |
| 120 | CT APPT ATTY |
| 121 | TRIAL IN ABSENCE FEE |
| 125 | WEIGHING FEE |
| 133 | BLOOD TEST FEE |
| 137 | TIME TO PAY |
| 234 | JAIL ADMISSION FEE |
| 243 | LOCAL TRAINING ACADEMY FEE |
| 244 | COURTHOUSE SECURITY FEE |

OTHER (SPECIFY)

TOTAL       $.. .   .   . .. .

Fairfax County

CITY OR COUNTY

VA CODE H 19.2 71  72

General District Court    ☒ Criminal ☐ Traffic

☐ Juvenile and Domestic Relations District Court

TO ANY AUTHORIZED OFFICER

You are hereby commanded in the name of the Commonwealth of Virginia forthwith to arrest and bring the Accused before this Court to answer the charge that the Accused, within this city or county,

on or about  12/30/2004
DATE

did unlawfully and [feloniously in violation of Section

18.2-195           , Code of Virginia

commit credit card fraud    The value of the money, goods, services, or other things furnished in violation of this section exceeded $200.00 in a six-month period, or the difference between the value of all services and things of value actually furnished and the value represented to the issuer as having been furnished exceeded $200.00 in a six-month period.

I, the undersigned, . . . . . . . . . . : . . . . . . . . . .  T
above named court : . . . . . . . . : : ' . . 'suant to VA
Code 8.01-391(c) certify that this document to
which this authentication is affixed is a true copy of
a record in the above named court, made in
performance of my official duties

_____          _____
DATE                              CLERK/DEPUTY CLERK

01/26/2005 , 11:33 AM
DATE AND TIME ISSUED

CCRE is Required

FORM DC-312 09/1 PC   [114 3-01] 09/104

CASE NO

C05-02  1715

ACCUSED

MAVROMMATIS, ELIZABEH C.
LAST NAME, FIRST NAME, MIDDLE NAME

NO FIXED
ADDRESS/LOCATION

AKA: GRIMM, ELIZABETH

COMPLETE DATA BELOW IF KNOWN

| RACE | SEX | MO | BORN DAY | YR | FT | IN | WGT | EYES | HAIR |
|------|-----|-----|------|----|----|----|----|----|----|
| W | F | | | | 5 | 01 | 100 | GR | BR |

SSN

Commonwealth of Virginia
WARRANT OF ARREST

FELONY    Class  6

☒ EXECUTED by delivering a copy to the Accused
named above on this day:

2-3-05//9  0930
DATE AND TIME OF SERVICE

Det. A.A. DeSantis           ARRESTING OFFICER

2051  FCX  CO  024
BADGE NO., AGENCY AND JURISDICTION

_____
SHERIFF

for _____

Attorney for the Accused

I, the undersigned, have found probable cause to believe that the Accused committed the offense charged, based on the sworn statements of

DET. A A DeSantis, FXCPD#2051                    , Complainant

_____          _____
CLERK  ☒ MAGISTRATE  ☐ JUDGE

Bradley G. Doane, #003, Magistrate

HEARING DATE AND TIME
2-3-05  8-20

3:14-05-2AbC
4ABc
2:5:07

Cbium 4-19-05.24

f05- 0101

VA Crime Code:
frd-2635E-F1

War/Sum
059GC-MV090510397

**WAIVER OF PRELIMINARY HEARING**

Understanding my right to a preliminary hearing before the Court named in this warrant to determine whether there is probable cause to believe that I committed a felony AND, having the consequences of my waiver explained to me by the Judge of this Court, I nevertheless WAIVE MY RIGHT TO A PRELIMINARY HEARING on the felony charged in this warrant.

Certified to the Circuit Court of this jurisdiction

---

ACCUSED

DATE

---

ATTORNEY FOR ACCUSED

JUDGE

[ ] The Accused named within was brought before me or appeared this day, and upon hearing the evidence, I order the case certified to the grand jury of this jurisdiction, at its next term date, having found probable cause to believe that the Accused committed the felony charged in this warrant.

Bail on certification $..

[ ] I ORDER the accused discharged at preliminary hearing and the charge is dismissed.

The Accused was this day
  [ ] tried in absence
  [ ] present

The charge was reduced to . . . . .  . . .

[ ] PROSECUTING ATTORNEY PRESENT (NAME)

[ ] DEFENDANT'S ATTORNEY PRESENT (NAME)
  [ ] NO ATTORNEY  [ ] ATTORNEY WAIVED
  [ ] Translator/Interpreter present:

NAME

Plea of Accused:
  [ ] not guilty  [ ] witnesses sworn
  [ ] nolo contendere  [ ] did not contest guilt
  [ ] guilty

[ ] Plea Bargain  [ ] Plea and Recommendation
And was TRIED and FOUND by me
  [ ] not guilty
  [ ] guilty as charged
  [ ] guilty of . . . . . . . .
  [ ] facts sufficient to find guilt but defer adjudication/disposition and place accused on probation.
    §§ 4.1-305,18.2-57.3, 18.2-251 or 19.2-303.2
[✓] I ORDER a nolle prosequi on the prosecution's motion
[ ] I ORDER the charge dismissed
  [ ] conditioned upon payment of costs (accord and satisfaction). § 19.2-151
  [ ] under §§ 4.1-305, 18.2-57.3, 18.2-251 or 19.2-303.2

_4/19_

DATE

---

I impose the following Sentence.

[ ] FINE of $ . . . . . . . with $ . . . suspended.
[ ] JAIL sentence of  . . . . .  days imposed with . .
  suspended conditioned upon being of good behavior and keeping the peace, and paying fines and costs. [ ] of which . . . . . . . .
  days mandatory minimum. Pursuant to § 53.1-187, credit is granted for pre-trial detention
  [ ] Serve jail sentence beginning
  [ ] on weekends only
[ ] Work Release  [ ] authorized if eligible  [ ] required
  [ ] not authorized
[ ] Public Workforce authorized
[ ] on PROBATION for
  [ ] VASAP  [ ] local community-based probation program
[ ] DRIVER'S LICENSE suspended
[ ] Restricted Driver's License per attached order
  [ ] Ignition interlock for
[ ] RESTITUTION payable through the Victim/Witness Program of $ . . .
  due by .
  payable to.
  with interest thereon from
  [ ] as condition of suspended sentence.
[ ]  . . .  hours of community service to be performed for
  [ ] to be credited against fines and costs
[ ] Contact prohibited between defendant and victim/victim's family or household members
[ ] Reimburse Commonwealth for investigatory medical fees
[ ] Other

[ ] Bail on Appeal $

DRIVER'S LICENSE/PRIVILEGE TO DRIVE IN VIRGINIA SUSPENDED EFFECTIVE IN 15 DAYS IF FINES, COSTS, FORFEITURES, PENALTIES OR RESTITUTIONS ARE NOT PAID VA CODE § 46.2-395

JUDGE

---

Preliminary Hearing Costs

| | | |
|---|---|---|
| 120 Ct. Appt. Atty | $ | |
| 113 Court Reporter | | |
| 113 Witness | | |
| **TOTAL** | | |

FINE

COSTS

461 FIXED MISD FEE

462 FIXED DRUG MISD FEE

113 WITNESS FEE

113 IGNITION INTERLOCK

113 DUI FEE

113

120 CT APPT ATTY

121 TRIAL IN ABSENCE FEE

125 WEIGHING FEE

133 BLOOD TEST FEE

137 TIME-TO-PAY

234 JAIL ADMISSION FEE

243 LOCAL TRAINING ACADEMY FEE

244 COURTHOUSE SECURITY FEE

OTHER (SPECIFY)

**TOTAL**      $

Fairfax County

CITY OR COUNTY

VA CODE # 19.2-71,-72

○ General District Court  ○ Juvenile and Domestic Relations District Court  ○ Criminal  ○ Traffic

TO ANY AUTHORIZED OFFICER

You are hereby commanded in the name of the Commonwealth of Virginia forthwith to arrest and bring the Accused before this Court to answer the charge that the Accused, within this city or county, on or about 01/18/2005          , did unlawfully and feloniously in violation of Section

18.2-186.3          , Code of Virginia:

with the intent to defraud, obtain, record or access identifying information not available to the general public of another person without the authorization or permission of such person that would assist in accessing financial resources, obtaining identification documents, or obtaining benefits of such person. The resulting financial loss was greater than $200.00.

FAIRFAX COUNTY GENERAL DISTRICT COURT
I, the undersigned clerk or deputy clerk of the above named court authenticate pursuant to VA Code 8.01-391(c) on this date that the document to which this authentication is affixed is a true copy of a record in the above named court, made in performance of my official duties

7/23/05
DATE

_____
CLERK/DEPUTY CLERK By

I, the undersigned, have found probable cause to believe that the Accused committed the offense charged, based on the sworn statements of                           , Complainant

DET. A.A. DeSantis, FXCPD#2051

01/26/2005  11:42 AM
DATE AND TIME ISSUED

_____
CLERK  ☑ MAGISTRATE  ○ JUDGE
Bradley G. Doane, #001, Magistrate

CCRE is Required

FORM DC-312 JUN 4 PC  (11.1.3.01.0.0046)

---

CASE NO

C05 02 1713

ACCUSED

MAVROMMATIS, ELIZABETH C.
LAST NAME, FIRST NAME, MIDDLE NAME
NO FIXED

ADDRESS/LOCATION

AKA: GRIMM, ELIZADETH

COMPLETE DATA BELOW IF KNOWN

| RACE | SEX | DOB MO | DAY | YR | HT FT | IN | WGT | EYES | HAIR |
|------|-----|--------|-----|----|----|----|-----|------|------|
| W | F | | | | 5 | 0 | 100 | GR | BL |

SSN

Commonwealth of Virginia

WARRANT of ARREST
FELONY   Class 6

☑ EXECUTED by delivering a copy to the Accused
named above on this day:

2-3-05 // 0030
DATE AND TIME OF SERVICE

Det. A.A. DeSanti,          ARRESTING OFFICER

2051 FFX Co 029
BADGE NO. AGENCY AND JURISDICTION

for          _____
SHERIFF

Attorney for the Accused:

---

HEARING DATE
AND TIME

2-3-05 8²

3-14-05

AD

BC

2-3-05

Chism 4-18-05

705-0100

VA Crime Code:

FCD-2509-E...

War/Sum
059GC-MV90510403

**WAIVER OF PRELIMINARY HEARING**

Understanding my right to a preliminary hearing before the Court named in this warrant to determine whether there is probable cause to believe that I committed a felony AND, having the consequences of my waiver explained to me by the Judge of this Court, I nevertheless WAIVE MY RIGHT TO A PRELIMINARY HEARING on the felony charged in this warrant

Certified to the Circuit Court of this jurisdiction

_____
ACCUSED

_____
ATTORNEY FOR ACCUSED

[ ] The Accused named within was brought before me or appeared this day, and upon hearing the evidence, I order the case certified to the grand jury of this jurisdiction, at its next term date, having found probable cause to believe that the Accused committed the felony charged in this warrant

Bail on certification $. . . . .

[ ] I ORDER the accused discharged at preliminary hearing and the charge is dismissed.

The Accused was this day:
[ ] tried in absence
[ ] present

The charge was reduced to . . .

[ ] PROSECUTING ATTORNEY PRESENT (NAME)
_____

[ ] DEFENDANT'S ATTORNEY PRESENT (NAME)
[ ] NO ATTORNEY  [ ] ATTORNEY WAIVED
[ ] Translator/Interpreter present:
_____
NAME

Plea of Accused:
[ ] not guilty  [ ] witnesses sworn
[ ] nolo contendere  [ ] did not contest guilt
[ ] guilty

[ ] Plea Bargain  [ ] Plea and Recommendation
And was TRIED and FOUND by me:
[ ] not guilty
[ ] guilty as charged
[ ] guilty of . . . . . . . . . . . . . . . . . . . . . . . .
[ ] facts sufficient to find guilt but defer adjudication/ disposition and place accused on probation, §§ 4.1-305, 18.2-57.3, 18.2-251 or 19.2-303.2.
[√] I ORDER a nolle prosequi on the prosecution's motion
[ ] I ORDER the charge dismissed
[ ] conditioned upon payment of costs (accord and satisfaction), § 19.2-151
[ ] under §§ 4.1-305, 18.2-57.3, 18.2-251 or 19 2-303.2

_____4/19_____
DATE

_____
DATE

_____
JUDGE

I impose the following Sentence
[ ] FINE of $           with $           suspended,
[ ] JAIL sentence of         days imposed with suspended conditioned upon being of good behavior and keeping the peace, and paying fines and costs, [ ] of which
          days mandatory minimum  Pursuant to § 53.1-187, credit is granted for pre-trial detention
[ ] serve jail sentence beginning
[ ] on weekends only
Work Release [ ] authorized if eligible    [ ] required
          [ ] not authorized
[ ] Public Workforce authorized
[ ] on PROBATION for
    [ ] VASAP  [ ] local community-based probation program
[ ] DRIVER'S LICENSE suspended
[ ] Restricted Driver's License per attached order
    [ ] Ignition interlock for
[ ] RESTITUTION payable through the Victim/Witness Program of $
    due by . . . . .
    payable to . . .
    with interest thereon from
    [ ] as condition of suspended sentence
[ ] . . . . . . . . hours of community service to be performed for
    [ ] to be credited against fines and costs
[ ] Contact prohibited between defendant and victim/victim's family or household members
[ ] Reimburse Commonwealth for investigatory medical fees
[ ] Other. . .

[ ] Bail on Appeal $ . . .
DRIVER'S LICENSE/PRIVILEGE TO DRIVE IN VIRGINIA SUSPENDED EFFECTIVE IN 15 DAYS IF FINES, COSTS, FORFEITURES, PENALTIES OR RESTITUTIONS ARE NOT PAID VA CODE § 46 2-395

_____
JUDGE

| Preliminary Hearing Costs | |
|---|---|
| 120 Ct. Appt. Atty | $ |
| 113 Court-Reporter | |
| 113 Witness | |
| **TOTAL** | |

**FINE**

**COSTS**

461 FIXED MISD FEE

462 FIXED DRUG MISD FEE

113 WITNESS FEE

113 IGNITION INTERLOCK

113 DUI FEE

113 . .

120 CT. APPT. ATTY

121 TRIAL IN ABSENCE FEE

125 WEIGHING FEE

133 BLOOD TEST FEE

137 TIME TO PAY

234 JAIL ADMISSION FEE

243 LOCAL TRAINING ACADEMY FEE

244 COURTHOUSE SECURITY FEE

OTHER (SPECIFY)

**TOTAL**          $ .

AUG 1 3 2006   J.C. WATERS JR

Fairfax County

VA CODE § 19.2-71, 72

☐ General District Court   ☒ Criminal   ☐ Traffic

CITY OR COUNTY   ☐ Juvenile and Domestic Relations District Court

**TO ANY AUTHORIZED OFFICER**

You are hereby commanded in the name of the Commonwealth of Virginia forthwith to arrest and bring the Accused before this Court to answer the charge that the Accused, within this city or county, on or about 12/31/2004 _____ did unlawfully and feloniously in violation of Section

18.2-192 96 _____, Code of Virginia:

commit credit card theft

_____
DATE

FAIRFAX COUNTY GENERAL DISTRICT COURT
I, the undersigned clerk or deputy clerk of the above named court authenticate pursuant to VA Code 8 01-391(c) of this date that the document to which this authentication is affixed is a true copy of a record in the above named court, made in performance of my official duties

_____
DATE

CLERK/DEPUTY CLERK BY

I, the undersigned, have found probable cause to believe that the Accused committed the offense charged, based on the sworn statements of

DET. A.A. DeSantis, FXCPD#2051 _____, Complainant

01/26/2005 _____ 11.40 AM
DATE AND TIME ISSUED

_____
CLERK ☐ MAGISTRATE ☒ JUDGE

Bradley G Doane, #003, Magistrate

**CCRE is Required**

FORM DC-312 5994 PC  (111 1-3-610 6010)

---

CASE NO   C05-02/1725

**ACCUSED**

MAVROMMATIS, ELIZABEH C.
LAST NAME, FIRST NAME, MIDDLE NAME

NO FIXED
ADDRESS/LOCATION

AKA: GRIMM, ELIZABETH

| | | COMPLETE DATA BELOW IF KNOWN | | | | | |
|---|---|---|---|---|---|---|---|
| RACE | SEX | DOB MO DAY YR | FT IN | HT | WGT | EYES | HAIR |
| W | F | | 5 01 | | 100 | GR | BR |

Commonwealth of Virginia

**WARRANT OF ARREST**

FELONY , Class Unclassified

☒ EXECUTED by delivering a copy to the Accused named above on this day:

2-3-05 11 0030
DATE AND TIME OF SERVICE

DET. A.A. DeSANTIS _____, ARRESTING OFFICER

2051   FFX CO   029
BADGE NO, AGENCY AND JURISDICTION

_____
SHERIFF

for _____

Attorney for the Accused

---

HEARING HALL
AND TIME

2-3-05 8:30

3-14-05-2pm

AA BC

2-2-05

CP / on 4-19-05 2pm

FO5 - 0104

VA Crime Code:

FGD-2360-F5

Wit/Sum
059GC-MV90510402

**WAIVER OF PRELIMINARY HEARING**

Understanding my right to a preliminary hearing before the Court named in this warrant to determine whether there is probable cause to believe that I committed a felony AND, having the consequences of my waiver explained to me by the Judge of this Court, I nevertheless WAIVE MY RIGHT TO A PRELIMINARY HEARING on the felony charged in this warrant

Certified to the Circuit Court of this jurisdiction

_____
ACCUSED

_____
ATTORNEY FOR ACCUSED

_____
DATE

_____
JUDGE

[ ] The Accused named within was brought before me or appeared this day, and upon hearing the evidence, I order the case certified to the grand jury of this jurisdiction, at its next term date, having found probable cause to believe that the Accused committed the felony charged in this warrant.

Bail on certification $ . . . .

[ ] I ORDER the accused discharged at preliminary hearing and the charge is dismissed

The Accused was this day
    [ ] tried in absence
    [✓] present

The charge was reduced to: _____

[ ] PROSECUTING ATTORNEY PRESENT (NAME)

[ ] DEFENDANT'S ATTORNEY PRESENT (NAME)
    [ ] NO ATTORNEY  [ ] ATTORNEY WAIVED
    [ ] Translator/Interpreter present:

_____
NAME

Plea of Accused
    [ ] not guilty  [ ] witnesses sworn
    [ ] nolo contendere  [ ] did not contest guilt
    [✓] guilty

[ ] Plea Bargain  [ ] Plea and Recommendation
And was TRIED and FOUND by me
    [ ] not guilty
    [ ] guilty as charged
    [ ] guilty of . . .
    [ ] facts sufficient to find guilt but defer adjudication/disposition and place accused on probation,
    - §§ 4:1-305,18.2-57.3, 18 2-251 or 19.2-303.2
[ ] I ORDER a nolle prosequi on the prosecution's motion
[ ] I ORDER the charge dismissed
    [ ] conditioned upon payment of costs (accord and satisfaction), § 19.2-151
    [ ] under §§ 4 1-305, 18 2-57.3, 18.2-251 or 19 2-303.2

DATE  4/19/05

FORM DC-312 (REVERSE) REVISED 12/03

I impose the following Sentence

[ ] FINE of $ . . .  with $ . suspended,
[ ] JAIL sentence of *12 mo* days imposed with *12 mo* suspended conditioned upon being of good behavior and keeping the peace, and paying fines and costs, [ ] of which

    days mandatory minimum  Pursuant to § 53 1-187, credit is _____ for pre-trial detention

[ ] Serve jail sentence beginning .
    [ ] on weekends only
[ ] Work Release  [ ] authorized if eligible  [ ] required
    [ ] not authorized
[ ] Public Workforce authorized
[ ] on PROBATION for . . .
    [ ] VASAP  [ ] local community-based probation program
[ ] DRIVER'S LICENSE suspended . . . . . . . . . . .
[ ] Restricted Driver's License per attached order
    [ ] Ignition interlock for
[ ] RESTITUTION payable through the Victim/Witness Program of $ .
    due by
    payable to
    with interest thereon from
    [ ] as condition of suspended sentence
[ ] . . . hours of community service to be performed for . . .
    [ ] to be credited against fines and costs
[ ] Contact prohibited between defendant and victim/victim's family or household members
[ ] Reimburse Commonwealth for investigatory medical fees
[ ] Other . . . . . .

[ ] Bail on Appeal $ .

DRIVER'S LICENSE/PRIVILEGE TO DRIVE IN VIRGINIA SUSPENDED EFFECTIVE IN 15 DAYS IF FINES, COSTS, FORFEITURES, PENALTIES OR RESTITUTIONS ARE NOT PAID VA CODE § 46 2-395

_____
JUDGE
APR . . 2005  J.C. WATERS, JR.

**Preliminary Hearing Costs**

| | | |
|---|---|---|
| 120 Ct. Appt. Atty | $ | |
| 113 Court Reporter | | |
| 113 Witness | | |
| **TOTAL** | | |

FINE

COSTS

| | | |
|---|---|---|
| 461 FIXED MISD FEE | | 61 |
| 462 FIXED DRUG MISD FEE | | |
| 113 WITNESS FEE | | |
| 113 IGNITION INTERLOCK | | |
| 113 DUI FEE | | |
| 113 | | |
| 120 CT. APPT. ATTY. | | 112 . |
| 121 TRIAL IN ABSENCE FEE | | |
| 125 WEIGHING FEE | | |
| 133 BLOOD TEST FEE | | |
| 137 TIME TO PAY | | |
| 234 JAIL ADMISSION FEE | | |
| 243 LOCAL TRAINING ACADEMY FEE | | 1 |
| 244 COURTHOUSE SECURITY FEE | | 5 |

OTHER (SPECIFY)

**TOTAL**    $ 179

Fairfax County

· · · CITY OR COUNTY

General District Court    ☒ Criminal  ☐ Traffic

☐ Juvenile and Domestic Relations District Court

VA. CODE §§ 19.2-71, 72

**TO ANY AUTHORIZED OFFICER**

You are hereby commanded in the name of the Commonwealth of Virginia forthwith to arrest and
bring the Accused before this Court to answer the charge that the Accused, within this city or county,
on or about 12/30/2004 ~~did unlawfully and feloniously~~ in violation of Section

18.2-1~~95~~~~96~~ , Code of Virginia:

commit credit card forgery.

**FAIRFAX COUNTY GENERAL DISTRICT COURT**
I, the undersigned clerk or deputy clerk of the
above named court authorize pursuant to VA.
Code § 01.391(c) on this date the document to
which this authentication is attached is a true copy of
a record in the above matter as made in
performance of my duties.

[signature]

I, the undersigned, have found probable cause to believe that the Accused committed the offense
charged, based on the sworn statements of

DET. A.A. DeSantis, FXCPD#2051 , Complainant.

01/26/2005   11:37 AM
DATE AND TIME ISSUED

[signature]
DET. CLERK  ☒ MAGISTRATE  ☐ JUDGE
Bradley G. Doane, #003, Magistrate

CCRB is Required

FORM DC-312 °0/94 PC (11.4-2-010 0/94)

---

CASE NO

I05-02/720

**ACCUSED**

MAVROMMATIS, ELIZABETH C.
LAST NAME, FIRST NAME, MIDDLE NAME
NO FIXED
ADDRESS/LOCATION

AKA: GRIMM, ELIZABETH

| COMPLETE DATA BELOW IF KNOWN | | | | | | | |
|---|---|---|---|---|---|---|---|
| RACE | SEX | MO | DORN DAY | YR | FT | IN | HGT |
| W | F | | | | 5 | 01 | |

| WGT | EYES | HAIR |
|---|---|---|
| 100 | GR | BD |

SSN ~~[redacted]~~

---

Commonwealth of Virginia

**WARRANT OF ARREST**

FELONY   Class   5

☒ EXECUTED by delivering a copy to the Accused
named above on this day.

2-2-05 11 0030
DATE AND TIME OF SERVICE

DET A.A. DeSantis ARRESTING OFFICER

2051  FFX CO 029
BADGE NO, AGENCY AND JURISDICTION

for SHERIFF

Attorney for the Accused

---

HEARING DATE AND TIME

2-3-05 830

3-14-05 720

AA-8C

2-3-05

cbrown 4-19-05

IO5-0105

VA Crime Code:

F-06-5172-F5

Mav/Sim
059GC-MV9051040O

**WAIVER OF PRELIMINARY HEARING**

*Understanding* my right to a preliminary hearing before the Court named in this warrant to determine whether there is probable cause to believe that I committed a felony AND, having the consequences of my waiver explained to me by the Judge of this Court, I nevertheless WAIVE MY RIGHT TO A PRELIMINARY HEARING on the felony charged in this warrant

Certified to the Circuit Court of this jurisdiction

ACCUSED _____

*Hassan*

ATTORNEY FOR ACCUSED _____

DATE _____

JUDGE _____

| Preliminary Hearing Costs | |
|---|---|
| 120 Ct. Appt. Atty | $ |
| 113 Court Reporter | |
| 113 Witness | |
| | |
| **TOTAL** | |

[ ] The Accused named within was brought before me or appeared this day, and upon hearing the evidence, I order the case certified to the grand jury of this jurisdiction, at its next term date, having found probable cause to believe that the Accused committed the felony charged in this warrant

Bail on certification $ .

[ ] I ORDER the accused discharged at preliminary hearing and the charge is dismissed

The Accused was this day.
[ ] tried in absence
[✓] present
The charge was reduced to _PIL_

[ ] PROSECUTING ATTORNEY PRESENT (NAME)

[ ] DEFENDANT'S ATTORNEY PRESENT (NAME)
[ ] NO ATTORNEY   [ ] ATTORNEY WAIVED
[ ] Translator/Interpreter present

NAME

Plea of Accused
[ ] not guilty   [ ] witnesses sworn
[ ] nolo contendere   [ ] did not contest guilt
[✓] guilty

[ ] Plea Bargain   [ ] Plea and Recommendation
And was TRIED and FOUND by me
[ ] not guilty
[ ] guilty as charged
[ ] guilty of ... _above_
[ ] facts sufficient to find guilt but defer adjudication/ disposition and place accused on probation, §§ 4 1-305,18 2-57 3, 18 2-251 or-19 2-303 2 .
[ ] I ORDER a nolle prosequi on the prosecution's motion
[ ] I ORDER the charge dismissed
 [ ] conditioned upon payment of costs (accord and satisfaction), § 19 2-151
 [ ] under §§ 4 1-305, 18 2-57 3, 18 2-251 or 19 2-303 2

DATE _4/19/05_

FORM DC-312 (REVERSE) REVISED 12/03

I impose the following Sentence
[ ] FINE of $ _____ with $ _____ suspended,
[✓] JAIL sentence of _12 mo_ days imposed with suspended conditioned upon being of good behavior and keeping the peace, and paying fines and costs, [ ] of which _____ days mandatory minimum. Pursuant to § 53 1-187, credit is granted for pre-trial detention

[ ] Serve jail sentence beginning . _Credt for T/S_
 [ ] on weekends only
 [ ] Work Release   [ ] authorized if eligible   [✓] required
  [ ] not authorized
[ ] Public Workforce authorized
[ ] on PROBATION for
 [ ] VASAP   [ ] local community-based probation program
[ ] DRIVER'S LICENSE suspended .
[ ] Restricted Driver's License per attached order
 [ ] Ignition interlock for
[ ] RESTITUTION payable through the Victim/Witness Program of $ .
 due by
 payable to

 with interest thereon from
 [ ] as condition of suspended sentence

[ ] ....... hours of community service to be performed for

 . to be credited against fines and costs
[ ] Contact prohibited between defendant and victim/victim's family or household members
[ ] Reimburse Commonwealth for investigatory medical fees
[ ] Other

[ ] Bail on Appeal $
DRIVER'S LICENSE/PRIVILEGE TO DRIVE IN VIRGINIA SUSPENDED EFFECTIVE IN 15 DAYS IF FINES, COSTS, FORFEITURES, PENALTIES OR RESTITUTIONS ARE NOT PAID VA. CODE § 46 2-395.

JUDGE _____ AW: J.C. WATERS

**FINE**

**COSTS**

| | |
|---|---|
| 461 FIXED MISD FEE | 61 |
| 462 FIXED DRUG MISD FEE | |
| 113 WITNESS FEE | |
| 113 IGNITION INTERLOCK | |
| 113 DUI FEE | |
| 113 | |
| 120 CT APPT. ATTY | 112 |
| 121 TRIAL IN ABSENCE FEE | |
| 125 WEIGHING FEE | |
| 133 BLOOD TEST FEE | |
| 137 TIME TO PAY | 10 |
| 234 JAIL ADMISSION FEE | 25 |
| 243 LOCAL TRAINING ACADEMY FEE | 1 |
| 244 COURTHOUSE SECURITY FEE | 5 |
| OTHER (SPECIFY) | |

**TOTAL**   $   214

VA CODE 19.2-71, 72

Fairfax County

General District Court   ☒ Criminal   ☐ Traffic
CITY OR COUNTY
☐ Juvenile and Domestic Relations District Court

**TO ANY AUTHORIZED OFFICER**

You are hereby commanded in the name of the Commonwealth of Virginia forthwith to arrest and bring the Accused before this Court to answer the charge that the Accused, within this city or county,

on or about   12/30/2004   did unlawfully and feloniously in violation of Section
                DATE

18.2-192   , Code of Virginia.

commit credit card theft

FAIRFAX COUNTY GENERAL DISTRICT COURT
I, the undersigned clerk or deputy clerk of the above named court authenticate pursuant to VA Code 8.01-391(c) on this date that the document to which this authentication is affixed is a true copy of a record in the above named court, made in performance of my official duties.

DATE

CLERK/DEPUTY CLERK BY

---

CASE NO.   C05-02-1727

**ACCUSED**

MAVROMMATIS, ELIZABETH C.
LAST NAME, FIRST NAME, MIDDLE NAME
NO FIXED
                ADDRESS/LOCATION

AKA: GRIMM, ELIZABETH

| RACE | SEX | COMPLETE DATA BELOW IF KNOWN | | | | | |
|------|-----|------|-----|-----|-----|-----|-----|
| | | BORN | YR | HT IN | WGT | EYES | HAIR |
| | | DAY | | | | | |
| W | F | | | 5 01 | 100 | GR | BD |
| SSN | | | | | | | |

Commonwealth of Virginia

**WARRANT OF ARREST**

FELONY  Class  Unclassified

☐ EXECUTED by delivering a copy to the Accused named above on this day

2-3-05 // 0030
    DATE AND TIME OF SERVICE

Det A.A. DeSan   , ARRESTING OFFICER

2051   FFX CO 089
BADGE NO   AGENCY AND JURISDICTION

for _____
                SHERIFF

Attorney for the Accused

---

, Complainant

I, the undersigned, have found probable cause to believe that the Accused committed the offense charged, based on the sworn statements of

DET. A.A DeSantis, FXCPD#2051

01/26/2005   11:39 AM
DATE AND TIME ISSUED

☐ CLERK  ☒ MAGISTRATE  ☐ JUDGE
Bradley G. Doane, #003, Magistrate

CCRE is Required

FORM DC-312 991 PC (11) 11-01 0900 i)

---

FLIGHT DATE AND TIME
2-3-05  8:??
3-14-05  2??
AA  8C
V-3?
Chtan 4-19-05 2pm

TOS-0103

VA Crime Code
EAR-2226-F9

War/Sum
059GC-MV90510401

**WAIVER OF PRELIMINARY HEARING**

Understanding my right to a preliminary hearing before the Court named in this warrant to determine whether there is probable cause to believe that I committed a felony AND, having the consequences of my waiver explained to me by the Judge of this Court, I nevertheless WAIVE MY RIGHT TO A PRELIMINARY HEARING on the felony charged in this warrant.

Certified to the Circuit Court of this jurisdiction

| | |
|---|---|
| ACCUSED | DATE |
| ATTORNEY FOR ACCUSED | JUDGE |

[ ] The Accused named within was brought before me or appeared this day, and upon hearing the evidence, I order the case certified to the grand jury of this jurisdiction, at its next term date, having found probable cause to believe that the Accused committed the felony charged in this warrant

   Bail on certification $  .

[ ] I ORDER the accused discharged at preliminary hearing and the charge is dismissed

The Accused was this day:
   [ ] tried in absence
   [ ] present

The charge was reduced to _____ PLC

[ ] PROSECUTING ATTORNEY PRESENT (NAME)

[ ] DEFENDANT'S ATTORNEY PRESENT (NAME)
   [ ] NO ATTORNEY   [ ] ATTORNEY WAIVED
   [ ] Translator/Interpreter present.

                    NAME

Plea of Accused
   [ ] not guilty   [ ] witnesses sworn
   [ ] nolo contendere   [ ] did not contest guilt
   [ ] guilty

[ ] Plea Bargain   [ ] Plea and Recommendation
And was TRIED and FOUND by me
   [ ] not guilty
   [ ] guilty as charged  *above*
   [ ] guilty of ......
   [ ] facts sufficient to find guilt but defer adjudication/ disposition and place accused on probation, §§ 4.1-305,18.2-57.3; 18 2-251 or 19 2-303 2
[ ] I ORDER a nolle prosequi on the prosecution's motion
[ ] I ORDER the charge dismissed
   [ ] conditioned upon payment of costs (accord and satisfaction), § 19.2-151
   [ ] under §§ 4 1-305, 18.2-57.3, 18 2-251 or 19.2-303 2

                    4/19/05
                    DATE

FORM DC-312 (REVERSE) REVISED 12/01

I impose the following Sentence

[ ] FINE of $ _____ with $ _____ suspended.
[ ] JAIL sentence of _12m._ days imposed with _10 m._
   suspended conditioned upon being of good behavior and keeping the peace, and paying fines and costs, [ ] of which _____
   days mandatory minimum  Pursuant to § 53 1-187, credit is _____ for pre-trial detention

   [ ] Serve jail sentence beginning _____
      [ ] on weekends only
   [ ] Work Release   [ ] authorized if eligible   [ ] required
                     [ ] not authorized
   [ ] Public Workforce authorized
   [ ] on PROBATION for _____
      [ ] VASAP   [ ] local community-based probation program
   [ ] DRIVER'S LICENSE suspended
      Restricted Driver's License per attached order
      [ ] Ignition interlock for _____
   [ ] RESTITUTION payable through the Victim/Witness Program
      of $ .....
      due by
      payable to
      with interest thereon from _____
      [ ] as condition of suspended sentence
   [ ] _____ hours of community service to be performed for _____
      [ ] to be credited against fines and costs
   [ ] Contact prohibited between defendant and victim/victim's family or household members
   [ ] Reimburse Commonwealth for investigatory medical fees
   [ ] Other .

[ ] Bail on Appeal $ _____
DRIVER'S LICENSE/PRIVILEGE TO DRIVE IN VIRGINIA SUSPENDED EFFECTIVE IN 15 DAYS IF FINES, COSTS, FORFEITURES, PENALTIES OR RESTITUTIONS ARE NOT PAID VA. CODE § 46 2-395

                    JUDGE

Preliminary Hearing Costs

| | Preliminary Hearing Costs | |
|---|---|---|
| 120 | Ct. Appt. Atty | $ |
| 113 | Court Reporter | |
| 113 | Witness | |
| **TOTAL** | | |

| | | |
|---|---|---|
| **FINE** | | |
| **COSTS** | | C0502H7²⁰ |
| 461 | FIXED MISD FEE | |
| 462 | FIXED DRUG MISD FEE | |
| 113 | WITNESS FEE | |
| 113 | IGNITION INTERLOCK | |
| 113 | DUI FEE | |
| 113 | . | |
| 120 | CT. APPT. ATTY | 30 |
| 121 | TRIAL IN ABSENCE FEE | |
| 125 | WEIGHING FEE | |
| 133 | BLOOD TEST FEE | |
| 137 | TIME TO PAY | |
| 234 | JAIL ADMISSION FEE | |
| 243 | LOCAL TRAINING ACADEMY FEE | 1 |
| 244 | COURTHOUSE SECURITY FEE | 5 |
| **OTHER (SPECIFY)** | | |
| **TOTAL** | | $ 36 |

VA CODE 19.2-71  72

Fairfax County

CITY OR COUNTY

General District Court ☐   Criminal ☒   Traffic ☐

☐ Juvenile and Domestic Relations District Court

**TO ANY AUTHORIZED OFFICER**

You are hereby commanded in the name of the Commonwealth of Virginia forthwith to arrest and bring the Accused before this Court to answer the charge that the Accused, within this city or county, on or about 12/31/2004 _____ DATE, did unlawfully and feloniously in violation of Section

18.2-195 , Code of Virginia

commit credit card forgery _____

P/L

_____ COURT

I, the undersigned clerk or deputy clerk of the above named court authenticate pursuant to VA Code § 01-391(c) on this date that the copy of this document to which this authentication is affixed is a true copy of a record in the above named court, made in the performance of my official duties

_____ CLERK/DEPUTY CLERK BY
DATE

---

**CASE NO**

C-05-021722

**ACCUSED**

MAVROMMATIS, ELIZABEH C.
LAST NAME, FIRST NAME, MIDDLE NAME

NO FIXED _____ ADDRESS/LOCATION

AKA: GRIMM, ELIZABETH

COMPLETE DATA BELOW IF KNOWN

| RACE | SEX | BORN MO | DAY | YR | HT FT | IN | WGT | EYES | HAIR |
|------|-----|---------|-----|----|-------|----|----|------|------|
| W | F | | | | | 01 | 100 | GR | BR |

SSN

Commonwealth of Virginia

**WARRANT OF ARREST**

FELONY   Class 5

☒ EXECUTED by delivering a copy to the Accused named above on this day

2-3-05 110020
DATE AND TIME OF SERVICE.

DET A.A. DeSANTIS _____ ARRESTING OFFICER

2051  FFX CO  039
BADGE NO.  AGENCY AND JURISDICTION

_____ SHERIFF

for _____

Attorney for the Accused

---

I, the undersigned, have found probable cause to believe that the Accused committed the offense charged, based on the sworn statements of

DET A.A. DeSantis, FX CPD#2051 _____ , Complainant

01/26/2005   11:37 AM
DATE AND TIME ISSUED

CCRE is Required

_____
CLERK  MAGISTRATE  JUDGE
Bradley G. Doane, #003, Magistrate

FORM DC-312 9/91 7C  (11.1.1.010 09/04)

---

HEARING DATE AND TIME

2-3-05 8:30

3-4-05 2pm
A B 2 G
2-3-05

obtain 4-19-05 2

F05-0106

F05-0106

VA Crime Code:
2451-25 F16

Warrant/Sum
059-GC-MV90510399

## WAIVER OF PRELIMINARY HEARING

Understanding my right to a preliminary hearing before the Court named in this warrant to determine whether there is probable cause to believe that I committed a felony AND, having the consequences of my waiver explained to me by the Judge of this Court, I nevertheless WAIVE MY RIGHT TO A PRELIMINARY HEARING on the felony charged in this warrant

Certified to the Circuit Court of this jurisdiction

| | Preliminary Hearing Costs |
|---|---|
| 120 Ct. Appt. Atty | $. |
| 113 Court Reporter | |
| 113 Witness | |
| **TOTAL** | |

_____
ACCUSED

_____    _Hassan_
ATTORNEY FOR ACCUSED

_____    _____
DATE

[ ] The Accused named within was brought before me or appeared this day, and upon hearing the evidence, I order the case certified to the grand jury of this jurisdiction, at its next term date, having found probable cause to believe that the Accused committed the felony charged in this warrant

Bail on certification $ . . .

[ ] I ORDER the accused discharged at preliminary hearing and the charge is dismissed.

The Accused was this day:
[ ] tried in absence
[ ] present

The charge was reduced to: _above_

[ ] PROSECUTING ATTORNEY PRESENT (NAME)
_____

[ ] DEFENDANT'S ATTORNEY PRESENT (NAME)
_____
[ ] NO ATTORNEY   [ ] ATTORNEY WAIVED
[ ] Translator/Interpreter present

_____
NAME

Plea of Accused:
[ ] not guilty   [ ] witnesses sworn
[ ] nolo contendere   [ ] did not contest guilt
[ ] guilty

[ ] Plea Bargain   [ ] Plea and Recommendation
And was TRIED and FOUND by me
[ ] not guilty
[ ] guilty as charged
[ ] guilty of . . _above_
[ ] facts sufficient to find guilt but defer adjudication/ disposition and place accused on probation, §§ 4.1-305,18.2-57.3, 18.2-251 or 19.2-303.2
[ ] I ORDER a nolle prosequi on the prosecution's motion
[ ] I ORDER the charge dismissed
[ ] conditioned upon payment of costs (accord and satisfaction), § 19.2-151
[ ] under §§ 4.1-305, 18.2-57.3, 18.2-251 or 19.2-303.2

_4-19-05_
DATE

I impose the following Sentence:

[ ] FINE of $ . . . _12_ with $ . . . suspended,
[ ] JAIL sentence of . _12 m_ . days imposed with _12 m_ suspended conditioned upon being of good behavior and keeping the peace, and paying fines and costs, [ ] of which . . . . . . days mandatory minimum  Pursuant to § 53.1-187, credit is granted for pre-trial detention

[ ] Serve jail sentence beginning . . .
[ ] on weekends only

[ ] Work Release [ ] authorized if eligible [ ] required
[ ] not authorized

[ ] Public Workforce authorized
[ ] on PROBATION for
[ ] VASAP [ ] local community-based probation program

[ ] DRIVER'S LICENSE suspended
[ ] Restricted Driver's License per attached order
[ ] Ignition interlock for .

[ ] RESTITUTION payable through the Victim/Witness Program of $ .
due by
payable to
with interest thereon from
[ ] as condition of suspended sentence

[ ] . .   hours of community service to be performed for
[ ] to be credited against fines and costs
[ ] Contact prohibited between defendant and victim/victim's family or household members
[ ] Reimburse Commonwealth for investigatory medical fees
[ ] Other

[ ] Bail on Appeal $

DRIVER'S LICENSE/PRIVILEGE TO DRIVE IN VIRGINIA SUSPENDED EFFECTIVE IN 15 DAYS IF FINES, COSTS, FORFEITURES, PENALTIES OR RESTITUTIONS ARE NOT PAID VA. CODE § 46.2-395

_____
JUDGE

| | | |
|---|---|---|
| **FINE** | | |
| **COSTS** | | |
| 461 FIXED MISD FEE | | C05 001725 |
| 462 FIXED DRUG MISD FEE | | |
| 113 WITNESS FEE | | |
| 113 IGNITION INTERLOCK | | |
| 113 DUI FEE | | |
| 113 . . . . | | |
| 120 CT. APPT ATTY | | 112 |
| 121 TRIAL IN ABSENCE FEE | | |
| 125 WEIGHING FEE | | |
| 133 BLOOD TEST FEE | | |
| 137 TIME TO PAY | | |
| 234 JAIL ADMISSION FEE | | |
| 243 LOCAL TRAINING ACADEMY FEE | | 1 |
| 244 COURTHOUSE SECURITY FEE | | 5 |
| **OTHER (SPECIFY)** | | |
| **TOTAL** | $ | 118 |

FORM DC-312 (REVERSE) REVISED 12/03

September 24 2009

Equifax

Experian

Transunion

Dear Credit Reporting Agencies

RE  Fraud Correction Alert
Joseph P Hadeed
DOB        REDACTED
SS#

Dear Credit Agency

    I am respectfully requesting you do the following to correct my credit report

1  add the attached "Consumer Statement" to provide additional information and
    explanation with respect to all items marked "Derogatory." "Late" or "Write-
    off "

2  Amend my credit to delete the negatively reported information as I am the victim
    of identity theft, and in support of this I attach the following proof  a) criminal
    arrest and sentencing warrants for person who stole my identity during the
    relevant time frame. b) Business card of Police Detective who investigated the
    identity theft that adversely affected me and my parents as it was the same
    perpetrator  and this is all covered in police report # 0501 001920

3  Affidavit of fraud

I have always worked hard to pay my own bills in a timely manner and I have
substantial assets and obligations  and I have an excellent payment record except
from the time period of about 2004 to 2007 when the identity theft occurred
Accordingly. I respectfully request you correct my credit report

If you need any further information please let me know  Thank you

             Very truly yours

             Joseph P  Hadeed

Enclosures

EXHIBIT
B

CONSUMER STATEMENT TO
CORRECT/CLARIFY
CREDIT REPORT

My credit report with your agency shows errors which adversely affect my credit. These errors are the result of fraud and identity theft perpetrated upon me by a person named Elizabeth Mavrommatis, although she may also use alias names. Enclosed are copies of some of her criminal arrest and sentencing warrants. She defrauded me and my family for a period of time between 2004 and 2007 and her actions have resulted in derogatory information appearing on my credit report. Also attached is a copy of the arresting officer's business card who prosecuted her for some of the many acts she perpetrated. The police report number is 0501 001920. Each entry on my credit report which shows either "Derogatory," or "Charg-off," is directly related to this fraud against me. I otherwise have an excellent history of paying my debts fully and on-time, and have sufficient income to pay my debts.

JOSEPH P. HADEED

Notary Public: Subscribed and sworn to before me this _24_ day of September, 2009.

NOTARY PUBLIC

Eugene Harris
Commonwealth of Virginia
Notary Public
Commission No. 304046
My Commission Expires 03/31/2013

| File Number | REDACTED |
|---|---|
| Page | 1 of 1 |
| Date Issued. | 05/21/2009 |

TransUnion.

Special Notes  If any item on your credit report begins with MEDI, it includes medical information and the data following MEDI is not displayed to anyone but you except where permitted by law

## Account Information

The key to the right helps explain the payment history information contained in some of the accounts below. Not all accounts will contain payment history information, but some creditors report how you make payments each month in relation to your agreement with them.

| N/A | X | OK | 30 | 60 | 90 | 120 |
|---|---|---|---|---|---|---|
| Not Applicable | Unknown | Current | 30 days late | 60 days late | 90 days late | 120 days late |

## Adverse Accounts

The following accounts contain information which some creditors may consider to be adverse. Adverse account information may generally be reported for 7 years from the date of the first delinquency, depending on your state of residence. The adverse information in these accounts has been printed in brackets or is shaded for your convenience, to help you understand your report. They are not bracketed or shaded this way for creditors. (Note. The account(s) may be scrambled by the creditor for your protection)

**CAPITAL ONE BANK USA NA ;  REDACTED**
POB 30281
SALT LAKE CITY, UT 84130 0281
(800) 955-7070

Loan Type  CREDIT CARD
Remarks  ACCT CLOSED BY CREDIT GRANTOR
Estimated date that this item will be removed  10/2011

| | |
|---|---|
| Balance | $30 432 |
| Date Verified | 08/2008 |
| High Balance | $14 483 |
| Credit Limit | $8,000 |
| Past Due | $30 432 |

| Pay Status | CHARGED OFF AS BAD DEBT |
|---|---|
| Account Type | REVOLVING ACCOUNT |
| Responsibility | INDIVIDUAL ACCOUNT |
| Date Open | 03/1993 |
| Date Closed | 06/2005 |

**CREDIT BUREAU NORTH AMER #  REDACTED**
700 CREEKSIDE DR
DICKSON  TN 37055
(615) 446 7128

Loan Type  COLLECTION AGENCY/ATTORNEY
Remarks  PAID COLLECTION
Date placed for collection  08/2006
Estimated date that this item will be removed  11/2011

| | |
|---|---|
| Balance | $0 |
| Date Verified | 01/2008 |
| Original Amount | $779 |
| Original Creditor | 1ST INVESTMENT SERVICES 23A |

| Pay Status | PAYMENT AFTER CHARGE OFF/COLLECTION |
|---|---|
| Responsibility | JOINT ACCOUNT |
| Date Closed | 12/2006 |
| Date Paid | 12/2006 |

**WF FINANCIAL CARDS ;  REDACTED**
800 WALNUT ST
DES MOINES, IA 50309
(800) 947 9715

Loan Type  CREDIT CARD
Remarks  ACCT INFO DISPUTED BY CONSUMER
Estimated date that this item will be removed  12/2011

| | |
|---|---|
| Balance | $0 |
| Date Verified | 01/2009 |
| High Balance | $4 616 |
| Credit Limit | $0 |

| Pay Status | PAYMENT AFTER CHARGE OFF/COLLECTION |
|---|---|
| Account Type | REVOLVING ACCOUNT |
| Responsibility | INDIVIDUAL ACCOUNT |
| Date Open | 12/1998 |
| Date Closed | 01/2005 |
| Date Paid | 01/2005 |

- End of investigation results -

To view a free copy of your full, updated credit file, go to our website http //disclosure transunion com

| File Number | REDACTED | |
|---|---|---|
| Page | 1 of 1 | **TransUnion.** |
| Date Issued | 08/31/2009 | |

Special Notes: If any item on your credit report begins with 'MED1' it includes medical information and the data following 'MED1' is not displayed to anyone but you except where permitted by law.

## Account Information

The key to the right helps explain the payment history information contained in some of the accounts below. Not all accounts will contain payment history information, but some creditors report how you make payments each month in relation to your agreement with them.

| | | | | | | |
|---|---|---|---|---|---|---|
| H/A | X | OK | 30 | 60 | 90 | 120 |
| Not Applicable | Unknown | Current | 30 days late | 60 days late | 90 days late | 120 days late |

## Adverse Accounts

The following accounts contain information which some creditors may consider to be adverse. Adverse account information may generally be reported for 7 years from the date of the first delinquency, depending on your state of residence. The adverse information in these accounts has been printed in brackets or is shaded for your convenience, to help you understand your report. They are not bracketed or shaded this way for creditors. (Note: The account # may be scrambled by the creditor for your protection.)

**CAPITAL ONE BANK USA NA #** REDACTED
POB 30281
SALT LAKE CITY, UT 84130 0781
(800) 955 7070

| Balance | $20,437 | Pay Status | >CHARGED OFF AS BAD DEBT< |
|---|---|---|---|
| Date Verified | 08/2009 | Account Type | REVOLVING ACCOUNT |
| High Balance | $14,483 | Responsibility | INDIVIDUAL ACCOUNT |
| Credit Limit | $8,000 | Date Open | 03/1993 |
| Past Due | >$30 437< | Date Closed | 06/2005 |

Loan Type CREDIT CARD
Remarks ACCT CLOSED BY CREDIT GRANTOR
Estimated date that this item will be removed  10/2011

**CREDIT BUREAU NORTH AMER #** REDACTED
200 CREEKSIDE DR
DICKSON, TN 37055
(615) 446 7178

| Balance | $0 | Pay Status | >PAYMENT AFTER CHARGE OFF/COLLECTION< |
|---|---|---|---|
| Date Verified | 02/2008 | Account Type | OPEN ACCOUNT |
| Original Amount | $229 | Responsibility | JOINT ACCOUNT |
| Original Creditor | 1ST INVESTMENT SERVICES 23th | Date Closed | 12/2006 |
| | | Date Paid | 12/2006 |

Loan Type COLLECTION AGENCY/ATTORNEY
Remarks >PAID COLLECTION<
Date placed for collection  08/2006
Estimated date that this item will be removed  11/2011

**WF FINANCIAL CARDS #** REDACTED
800 WALNUT ST
DES MOINES, IA 50309
(800) 247-9215

| Balance | $0 | Pay Status | >PAYMENT AFTER CHARGE OFF/COLLECTION< |
|---|---|---|---|
| Date Verified | 07/2009 | Account Type | REVOLVING ACCOUNT |
| High Balance | $4 616 | Responsibility | INDIVIDUAL ACCOUNT |
| Credit Limit | $0 | Date Open | 12/1998 |
| | | Date Closed | 07/2005 |
| | | Date Paid | 01/2005 |

Loan Type CREDIT CARD
Remarks ACCT INFO DISPUTED BY CONSUMER
Estimated date that this item will be removed  12/2011

- End of investigation results -

To view a free copy of your full, updated credit file, go to our website http //disclosure transunion com

Joseph P. Hadeed
8002 Hollington Place
Fairfax Station, Virginia 22039

October 11, 2010

Equifax Information Services LLCP O. Box 740256Atlanta, GA 30374

Experian Information Solutions, Inc.
P.O Box 2002
Allen, TX  75013

Trans Union LLC
P.O. Box 2000
Chester, PA 19022-2000

To Whom It May Concern

You are reporting the following accounts within my credit file. None of them are mine  These accounts were opened without my knowledge and have been reported as such to the creditors involved.

| | |
|---|---|
| Capital One | Account         REDACTED |
| Express | Account |
| Express | Account |
| Express | Account |
| WFF Cards | Account |
| WFNNB/Express Struct | Account |
| WFNNB/Victorias Secret | Account |
| WFNNB/Victorias Secret | Account |
| CBNA, LLC | Account |
| AFNI | Account |
| Credit Bureau of NA | Account    REDACTED |
| Credit Control | Account |

I do not owe these debt.  I was the victim of identity theft.

With regard to the all accounts except the CBNA account, I had opened this account, but had my identity stolen by Elizabeth Mavrommatis (aka Elizabeth Grimm).  With regard to the CBNA account, Ms. Mavrommatis opened this account in my name without my knowledge or authority.  This thief stole my credit cards and charged it without my authority, permission or knowledge

**EXHIBIT**

C

have filed criminal charges against Ms. Mavrommatis.   A certified copy of the 14 criminal charges are attached.  She was convicted of these charges.  If you wish more detailed information, you may contact the investigating officer, Fairfax County police detective A. A. DeSantis at (703) 922-0894, Fairfax County Police, Franconia District Station, 6121 Franconia Road, Alexandria, Virginia 22310.

I have contacted the above creditors many, many times since finding out about the existence of these accounts   Attached you will find a copy of my prior correspondence with them, as well as with their collection agencies. All of these creditors have failed to adequately investigate these accounts, and have not provided evidence that I requested the accounts  I am therefore requesting that you, as the reporting agency, require them to investigate and furnish such proof as they have, and correct my credit report accordingly.

Please immediately remove these accounts from my credit report.  I am attaching a handwriting exemplar, and a fraud affidavit    Please forward these examples and the other documents I'm providing to the above creditors and reinvestigate and remove these accounts   If you do not intend to do so, please let me know immediately so that I may send them myself.

Please request that the above creditors produce documentation that I owe this debt, reinvestigate and remove these accounts   When they fail to produce this documentation, please promptly remove this account, as it will then be apparent that these collection agencies and credit furnishers are merely trying to strong arm me as a consumer into paying a debt that I do not owe, and is holding my credit ransom if I do not pay this non existent debt.   In addition, please provide this letter to all of the creditors listed above  If any of them do not confirm the details I have provided to you in this letter, please do not re-report them unless you have received the note or application claimed by the creditor so you can compare it to my real signature.    If you need a handwriting expert, please call me and I will gladly pay the costs associated with the expert's analysis.

This matter is urgent to me, as this erroneous and derogatory credit reporting is significantly impairing my ability to obtain financing and to live my life free from the victimization I suffered by the original identity thief.   I am a business owner, and am in the process of purchasing property for my business.   This derogatory credit reporting is affecting my ability to finance this purchase.  I therefore beseech you to properly investigate this matter with all due haste, and remove the erroneous information from my credit report.

If any of these accounts are re-verified, please do not re report the account until you have called me at (703) 926-4155 (weekdays, 8:30 to 5:00) so that I can discuss this further and provide any additional documents you may need    I SPECIFICALLY AUTHORIZE AND REQUEST YOU TO FORWARD THIS LETTER AND ALL ATTACHMENTS TO ALL CREDITORS REFLECTED

ABOVE.

For identification purposes, my SSN is REDACTED and my date of birth
is REDACTED

Sincerely,

Joseph P. Hadeed

enc as stated

## AFFIDAVIT OF FRAUD

I, Joseph P. Hadeed, the undersigned do hereby state and declare that I reside at 8002 Hollington Place, Fairfax Station, Virginia 22039 located in Fairfax County, Virginia and my Social Security Number is **REDACTED** and my date of birth is **REDACTED**

That I have not authorized or empowered any individual to seek credit in my name with any of the creditors listed on my credit report wherein derogatory or negative information is stated against me, and

That I did not personally open or use said accounts which show negative or derogatory information about me on my credit reports, and

That I have reason to believe that the following individual committed identity theft against me, used my credit, and caused said creditors to report derogatory information concerning me to the credit reporting agencies: Elizabeth C. Mavrommatis a.k.a Elizabeth Grimm, address unknown



JOSEPH P. HADEED

Notary Public: Subscribed and sworn to before me this _2 4_ day of September, 2009

NOTARY PUBLIC



Eugene Harris
Co. Commonwealth of Virginia
Notary Public
Commission no. 7040226
My Commission Expires 09/30/2013

**EXHIBIT**

D

October 11, 2010

## AFFIDAVIT OF FRAUD AND FORGERY

I, Joseph P. Hadeed, residing at 8002 Hollington Place, Fairfax Station, Virginia 22039,
herein declare with respect to Express, Account # · REDACTED    that:

1.     I have not used the balance owed on the account, or benefitted from the use of the
account in any way.

2.     I have not authorized the account to be used

Joseph P. Hadeed
SSN     REDACTED

State of _Virginia_ · County of _Alexandria City_ · Country of _USA_

Sworn to and depose of before me by Joseph P Hadeed on this _21_ day of
_Oct_ , 2010

My Commission

Expires On _3/31/10_

Eugene Harris
Commonwealth of Virginia
Notary Public
Commission No 304046
My Commission Expires 03/31/2013

October 11, 2010

## AFFIDAVIT OF FRAUD AND FORGERY

I, Joseph P Hadeed, residing at 8002 Hollington Place, Fairfax Station, Virginia 22039, herein declare with respect to Express, Account # i   REDACTED   that:

1   I have not used the balance owed on the account, or benefitted from the use of the account in any way

2:   I have not authorized the account to be used

Joseph P. Hadeed
SSN:   REDACTED

State of _Virginia_ County of _Alexandria City_ Country of _USA_

Sworn to and depose of before me by Joseph P. Hadeed on this _21_ day of _Oct_, 2010

My Commission

Expires On _3/31/13_

Eugene Harris
Commonwealth of Virginia
Notary Public
Commission No 334046
My Commission Expires 03/31/2013

October 11, 2010

## AFFIDAVIT OF FRAUD AND FORGERY

I, Joseph P. Hadeed, residing at 8002 Hollington Place, Fairfax Station, Virginia 22039, herein declare with respect to Express,   Account # . RED that ACTE

1    I have not used the balance owed on the account, or benefitted from the use of the account in any way.

2.   I have not authorized the account to be used

Joseph P Hadeed
SSN·  REDACTED

State of _Virginia_      : County of _Alexandric City_ : Country of _USA_

Sworn to and depose of before me by Joseph P  Hadeed on this _21_ day of
_Oct_          , 2010

My Commission

Expires On  _3/31/13_

Eugene Hams
Commonwealth of Virginia
Notary Public
Commission No 304346
My Commission Expires 03/31/2013

October 11, 2010

## AFFIDAVIT OF FRAUD AND FORGERY

I, Joseph P. Hadeed, residing at 8002 Hollington Place, Fairfax Station, Virginia 22039, herein declare with respect to WFF Cards, Account REDACTED that:

1.   I have not used the balance owed on the account, or benefitted from the use of the account in any way
2.   I have not authorized the account to be used

Joseph P. Hadeed
SSN: REDACTED

State of _Virginia_   County of _Alexandria City_ : Country of _USA_

Sworn to and depose of before me by Joseph P. Hadeed on this _21_ day of
_October_ , 2010

Expires On _3/31/13_                                My Commission

Eugene Harris
Commonwealth of Virginia
Notary Public
Commission no 304045
My Commission Expires 03/31/2013

October 11, 2010

### AFFIDAVIT OF FRAUD AND FORGERY

I, Joseph P. Hadeed, residing at 8002 Hollington Place, Fairfax Station, Virginia 22039, herein declare with respect to WFNNB/Express Struct, Account REDACTED that:

1.   I have not used the balance owed on the account, or benefitted from the use of the account in any way.

2.   I have not authorized the account to be used

Joseph P. Hadeed
SSN:   REDACTED

State of _Virginia_ : County of _Alexandria_ : Country of _USA_

Sworn to and depose of before me by Joseph P. Hadeed on this _2 1_ day of _Oct_ , 2010

My Commission

Expires On _3/31/13_

Eugene Harris
Commonwealth of Virginia
Notary Public
Commission No 304046
My Commission Expires 03/31/2013

October 11, 2010

### AFFIDAVIT OF FRAUD AND FORGERY

I, Joseph P. Hadeed, residing at 8002 Hollington Place, Fairfax Station, Virginia 22039, herein declare with respect to WFNNB/Victorias Secret, Account | REDACTED that:

1. I have not used the balance owed on the account, or benefitted from the use of the account in any way.

2. I have not authorized the account to be used

Joseph P. Hadeed
SSN:  REDACTED

State of _Virginia_    County of _Alexandria City_ : Country of _USA_

Sworn to and depose of before me by Joseph P. Hadeed on this _21_ day of
_Oct_____, 2010

My Commission

Expires On: _3/31/13_

Eugene Harris
Commonwealth of Virginia
Notary Public
Commission No. 304046
My Commission Expires 03/31/2013

October 11, 2010

## AFFIDAVIT OF FRAUD AND FORGERY

I, Joseph P. Hadeed, residing at 8002 Hollington Place, Fairfax Station, Virginia 22039, herein declare with respect to WFNNB/Victorias Secret, Account REDACTED that

1. I have not used the balance owed on the account, or benefitted from the use of the account in any way.
2. I have not authorized the account to be used

Joseph P Hadeed
SSN· REDACTED

State of _Virginia_ : County of _Alexandria_ : Country of _USA_

Sworn to and depose of before me by Joseph P. Hadeed on this _0(_ day of _Oct_ , 2010

My Commission

Expires On: _3/31/13_

Eugene Hams
Commonwealth of Virginia
Notary Public
Commission No 364045
My Commission Expires 03/31/2013

October 11, 2010

### AFFIDAVIT OF FRAUD AND FORGERY

I, Joseph P Hadeed, residing at 8002 Hollington Place, Fairfax Station, Virginia 22039. herein declare with respect to CBNA, LLC, Account | REDACTE that.

1. I have not requested or authorized the above account to be opened in my name
2. I have not guaranteed the above account
3. I have not received statements for the above account
4. I have not made any payments to this account
5. I have not used the account, or benefitted from the use of the account in any way.

Joseph P Hadeed
SSN   REDACTED

State of _Virginia_ · County of _Alexandria City_ Country of _USA_

Sworn to and depose of before me by Joseph P Hadeed on this _21_ day of
_Oct_ , 2010

My Commission

Expires On _3/31/13_

Eugene Harris
Commonwealth of Virginia
Notary Public
Commission No. 304046
My Commission Expires 03/31/2013

October 11, 2010

## AFFIDAVIT OF FRAUD AND FORGERY

I, Joseph P. Hadeed, residing at 8002 Hollington Place, Fairfax Station. Virginia 22039,
herein declare with respect to Capital One,
Account # REDACTED that.

1. I have not used the balance owed on the account, or benefitted from the use of the
account in any way.

2. I have not authorized the account to be used

Joseph P. Hadeed
SSN: REDACTED

State of _Virginia_ : County of _Alexandria City_ : Country of _USA_

Sworn to and depose of before me by Joseph P Hadeed on this _21_ day of
_Oct_, 2010

Expires On _3/31/13_                                My Commission

Eugene Herns
Commonwealth of Virginia
Notary Public
Commission No 304046
My Comm Expires 03/31/2013

October 11, 2010

## AFFIDAVIT OF FRAUD AND FORGERY

I, Joseph P. Hadeed, residing at 8002 Hollington Place, Fairfax Station, Virginia 22039, herein declare with respect to Credit Bureau of NA, Account REDACTED that:

1.   I have not used the balance owed on the account, or benefitted from the use of the account in any way.
2.   I have not authorized the account to be used

Joseph P. Hadeed
SSN: REDACTED

State of _Virginia_  : County of _Alexandria_  : Country of _USA_

Sworn to and depose of before me by Joseph P. Hadeed on this _21_ day of _Oct_ , 2010

My Commission

Expires On: _3/31/13_

Eugene Harris
Commonwealth of Virginia
Notary Public
Commission No. 334046
My Commission Expires 03/01/2013

I swear that the following signature exemplars are my true and actual signatures as witnessed by the below referenced notary.

Signature #1

Signature #2

Signature #3

Signature #4

Signature #5

*Commonwealth of Virginia*
*County of Alexandria City to-wit:*

Before me, the undersigned notary public, in and for the aforesaid jurisdiction, appeared a person who sufficiently identified himself to me as Joseph P. Hadeed on this _H_ day of _oct_, 2010, and, after placing Affiant under oath, the Affiant, in my presence, signed the document to which this certification is attached and swore that the facts stated therein were true to best of Affiant's knowledge and belief.

Notary Public

My commission expires: _3/31/13_

Eugene Hams
Commonwealth of Virginia
Notary Public
Commission No 304046
My Commission Expires 03/31/2013

Report Results - This Form Produced by Equifax | User Reference. MRODRIGUEZ        Page 1 of 4

## Inquiry Information:

Date of Inquiry          09/22/2011
UserID                   MRODRIGUEZ

Subject Information:     Name·         Hadeed, Joseph
                         SSN,          REDACTED

                         Current Address.  7308 Floyd AV
                                           Springfield, VA 22150

## Report Results

```
BEACON 5.0 SCORE     627                        00038/00013/00014/00016
SERIOUS DELINQUENCY AND DEROGATORY PUBLIC RECORD OR COLLECTION FILED
TIME SINCE DELINQUENCY IS TOO RECENT OR UNKNOWN
LENGTH OF TIME ACCOUNTS HAVE BEEN ESTABLISHED
LACK OF RECENT REVOLVING ACCOUNT INFORMATION
RBF -  31% - 334 - 818

***************************************************************************
SSN AFFIRM - INQUIRY SSN ASSOCIATED WITH CONSUMER

***************************************************************************
COMPLIANCE DATA CENTER, INC.

*NO MATCH FOUND IN CDC'S OFAC DATABASE

*    END OF REPORT, COMPLIANCE DATA CENTER, INC

***************************************************************************

***************************************************************************

* EXTENDED FRAUD VICTIM                                        •

* ADDRESS DISCREPANCY - NO SUBSTANTIAL DIFFERENCE OCCURRED     •

***************************************************************************

*  007 EQUIFAX INFORMATION SERVICES LLC,           P O BOX 740241,
      ,ATLANTA,GA,30374-0241,800/685-1111,WWW EQUIFAX COM/PCRA

*HADEED,JOSEPH,P  SINCE 06/23/87  FAD 09/21/11        FN-261
   7308,FLOYD,AVE,SPRINGFIELD,VA,22150,CRT RPTD 02/11
   8002,HOLLINGTON,PL,FAIRFAX STATION,VA,22039,CRT RPTD 10/09
   7807,HAYFIELD,RD,ALEXANDRIA,VA,22315,CRT RPTD 02/11
   BDS-[    REDACTED
01 ES-,SELF EMPLOYED
02 EF-PRESIDENT,SALES   SERVICE  INC,ALEXANDR,VA
03 E2-,UNKNOWN

*SUM-04/97-09/11,PR/OI-NO,COLL-YES,FB-NO, ACCTS-19,HC$549-600K, 17-ONES, 1-NINE
   , 1-OTHER, HIST DEL- 1-TWO, 1-NINE.
04 05/07 SPECL 915AA133   E EXTENDED FRAUD
05 05/07 SPECL 915AA133   D PROMOTIONAL BLOCK
```

EXHIBIT

E

```
06 06/07 SPECL 915AA133   F FRAUD FILE
07 ALERT CONTACT* - EXTENDED FRAUD,RPTD-05/21/2007,EFFECT.05/21/2007

****** COLLECTION ITEMS ******
LIST  RPTD  AMT/BAL DLA/ECOA AGENCY/CLIENT           STATUS/SERIAL
03/05 01/11 $888     01/05 831YC1142 CREDITCONT    UNPAID
            $888     I     COX COMMUNICATI        REDACTED
    CONSUMER DISPUTES THIS ACCOUNT INFORMATION
    COLLECTION ACCOUNT
*************************
FIRM / IDENT CODE    CS  RPTD   LIMIT  HICR  BAL$ DFD/DLA MR{30-60-90+}MAX/DEL
ECOA/ACCOUNT NUMBER      OPND   P/DUS .TERM      24 MONTH HISTORY
-----------------------------------------------------------------------
WFNNB/EXP |REDACTED  R9 01/11    0    ---    0 11/C4 27 {00-00-67}09/10-R9
  I/  REDACTED    -     06/98   ---   ---           99*999999999/999999999999
    CONSUMER DISPUTES AFTER RESOLUTION
    CHARGED OFF ACCOUNT

REEDS      REDACTED  R1 05/07   ---  1524   0 03/03 36
I/900139             06/97   ---   ---

GTWY/CBNA  REDACTED  R1 03/05  1700   ---   0 10/02 36
  I/  REDACTED    .    03/02   ---   ---
    CLOSED OR PAID ACCOUNT/ZERO BALANCE



WFN/LIMITD|REDACTE   R1 03/03   ---   610   0 03/03 68
I/| REDACTED         07/97   ---   ---

PROVIDIAN  REDACTED  R1 08/02   ---   549   0 06/02 09
I/ REDACTED          10/01   ---   ---
    ACCOUNT CLOSED BY CONSUMER
    CLOSED OR PAID ACCOUNT/ZERO BALANCE

    REVOLVING TOTALS            ---  1524   ---
                                ---   ---
-----------------------------------------------------------------------
CHASE  |  REDACTED  I1 09/11   ---  166K  9675C 09/11 77
I/  REDACTED          02/03   ---  1340
    REAL ESTATE MORTGAGE
    FIXED RATE

BRKE HRBRT|REDACTED  I1 09/11   --- 37972  28786 09/11 10
I/|REDACT  ..         10/10   ---   858
    AUTO
    FIXED RATE

BRKE HRBRT*REDACTED  I1 09/11   ---  600K  592K 09/11 05
I/ REDACTE           03/11   ---  3708
    REAL ESTATE MORTGAGE
    CONVENTIONAL MORTGAGE

BRKE HRBRT*REDACTED  I1 09/11   ---  519K  500K 09/11 31
I/ REDACT            02/09   ---  4009
    REAL ESTATE MORTGAGE
    CONVENTIONAL MORTGAGE

MB FIN SVC*REDACTE   I1 08/11   --- 59248  47727 08/11 05
C/|REDACTED          02/11   ---  1645
    AUTO
```

*Should be removed based on fraud (was removed from other 2 credit agencies)*

Report Results - This Form Produced by Equifax | User Reference. MRODRIGUEZ         Page 3 of 4

```
     LEASE

BWW FIN      REDACTED    I1 07/11   ---  25004  18750 07/11 12 (01-00-00)12/10-I2
M/ REDACTED             05/10   ---    588           ******2*****/**
     AUTO
     REAFFIRMATION OF DEBT

MB FIN SVC* REDACTE      I1 03/11   ---  63309      0 03/11 19
C/|REDACTED              '08/09   ---    ---
     CLOSED OR PAID ACCOUNT/ZERO BALANCE
     AUTO

HD CREDIT |REDACTED      I1 C1/10   ---  14698      0 12/09 29
I/   REDACTED            07/07   ---    292
     CLOSED OR PAID ACCOUNT/ZERO BALANCE
     AUTO

AMERICASSE REDACTE       I1 01/10   ---   297K      0 12/04 19
I/| REDACTED             03/03   ---      0
     CONSUMER DISPUTES THIS ACCOUNT INFORMATION


     CLOSED OR PAID ACCOUNT/ZERC BALANCE

MB FIN SVC* REDACTE      I1 09/09   ---  32294      0 09/09 09
C/ REDACTED              11/08   ---    ---
     CLOSED OR PAID ACCOUNT/ZERO BALANCE
     AUTO

MOAC       REDACTED.     I1 01/08   ---   166K      0 05/04 14
I/REDACTE               02/03   ---   1382
     CLOSED OR PAID ACCOUNT/ZERO BALANCE

BRKE HRBRT* REDACTED     I1 02/04   ---  26500    --- 02/04 33
J/REDAC                  04/01   ---    880

BK OF AMER*REDACTED      I1 03/03   ---   135K      0 02/03 59
I/| REDACTED             03/98   ---   1201
     FREDDIE MAC ACCOUNT
     CLOSED OR PAID ACCOUNT/ZERO BALANCE

     INSTALLMENT TOTALS         --- 1408K  1284K
                                --- 12149
-----------------------------------------------------------
     GRAND TOTALS               -- 1409K  1284K
                                --- 12148
-----------------------------------------------------------
GEMB/JCP | REDACTED       09/11   ---   ---     --- 09/11
 /_ REDACTED             04/97   ---   ---
     LOST OR STOLEN  CARD
     CHARGE


*INQS-AZTECFINCL|REDACTED  07/09/11   CBNA      |REDACTE  06/19/11
     COMCAST |              03/07/11   AMER SVCTR| D       02/16/11
     FACTL DTA|             02/02/11   BVS                . 01/12/11
     EMS                    12/04/10   FK REDACTED AZTECFI 12/02/10
     AZTECFINCL|            12/02/10   CREDCO    REDACTED 11/17/10
     KROLLFD |              10/01/10   KROLLFD            09/22/10
     CREDCO  |              08/12/10   CREDCO             05/13/10
     AZTECFINCL|            03/22/10   KROLLFD            02/02/10
```

Report Results - This Form Produced by Equifax | User Reference. MRODRIGUEZ          Page 4 of 4

REDACTED                          REDACTED
CREDCO                    02/02/10     TEDBRITT          05/30/09
&

END OF REPORT EQUIFAX AND AFFILIATES -   09/22/11

| | |
|---|---|
| **From:** | Peltier, Stephanie |
| **To:** | Docket/ATL; Flemming, Kenyetta; Hendon, Dottie |
| **Subject:** | FW: Pretriage FW: Notice of Service of Process |
| **Date:** | Thursday, August 16, 2012 7:13:04 AM |
| **Attachments:** | Hadeed-Complaint.pdf |

Triage: 8/20
30 day: 9/20
Form 2: 10/1

**From:** Peltier, Stephanie
**Sent:** Thursday, August 16, 2012 7:13 AM
**To:** Love, Tony; Perling, Lewis
**Subject:** Pretriage FW: Notice of Service of Process

**From:** sop@cscinfo.com [mailto:sop@cscinfo.com]
**Sent:** Wednesday, August 15, 2012 1:10 PM
**To:** equifax
**Subject:** Notice of Service of Process

## Corporation Service Company ®

*CSC SameDay SOP and CSC PowerBrief clients, click here to receive and view your Service of Process documents now.*
*For more information on instant access to your SOP, click Sign Me Up.*

**NOTICE OF SERVICE OF PROCESS**

Transmittal Number: 10224011
Date: 08/15/2012

Pursuant to client instructions, we are forwarding this summary and notice of Service of Process. The Service of Process document has been sent to the primary contact listed below.

| | |
|---|---|
| **Entity:** | Equifax Information Services LLC |
| **Entity I.D. Number:** | 0635578 |
| **Entity Served:** | Equifac Information Services LLC |
| **Title of Action:** | Joseph P. Hadeed vs. Equifax Information Services LLC |
| **Document(s) type:** | Summons/Complaint |
| **Nature of Action:** | Other |
| **Court/Agency:** | Alexandria City Circuit Court, Virginia |
| **Case/Reference No:** | CL12003871 |
| **Jurisdiction Served:** | Virginia |
| **Date Served on CSC:** | 08/14/2012 |
| **Answer or Appearance Due:** | 21 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |

**Sender Information:**
Raighne C Delaney
703-525-4000

**Primary Contact:**
Stephanie  Peltier
King & Spalding LLP

**Copy of transmittal only provided to:**
LaTonya Munson
Troy Kubes
Mackenzie Cole
Pamela Smith
Vicki Banks
Suzanne Alford
Dottie Hendon

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the document(s) and taking appropriate action.

Please visit www.cscglobal.com for more information on CSC's Litigation and Matter Management services, including service of process (SOP) history, online acknowledgement of SOP, fully electronic scanned SOP and SOP package tracking information.

**CSC is SAS70 Type II certified for its Litigation Management System.**

2711 Centerville Road   Wilmington, DE 19808
(888) 690-2882  |  sop@cscinfo.com

# Commonwealth of Virginia



Case No. CL12003871
Doc No: 2120495

# SUMMONS

## TO THE SHERIFF: YOU ARE  HEREBY COMMANDED TO SERVE:

Serve:  Equifac Information Services LLC
c/o Corporation Service Company
Bank Of America Center, 16th Floor
1111 E Main Street
Richmond, VA  23219

The party upon whom this summons and the attached complaint are served is hereby notified that unless within 21 days after such service, response is made by filing in the clerk's office of this court a pleading in writing, in proper legal form, the allegations and charges may be taken as admitted and the court may enter an order, judgment or decree against such party either by default or after hearing evidence.

**Appearance in person is not required by this summons.**

Done in the name of The Commonwealth of Virginia, the 10th day of August, 2012.

Marilyn Delgado
Deputy Clerk

Edward Semonian
Clerk, Circuit Court
520 King Rm 307
Alexandria, VA  22314
(703) 746-4044

Copy to Serve

COMMONWEALTH OF VIRGINIA:                          Case #  CL12003871
      In the Circuit Court of the City of Alexandria

STYLE:  HADEED, JOSEPH V EQUIFAC INFORMATION SERVICES LLC

Serve:  Equifac Information Services LLC
      c/o Corporation Service Company
      Bank Of America Center, 16th Floor
      1111 E Main Street
      Richmond, VA  23219

Copy to Serve

VIRGINIA:

## IN THE CIRCUIT COURT FOR THE CITY OF ALEXANDRIA

Joseph P. Hadeed )
8002 Hollington Place )
Fairfax Station, VA 22039 )
)
)
Plaintiff, )
)
v. )   Case No. CL12003871
)
Equifax Information Services LLC )
C/o Corporation Service Company )
Bank of America Center, 16th Floor )
1111 East Main Street )
Richmond, VA 23219 )
)
Experian Information Solutions, Inc. )
C/o David N. Anthony )
Troutman Sanders LLP )
1001 Haxall Point )
Richmond, VA 23219 )
)
Trans Union LLC )
C/o Beverley L. Crump )
Bank of America Center, 16th Floor )
1111 East Main Street )
Richmond, VA 23219 )
)
Defendants. )

FILED
CLERK OF COURTS
CITY OF ALEXANDRIA
2012 AUG 10 P 2:25
EDWARD SEMONIAN, CLERK
BY
DEPUTY CLERK

## COMPLAINT

COMES NOW, Joseph P. Hadeed, by counsel, to demand judgment against Defendants,

Equifax Information Services LLC, Experian Information Solutions, Inc., and Trans Union LLC

(collectively, the "Credit Agency Defendants"), and states as follows:

### *The Parties*

1.   Plaintiff, Joseph P. Hadeed, is an adult individual who resides in Virginia.

2.      Defendant Equifax Information Services LLC ("Equifax") is a Georgia corporation that regularly conducts business in Virginia and which has a principal place of business in Georgia.

3.      Defendant Experian Information Solutions, Inc. ("Experian") is an Ohio corporation that regularly conducts business in Virginia and which has a principal place of business in California.

4.      Defendant Trans Union LLC ("Trans Union") is a Delaware corporation that regularly conducts business in Virginia and which has a principal place of business in Illinois.

### *Jurisdiction and Venue*

5.      The Alexandria Circuit Court has subject matter jurisdiction as all relevant transactions occurred within Virginia.

6.      The Alexandria Circuit Court has personal jurisdiction over the Credit Agency Defendants pursuant to Va. Code Ann. § 8.01-328.1.

7.      The Alexandria Circuit Court is the proper venue for this action pursuant to Va. Code Ann. § 8.01-262.

### *Facts*

8.      Mr. Hadeed is a resident of Virginia. He is the Chief Executive Officer of Hadeed Carpet Cleaning, Inc., a company that he has helped build and expand for more than 20 years. His company's success has depended on favorable loans and lines of credit, which he has historically received as a result of his good credit history and fiscal responsibility.

9.      In 2005, Mr. Hadeed discovered that his identity and credit cards had been stolen by one Elizabeth Mavrommatis ("Mavrommatis"). Mavrommatis ran up several of Mr. Hadeed's existing credit accounts and opened others, all of which damaged Mr. Hadeed's credit rating and caused him great distress. Criminal charges were filed against Mavrommatis, who was later convicted. Copies of Mavrommatis' arrest warrants and convictions are attached as **Exhibit A**.

2

10.     In 2008 and 2009, Mr. Hadeed attempted to take out loans from Burke & Herbert Bank (the "Bank") in order to purchase property for expanding his business, as well as a home. In order to determine Mr. Hadeed's loan eligibility, the Bank sought a "3-in-1" credit report from Defendant Equifax. As a result of this report, the bank was not able to offer Mr. Hadeed loans at a favorable interest rate.

11.     After some investigation, Mr. Hadeed discovered that his poor credit rating resulted from the listing of numerous accounts that had been "run up" and/or opened by Mavrommatis. In 2009, and again in 2010, Mr. Hadeed sent correspondence to the Credit Agency Defendants, informing them of the identity theft and the unauthorized activity connected to those accounts. In addition to this correspondence, he requested that the accounts be removed. Copies of the 2009 and 2010 correspondence are attached as **Exhibit B** and **Exhibit C**.

12.     Along with the above correspondence, Mr. Hadeed sent the Credit Agency Defendants Mavromatis' arrest warrants and subsequent convictions, as well as sworn affidavits certifying that the accounts were no longer his. Copies of these affidavits are attached as **Exhibit D**.

13.     The Credit Agency Defendants initiated investigations into the activity listed on Mr. Hadeed's credit report. Months later, some of the accounts were removed.

14.     Nevertheless, the Credit Agency Defendants refused to accept Mavrommatis' warrants and convictions as proof that the activity on the remaining accounts was unauthorized. As of September 2011, some of these accounts continue to be listed on Mr. Hadeed's credit reports and are used in calculating his credit rating.

15.     As an example, a September 2011 report from Defendant Equifax lists Mr. Hadeed's "beacon" credit score as 627, which is only deemed "average" or "ok." This report contains several inaccuracies. The address for Mr. Hadeed listed on the report is an address he moved

3

from *several years ago*. In addition, it continues to list a "WFNNB/Express" collection account which is not his. Finally, the report notifies readers that a "serious delinquency and derogatory public record or collection" was filed, which can only refer to the above collection items that do *not* belong to Mr. Hadeed. A copy of this credit report is attached as Exhibit E.

16.     Upon information and belief, the Credit Agency Defendants have been reporting derogatory and inaccurate statements like that above relating to Mr. Hadeed and Mr. Hadeed's credit history to third parties (hereafter the "inaccurate information").

17.     The inaccurate information negatively reflects upon Mr. Hadeed, Mr. Hadeed's credit repayment history, Mr. Hadeed's financial responsibility as a debtor and Mr. Hadeed's credit worthiness. The inaccurate information consists of accounts and/or tradelines that do not belong to Mr. Hadeed, or which misrepresent the payment history and/or status of accounts that do belong to Mr. Hadeed.

18.     Upon information and belief, the inaccurate information includes, but is not limited to, accounts with Capital One, Express, WFF Cards, WFNNB, Victoria's Secret, CBNA, AFNI, Credit Bureau of North America and/or Credit Control.

19.     The Credit Agency Defendants have been reporting the inaccurate information through the issuance of false and inaccurate credit information and consumer credit reports that they have disseminated to various persons and credit grantors, both known and unknown.

20.     As a result of the Credit Agency Defendants' sloppy and inaccurate reporting, Mr. Hadeed has applied for and has been denied various loans and extensions of consumer credit on several different occasions. Mr. Hadeed has been informed by creditors and extenders of consumer credit that the basis for these denials was the inaccurate information that appears on

4

Mr. Hadeed's credit reports, and that the inaccurate information was a substantial factor for those denials.

21.     Mr. Hadeed's credit reports and file have been obtained from the Credit Agency Defendants and have been reviewed many times by prospective and existing credit grantors and extenders of credit, and the inaccurate information has been a substantial factor in precluding Mr. Hadeed from receiving many different credit offers and opportunities, known and unknown, and from receiving the most favorable terms in financing and interest rates for credit offers that were ultimately made.

22.     As a result of the Credit Agency Defendants' conduct, Mr. Hadeed has suffered actual damages in the form of credit denial or loss of credit opportunity, credit defamation and emotional distress, including anxiety, frustration, embarrassment, and humiliation. In addition, his interest rates have remained high, at between 5.75% and 6.25%.

23.     At all times pertinent hereto, the Credit Agency Defendants were acting by and through their agents, servants and/or employees who were acting within the course and scope of their agency or employment, and under the direct supervision and control of the Credit Agency Defendants.

24.     At all times pertinent hereto, the conduct of the Credit Agency Defendants, as well as that of their agents, servants and/or employees, was malicious, intentional, willful, reckless, and in grossly negligent disregard for federal and state laws and the rights of Mr. Hadeed.

### Count I—FCRA (All Defendants)

25.     Mr. Hadeed incorporates the foregoing paragraphs as though the same were set forth at length herein.

5

26.     At all times pertinent hereto, the Credit Agency Defendants were "persons" and "consumer reporting agencies" as those terms are defined by 15 U.S.C. §§ 1681a(b) and (f).

27.     At all times pertinent hereto, Mr. Hadeed was a "consumer" as that term is defined by 15 U.S.C. § 1681a(c).

28.     At all times pertinent hereto, the above-mentioned credit reports were "consumer reports" as that term is defined by 15 U.S.C. § 1681a(d).

29.     Pursuant to 15 U.S.C. § 1681n and 15 U.S.C. §1681o, the Credit Agency Defendants are liable to Mr. Hadeed for willfully and negligently failing to comply with the requirements imposed on a consumer reporting agency of information pursuant to 15 U.S.C. § 1681e(b).

30.     The Credit Agency Defendants' conduct was a direct and proximate cause, as well as a substantial factor, in bringing about the serious injuries, actual damages and harm to Mr. Hadeed that are outlined more fully above and, as a result, the Credit Agency Defendants are liable to Mr. Hadeed for the full amount of statutory, actual and punitive damages, along with the attorneys' fees and the costs of litigation, as well as such further relief, as may be permitted by law.

### Count II—Defamation (All Defendants)

31.     Mr. Hadeed incorporates the foregoing paragraphs as though the same were set forth at length herein.

32.     The Credit Agency Defendants have published statements, both orally and through writing to various creditors, prospective credit grantors, other credit reporting agencies, communicating that the above-referenced derogatory, inaccurate information belongs to Mr. Hadeed.

6

33.    The Credit Agency Defendants have published these statements each time a credit report on Mr. Hadeed has been requested by any creditor, prospective credit grantors, furnisher, or other source.

34.    The statements made by the Credit Agency Defendants are false in that they inaccurately reflect Mr. Hadeed's credit information and debt repayment history, and paint Mr. Hadeed as financially irresponsible and delinquent.

35.    The Credit Agency Defendants have published these statements to at least every single creditor, furnisher or prospective creditor or other entity that has requested Mr. Hadeed's credit report.

36.    The written statements and oral statements and publications constitute defamation per se.

37.    If the written and oral statements are not defamatory per se, they are defamatory because the Credit Agency Defendants' false reporting reflects poorly upon Mr. Hadeed's credit repayment history and fiscal responsibility, has in fact prejudiced him, resulted in known and unknown lost credit offers and opportunities, and caused him special damages of at least two hundred fifty thousand dollars ($250,000) in the form of increased interest rates with loans from the Burke & Herbert Bank and John Marshall Bank.

38.    In addition, despite repeated notices from Mr. Hadeed, the Credit Agency Defendants have acted with malice by failing to communicate the information provided to them by Mr. Hadeed to all creditors, prospective creditors, furnishers of information and all other entities to whom they provide credit information concerning Mr. Hadeed.

39.    In the alternative, the Credit Agency Defendants disseminated these credit reports without reasonable grounds for believing that they were true.

7

40.    In the alternative, the Credit Agency Defendants disseminated these reports after negligently failing to ascertain the facts on which they were based.

41.    The Credit Agency Defendants' conduct was a direct and proximate cause, as well as a substantial factor, in bringing about the serious injuries, damages and harm to Mr. Hadeed that are outlined more fully above and, as a result, the Credit Agency Defendants are liable to compensate Mr. Hadeed for the full amount of actual damages, compensatory damages and punitive damages, as well as such other relief, permitted under the law.

### *Jury Trial Demand*

42.    Mr. Hadeed demands trial by jury on all issues so triable.

### *Prayer for Relief*

WHEREFORE, Mr. Hadeed seeks judgment in Mr. Hadeed's favor and damages against the Credit Agency Defendants, jointly and severally, based on the following requested relief:

(a)    Actual damages of seventy five thousand dollars ($75,000);

(b)    Statutory damages pursuant to 15 U.S.C. § 1681n.

(c)    Punitive damages of two hundred twenty-fifty thousand dollars ($225,000);

(d)    Costs and reasonable attorneys' fees pursuant to 15 U.S.C. §§ 1681n and 1681o;

(e)    An order directing Defendants to immediately

      a.  delete all of the inaccurate information from Mr. Hadeed's credit reports and files; AND

      b.  cease reporting the inaccurate information to any and all persons and entities to whom they report consumer credit information;

(f)    An order directing that Defendants send to all persons and entities to whom they have reported inaccurate information about Mr. Hadeed within the last three years Mr. Hadeed's

8

updated and corrected credit report information; and

(g)    Such other and further relief as may be necessary, just and proper.

Respectfully Submitted,

Raighne C. Delaney, VSB# 38787
Bean, Kinney & Korman, P.C.
2300 Wilson Boulevard, Seventh Floor
Arlington, VA 22201
(703) 525-4000 (phone)
(703) 525-2207 (fax)
*Counsel for Plaintiff*

9

Fairfax County

CITY OR COUNTY

☐ General District Court  ☒ Criminal  ☐ Traffic

☐ Juvenile and Domestic Relations District Court

VA. CODE §§ 19.2-71,-72

CASE NO. C-04-2402842

**TO ANY AUTHORIZED OFFICER:**

You are hereby commanded in the name of the Commonwealth of Virginia forthwith to arrest and bring the Accused before this Court to answer the charge that the Accused, within this city or county, on or about ......... 12/15/2004 .........

DATE

did unlawfully in violation of Section

......... 18.2-121 ......... Code of Virginia: .........

enter the property of Michael Hadeed for the purpose of damaging it or the contents thereof, or for the purpose of interfering with the rights of the owner, user, or occupant thereof to use such property free from interference.

I, the undersigned, have found probable cause to believe that the Accused committed the offense charged, based on the sworn statements of

......... Ofc. Robertson, I.N #2965 FxCo ........., Complainant.

Execution by summons ☐ permitted at officer's discretion. ☒ not permitted.

......... 12/19/2004 ......... 02:32 PM

DATE AND TIME ISSUED

☐ CLERK  ☒ MAGISTRATE  ☐ JUDGE

Nick F. Stames, #025 Magistrate

FAIRFAX COUNTY GENERAL DISTRICT

**SUMMONS** (If authorized above and by serving a copy hereon)

You are hereby commanded to appear before this Court (at)

.........

on .........

I promise to appear in accordance with this Summons and certify that my mailing address as shown at right is correct. CCRE May be Required

I, the undersigned clerk or deputy clerk of the above-named court authenticate pursuant to VA. Code § 8.01-391(c) on this date that the document to which this authentication is affixed is a true copy of a record in the above named court, made in performance of my official duties.

......... 7/05/05 .........

DATE          CLERK          ☐AM/PM

ACCUSED

**WARNING TO ACCUSED:** You may be tried and convicted in your absence if you fail to appear in response to this Summons. Willful failure to appear is a separate offense. SIGNING THIS NOTICE DOES NOT CONSTITUTE AN ADMISSION OF GUILT.

FORM DC-314 9/04 PC   (11:56-010 4/02)

---

CASE NO. C-04-2402842

ACCUSED

Mavrommatis, Elizabeth C.

LAST NAME, FIRST NAME, MIDDLE NAME

No. Fixed

ADDRESS/LOCATION

HEARING DATE AND TIME

01/25/2005
09:30 AM

To be completed upon service as Summons

Mailing address ☐ Same as above

COMPLETE DATA BELOW IF KNOWN

| RACE | SEX | MO. | BORN DAY | YR. | HT. FT. | IN. | WGT. | EYES | HAIR |
|------|-----|-----|----------|-----|---------|-----|------|------|------|
| W | F | | | | 5 | 1 | 100 | GR | BR |

SSN

Commonwealth of Virginia

**WARRANT OF ARREST**

CLASS ___1___ MISDEMEANOR

☑ EXECUTED by arresting the Accused named above on this day:

☐ EXECUTED by summoning the Accused named above on this day:

☐ For legal entities other than individuals, service pursuant to Va. Code § 19.2-76.

......... 12-19-04 ......... 0245

DATE AND TIME OF SERVICE

I.N. Robertson

ARRESTING OFFICER

2965          FFX Co PD

BADGE NO.   AGENCY AND JURISDICTION

for .........

SHERIFF

Attorney for the Accused: .........

VA Crime Code:

TRS-717-m1

GC-FF10435310

EXHIBIT

A

The Accused was this day:

[ ] tried in absence
[ ] present

_____

[ ] PROSECUTING ATTORNEY PRESENT (NAME)

_____

[ ] DEFENDANT'S ATTORNEY PRESENT (NAME)

[ ] NO ATTORNEY
[ ] ATTORNEY WAIVED
[ ] If convicted, no jail sentence will be imposed

[ ] Translator/Interpreter present:

_____
NAME

Plea of Accused:

[ ] not guilty [ ] witnesses sworn
[ ] nolo contendere
[ ] guilty
[ ] Plea Bargain [ ] Plea and Recommendation

And was TRIED and FOUND by me:

[ ] not guilty
[ ] guilty as charged
[ ] guilty of _____
[ ] facts sufficient to find guilt but defer adjudication /disposition and place accused on probation, §§ 4.1-305, 18.2-57.3, 18.2-251 or 19.2-303.2. Costs imposed upon defendant.

And was FOUND by me to be:

[ ] driving a commercial motor vehicle
[ ] carrying hazardous materials

[✓] I ORDER a nolle prosequi on prosecution's motion

[ ] I ORDER the charge dismissed
[-] conditioned upon payment of costs (accord and satisfaction), § 19.2-151
[ ] conditioned upon payment of costs and successful completion of traffic school § 16.1-69.48:1
[ ] under §§ 4.1-305, 18.2-57.3, 18.2-251 or 19.2-303.2.

_____4-19-05_____
DATE

I impose the following Sentence:

[ ] FINE [ ] CIVIL PENALTY of $ _____
with $ _____ suspended

[ ] JAIL sentence of _____ imposed
with _____ suspended conditioned upon being of good behavior and keeping the peace, and paying fines and costs. Pursuant to § 53.1-187, credit is granted for pre-trial detention.

[ ] Serve jail sentence beginning _____

   [ ] on weekends only

[ ] Work release [ ] authorized if eligible [ ] required
                 [ ] Work release not authorized

[ ] on PROBATION for _____
   [ ] VASAP [ ] local community-based probation program

[ ] DRIVER'S LICENSE suspended _____

_____
Restricted Driver's License per attached order
   [ ] Ignition Interlock for _____

[ ] RESTITUTION of $ _____
due by _____ payable to _____
with interest thereon from _____
[ ] as condition of suspended sentence

[ ] _____ hours of community service to be performed for _____

   [ ] to be credited against fines and costs

[ ] Contact prohibited between defendant and victim/ victim's family or household members

[ ] Other: _____
_____
[ ] Bail on Appeal   $ _____
[ ] Remanded for CCRE Report

DRIVER'S LICENSE/PRIVILEGE TO DRIVE IN VIRGINIA SUSPENDED EFFECTIVE IN 15 DAYS IF FINES, COSTS, FORFEITURES, PENALTIES OR RESTITUTION ARE NOT PAID. Va. Code § 46.2-395

_____
JUDGE

| FINES |  |  | $ |
| --- | --- | --- | --- |
| COSTS |  |  |  |
| 112 |  |  |  |
| 140 | } PROCESSING FEE { |  |  |
| 143 |  |  |  |
| 107 | DOAF |  |  |
| 113 | WITNESS FEE |  |  |
| 113 | SENTENCE FEE |  |  |
| 113 | DRUG ANALYSIS FEE |  |  |
| 113 | IGNITION INTERLOCK |  |  |
| 113 |  |  |  |
| 120 | CT. APPT. ATTY |  |  |
| 121 | T.I.A. FEE |  |  |
| 125 | WEIGHING FEE |  |  |
| 132 | CICF |  |  |
| 133 | BLOOD TEST FEE |  |  |
| 137 | TTP |  |  |
| 229 | CHMF |  |  |
| 234 | JAF |  |  |
| 244 | CHSF |  |  |
| 245 | NON-CONSEC. JAIL FEE |  |  |
| OTHER (SPECIFY) |  |  |  |
| TOTAL |  |  | $ |

FORM DC-314 (REVERSE) 7/02

CA___ TTACHMENT OF THE BODY
Cc____ of Virginia

VA. CODE §§ 16.1-69.24, 18.2-456
19.2-123, 19.2-306, 19.2-358

☐ General District Court

FAIRFAX CO. GENERAL DISTRICT COURT - C
CITY OR COUNTY

☐ Juvenile and Domestic Relations
District Court

4110 CHAIN BRIDGE ROAD, FAIRFAX, VA  22030
STREET ADDRESS OF COURT

**TO ANY AUTHORIZED OFFICER:**
You are hereby commanded in the name of the Commonwealth forthwith to arrest the Respondent; and to produce the Respondent in this Court when found, or as soon thereafter as this Court may be in session, to show cause, if any, why Respondent should not, pursuant to Va. Code §19.2-128(C)

☐ serve the . . . . . . . . . . . . . . . . . .sentence/pay the . . . . . . . . . . . . . . . . . . . . .fine
previously suspended on . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
for conviction of . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
because of:

☐ have Respondent's recognizance/bail revoked for violation of conditions of release

☐ be imprisoned, fined or otherwise punished for:

☐ failure to appear in this Court on   01/25/05        09:30AM
                                        DATE AND TIME

☐ failure to pay fines and/or restitution or an installment thereof:
payment due: $ . . . . . . . . . . . . . . . . . . . . . . . . . . on . . . . . . . . . . . . . . . . . .

☐ failure to provide support as ordered: $ . . . . . . . . . . . . . . per . . . . . . . . . . .
with $ . . . . . . . . . . . . . . . . . . . arrearage as of . . . . . . . . . . . . . . . . . . . .

☐ failure to obey an order of ☐ this court
ordering

☐ have his or her driving privilege revoked for failure to

☐ have his or her VASAP participation revoked;

☐ have his or her community-based probation revoked;

☐ (Other-explain)
CMPL: ROBERTSON, OFC I N #2945 FXCO

The following information is provided to the Judicial Officer in determining bail:

JUDGE OFLAHERTY

. . . 01/26/05 . . . .
DATE ISSUED

☑ CLERK  ☐ MAGISTRATE  ☐ JUDGE

FAIRFAX COUNTY GENERAL DISTRICT COURT
I, the undersigned clerk or deputy clerk of the above named court authenticate pursuant to VA Code Ann 19.2-73.1 (or VASAB See that the document to which this authentication is affixed is a true copy of a record in the above named court, made in performance of my official duties.

. . . . . . . . . . . .           . . . . . . . . . . . .
DATE                      CLERK/DEPUTY CLERK

---

CASE NO.
GC04240843-01

HEARING DATE
AND TIME
. . . . . . HRG

ARREST THIS RESPONDENT:

MAVROMMATIS, ELIZABETH C.
LAST NAME, FIRST NAME, MIDDLE NAME      03/08/05

N/A                                     09:30AM

N/A                                     AABC
                                        2-3-05

| COMPLETE DATA BELOW IF KNOWN | | | | | | | |
|---|---|---|---|---|---|---|---|
| RACE | SEX | BORN | | | HT. | | WGT. | EYES | HAIR |
| | | MO. | DAY | YR. | FT. | IN. | | | |
| J | U | | | | 5 | 1 | 100 | GR | BD |

SSN

**CAPIAS:**

**ATTACHMENT OF THE BODY**

In connection with the case of

☐ Commonwealth of Virginia

☐
*v./ In re.*

ELIZABETH C. MAVROMMATIS

UNDERLYING CASE NO. GC04240843-00
UNDERLYING CHARGE(S):

ENTER PROP W/ INT TO DAMAGE

EXECUTED by arresting the Respondent named above
on this day:
2-3-05 // 0036
DATE AND TIME

DET A.A. DeSANTI
                      , ARRESTING OFFICER

2051 FFX CO  029
BADGE NO., AGENCY AND JURISDICTION

for . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
                          SHERIFF

RECEIVED
JAN 27 2005
BY ___

WCH

229382

Motion to Change Bond on: ..............................

☐ changed to $.....................................

☐ no change

The Respondent was this day:

☐ tried in absence

☐ present

_____

☐ PROSECUTING ATTORNEY PRESENT (NAME)

_____

☐ DEFENDANT'S ATTORNEY PRESENT (NAME)

☐ NO ATTORNEY

☐ ATTORNEY WAIVED

☐ If convicted, no jail sentence will be imposed

☐ Translator/Interpreter present:

_____
**NAME**

The Respondent:

☐ denied guilt

☐ did not contest guilt

☐ admitted guilt

And was TRIED and FOUND by me:

☐ not guilty of contempt

☐ not guilty

☐ guilty of contempt

☐ guilty as charged

☐ See attached Order

☐ I ORDER the charge dismissed

☑ I ORDER a nolle prosequi on the prosecution's motion

☐ I find that respondent has violated the conditions of his or her recognizance/bail and I ORDER Respondent's recognizance/bail revoked.

4-79

---

I impose the following Disposition:

☐ FINE of $................................... with ................................... suspended;

☐ JAIL sentence of ........................... imposed with ................................... suspended conditioned upon being of good behavior and keeping the peace, and paying fines and costs.

☐ Revoke................ days/months of previously suspended jail sentence and resuspending ........................... days/months.

☐ Revoke $................... of previously suspended fine and resuspending $ ...........................

☐ Serve jail sentence beginning.....................

☐ on weekends only

☐ on PROBATION for ...........................

☐ DRIVER'S LICENSE suspended...............

☐ Restricted Driver's License revoked

☐ ........................... hours of community service to be performed for...........................
...........................

☐ to be credited against fines and costs

☐ Other:...........................
...........................
...........................

☐ Bail on Appeal $...........................

☐ Remanded for CCRE Report

☐ Contact prohibited between defendant and victim/victim's family or household members

DRIVER'S LICENSE/PRIVILEGE TO DRIVE IN VIRGINIA SUSPENDED EFFECTIVE IN 15 DAYS IF FINES, COSTS, FORFEITURES, PENALTIES OR RESTITUTIONS ARE NOT PAID. VA. CODE § 46.2-395(B)

_____
JUDGE   APR   2005   J.C. WATERS, JR.

---

FINE ........................... $...........................

COSTS

112 ⎫
140 ⎬ PROCESSING FEE   ...........................
143 ⎭   ...........................
   ...........................

113   WITNESS FEE   ...........................

113   SENTENCING FEE   ...........................

120   CT. APPT. ATTY   ...........................

121   T.I.A FEE   ...........................

229   CHMF   ...........................

OTHER (SPECIFY)   ...........................

_____

TOTAL   $...........................

VA. CODE §§ 19.2-71, ...

CASE NO. ( - 6 4 - 2 4 0 9 4 7

HEARING DATE AND TIME
01/25/2005
09:30 AM

Franklin County, City or County

General District Court ☐   Juvenile and Domestic Relations District Court ☑ Criminal ☐ Traffic

TO ANY AUTHORIZED OFFICER:

No Fixed

ACCUSED Mavrommatis, Elizabeth C.
LAST NAME, FIRST NAME, MIDDLE NAME

ADDRESS/LOCATION

You are hereby commanded in the name of the Commonwealth of Virginia forthwith to arrest and bring the Accused before this Court to answer the charge that the Accused, within this city or county,

on or about ... 12/19/2004 ...
DATE

... did unlawfully in violation of Section

10.2.121 ...

... Code of Virginia;

enter the property of Michael Hadeed for the purpose of damaging it or the contents thereof, or for the purpose of interfering with the rights of the owner, user, or occupant thereof to use such property free from interference.

To be completed upon service as Summons
Mailing address ☐ Same as above

I, the undersigned ... clerk of the above named court authorize/certify pursuant to VA Code 8.01-391(c) on this date that this document to which this authentication is affixed is a true copy of a record in the above named court, made in the performance of my official duties.

Ofc. Robertson, FFXPD#3107

I, the undersigned, have found probable cause to believe that the Accused committed the offense charged, based on the sworn statement of ...

Commonwealth of Virginia

WARRANT OF ARREST
CLASS _____ MISDEMEANOR

SSN

| | RACE | SEX | COMPLETE DATA BELOW IF KNOWN | | | | | | |
| | | | NO. | DAY | YR. | HT. FT. IN. | WGT. | EYES | HAIR |
| | W | F | | | | 5 1 | 100 | GRN | BLK |

☐ EXECUTED by arresting the Accused named above on this day:
☐ EXECUTED on this day:
☐ EXECUTED by summoning the Accused named above on this day:
☐ For legal entities other than individuals, service pursuant to Va. Code § 19.2-76.

Execution by summons ☐ permitted at officer's discretion. ☑ not permitted.

... Complainant.

... 12/19/2004 ...
DATE AND TIME ISSUED

... 02:36 PM

Nick F. Shames, CLERK
Ofc. Robertson FFXPD#3107

SUMMONS (If authorized above and by serving officer)
You are hereby commanded to appear before this court located at ...

VA Crime Code:

12/19/04   1448
DATE AND TIME OF SERVICE

2965 -
BADGE NO., AGENCY AND JURISDICTION

A.A.B.C.
2-3-05

on. ...

at ...

☐ A.M./P.M.

FFX Co PD / 029

ARRESTING OFFICER

TPS 1-27-01

I promise to appear in accordance with this Summons and certify that my mailing address as shown at right is correct.   CCRE May be Required

ACCUSED

... A.M./P.M.

SHERIFF

For ... Attorney for the Accused:

WARNING TO ACCUSED: You may be tried and convicted in your absence if you fail to appear in response to this Summons. Willful failure to appear is a separate offense.
SIGNING THIS NOTICE DOES NOT CONSTITUTE AN ADMISSION OF GUILT.

059GC-FF104S312

FORM DC311-904 FC   (11-6-0401-402)

The Accused was this day:

[ ] tried in absence
[ ] present

_____

[ ] PROSECUTING ATTORNEY PRESENT (NAME)

_____

[ ] DEFENDANT'S ATTORNEY PRESENT (NAME)

[ ] NO ATTORNEY
[ ] ATTORNEY WAIVED
[ ] If convicted, no jail sentence will be imposed

[ ] Translator/Interpreter present:

_____
NAME

Plea of Accused:

[ ] not guilty [ ] witnesses sworn
[ ] nolo contendere
[ ] guilty
[ ] Plea Bargain [ ] Plea and Recommendation

And was TRIED and FOUND by me:

[ ] not guilty
[ ] guilty as charged
[ ] guilty of _____
[ ] facts sufficient to find guilt but defer adjudication
    /disposition and place accused on probation, §§
    4.1-305, 18.2-57.3, 18.2-251 or 19.2-303.2.  Costs
    imposed upon defendant.

And was FOUND by me to be:

[ ] driving a commercial motor vehicle
[ ] carrying hazardous materials

[√] I ORDER a nolle prosequi on prosecution's motion

[ ] I ORDER the charge dismissed
[ ] conditioned upon payment of costs (accord and
    satisfaction), § 19.2-151
[ ] conditioned upon payment of costs and successful
    completion of traffic school § 16.1-69.48:1
[ ] under §§ 4.1-305, 18.2-57.3, 18.2-251 or 19.2-303.2.

4-19-05
_____
DATE

I impose the following Sentence:

[ ] FINE [ ] CIVIL PENALTY of $ _____
    with $_____ suspended

[ ] JAIL sentence of _____ imposed
    with _____ suspended conditioned
    upon being of good behavior and keeping the peace, and
    paying fines and costs. Pursuant to § 53.1-187, credit is
    granted for pre-trial detention.

[ ] Serve jail sentence beginning _____

    [ ] on weekends only

[ ] Work release  [ ] authorized if eligible  [ ] required
                  [ ] Work release not authorized

[ ] on PROBATION for _____
    [ ] VASAP [ ] local community-based probation program

[ ] DRIVER'S LICENSE suspended _____

[ ] Restricted Driver's License per attached order
    [ ] Ignition Interlock for _____

[ ] RESTITUTION of $ _____
    due by_____ payable to_____

    with interest thereon from _____
    [ ] as condition of suspended sentence

[ ] _____ hours of community service to be performed
    for _____

    [ ] to be credited against fines and costs

[ ] Contact prohibited between defendant and victim/
    victim's family or household members

[ ] Other: _____

[ ] Bail on Appeal  $ _____
[ ] Remanded for CCRE Report

DRIVER'S LICENSE/PRIVILEGE TO DRIVE IN VIRGINIA
SUSPENDED EFFECTIVE IN 15 DAYS IF FINES, COSTS,
FORFEITURES, PENALTIES OR RESTITUTION ARE NOT PAID.
Va. Code § 46.2-395

_____
JUDGE

J.C. WATERS, Jr.

| | FINE | $ |
| COSTS | | |
| 112 | | |
| 140 | PROCESSING FEE | |
| 143 | | |
| 107 | DOAF | |
| 113 | WITNESS FEE | |
| 113 | SENTENCE FEE | |
| 113 | DRUG ANALYSIS FEE | |
| 113 | IGNITION INTERLOCK | |
| 113 | | |
| 120 | CT. APPT. ATTY | |
| 121 | T.I.A. FEE | |
| 125 | WEIGHING FEE | |
| 132 | CICF | |
| 133 | BLOOD TEST FEE | |
| 137 | TTP | |
| 229 | CHMF | |
| 234 | JAF | |
| 244 | CHSF | |
| 245 | NON-CONSEC. JAIL FEE | |
| | OTHER (SPECIFY) | |
| | TOTAL | $ |

... OF ARREST—MISDEMEANOR (STATE)     VA. CODE §§ 19.2-71,-72

CASE NO. ( 04-24845

□ City or County     ☐ General District Court
☒ Juvenile and Domestic Relations District Court     ☐ Criminal  ☐ Traffic

HEARING DATE AND TIME

ACCUSED:
Mavrommatis, Elizabeth C.
LAST NAME, FIRST NAME, MIDDLE NAME

01/25/2005
09:30 AM

TO ANY AUTHORIZED OFFICER:

You are hereby commanded in the name of the Commonwealth of Virginia forthwith to arrest and bring the Accused before this Court to answer the charge that the Accused, within this city or county, on or about ...... 12/16/2004 ......... DATE

No Fixed
ADDRESS/LOCATION

...18.2-121............. did unlawfully in violation of Section

.......................... Code of Virginia:

enter the property of Michael Halsted for the purpose of damaging it or the contents thereof, or for the purpose of interfering with the rights of the owner, user, or occupant thereof to use such property free from interference.

To be completed upon service as Summons

Mailing address ☐ Same as above

I, the undersigned, have found probable cause to believe the Accused committed the offense charged, based on the sworn statement of ............

I, the undersigned clerk or deputy clerk of the above named court authenticate pursuant to VA. Code § 8.01-391(c) on this date that this document to which this authentication is affixed is a true copy of a record in the above named court, made in performance of my official duties.

DATE  Ofc. Robertson, IN #2965 FxCo
CLERK/DEPUTY CLERK

Commonwealth of Virginia

WARRANT OF ARREST

CLASS  1  MISDEMEANOR

COMPLETE DATA BELOW IF KNOWN

| SSN | RACE | SEX | | MO. | DOB/DAY | YR. | HT. FT. | IN. | WGT. | EYES | HAIR |
|-----|------|-----|---|-----|---------|-----|---------|-----|------|------|------|
| | W | F | | | | | 5 | 1 | 100 | GR | BU |

3/8/05 M-type 4-10-BC 2-7-05

☑ EXECUTED by arresting the Accused named above on this day;
☐ EXECUTED by summoning the Accused named above on this day;
☐ For legal entities other than individuals, service pursuant to Va. Code § 19.2-76.

12/9/04 ........ 14:46
DATE AND TIME OF SERVICE

4/1/5 7:00

I.N. Robertson ........ VA Crime Code

#2965  FFX Co.PD/092
BADGE NO., AGENCY AND JURISDICTION   ARRESTING OFFICER

765-671-2-M1

Execution by summons     ☐ permitted at officer's discretion.  ☐ not permitted.

............... ☒ ........................, Complainant.

ED4-24801

...12/16/2004...     02:35 PM
DATE AND TIME ISSUED

Nick F. Stamps, FJDS, Magistrate
☐ CLERK  ☐ MAGISTRATE  ☐ JUDGE

SUMMONS (if authorized above and by serving officer)
You are hereby commanded to appear before this court located at ...........

.................................................................

on .............. at ......................... AM/PM.

I promise to appear in accordance with this Summons and certify that my mailing address as shown at right is correct.     CCRE May be Required

............... ACCUSED

.................... at ............. AM/PM.

for .........................

Attorney for the Accused:

War/Sum
059GC-FF1043531I

WARNING TO ACCUSED: You may be tried and convicted in your absence if you fail to appear in response to this Summons. Willful failure to appear is a separate offense.

SIGNING THIS NOTICE DOES NOT CONSTITUTE AN ADMISSION OF GUILT.

FORM DC-314 (FRONT)   (11-1-2004 REV.)

The Accused was this day:
- [ ] tried in absence
- [ ] present

[ ] PROSECUTING ATTORNEY PRESENT (NAME)

[ ] DEFENDANT'S ATTORNEY PRESENT (NAME)

- [ ] NO ATTORNEY
- [ ] ATTORNEY WAIVED
- [ ] If convicted, no jail sentence will be imposed

[ ] Translator/Interpreter present:

_____
NAME

Plea of Accused:
- [·] not guilty [ ] witnesses sworn
- [ ] nolo contendere
- [ ] guilty
- [ ] Plea Bargain [ ] Plea and Recommendation

And was TRIED and FOUND by me:
- [ ] not guilty
- [ ] guilty as charged
- [ ] guilty of _____
- [ ] facts sufficient to find guilt but defer adjudication /disposition and place accused on probation, §§ 4.1-305, 18.2-57.3, 18.2-251 or 19.2-303.2. Costs imposed upon defendant.

And was FOUND by me to be:
- [ ] driving a commercial motor vehicle
- [ ] carrying hazardous materials

[✓] I ORDER a nolle prosequi on prosecution's motion

[ ] I ORDER the charge dismissed
- [—] conditioned upon payment of costs (accord and satisfaction), § 19.2-151
- [ ] conditioned upon payment of costs and successful completion of traffic school § 16.1-69.48:1
- [ ] under §§ 4.1-305, 18.2-57.3, 18.2-251 or 19.2-303.2.

4-19-05
_____
DATE

I impose the following Sentence:

[ ] FINE [ ] CIVIL PENALTY of $ _____
with $ _____ suspended

[ ] JAIL sentence of _____ imposed
with _____ suspended conditioned upon being of good behavior and keeping the peace, and paying fines and costs. Pursuant to § 53.1-187, credit is granted for pre-trial detention.

[ ] Serve jail sentence beginning _____

- [ ] on weekends only

[ ] Work release [ ] authorized if eligible [ ] required
[ ] Work release not authorized

[ ] on PROBATION for _____
- [ ] VASAP [ ] local community-based probation program

[ ] DRIVER'S LICENSE suspended _____

- [ ] Restricted Driver's License per attached order
- [ ] Ignition Interlock for _____

[ ] RESTITUTION of $ _____
due by _____ payable to
_____
with interest thereon from _____
[ ] as condition of suspended sentence

[ ] _____ hours of community service to be performed for _____

- [ ] to be credited against fines and costs

[ ] Contact prohibited between defendant and victim/ victim's family or household members

[ ] Other: _____

[ ] Bail on Appeal $ _____
[ ] Remanded for CCRE Report

DRIVER'S LICENSE/PRIVILEGE TO DRIVE IN VIRGINIA SUSPENDED EFFECTIVE IN 15 DAYS IF FINES, COSTS, FORFEITURES, PENALTIES OR RESTITUTION ARE NOT PAID.
Va. Code § 46.2-395

_____
JUDGE

JUN 17 2005  J.C. WATERS, JR.

| FINE | $ |
|---|---|
| COSTS | |
| 112 | |
| 140 PROCESSING FEE | |
| 143 | |
| 107 DOAF | |
| 113 WITNESS FEE | |
| 113 SENTENCE FEE | |
| 113 DRUG ANALYSIS FEE | |
| 113 IGNITION INTERLOCK | |
| 113 | |
| 120 CT. APPT. ATTY | |
| 121 T.I.A. FEE | |
| 125 WEIGHING FEE | |
| 132 CICF | |
| 133 BLOOD TEST FEE | |
| 137 TTP | |
| 229 CHMF | |
| 234 JAF | |
| 244 CHSF | |
| 245 NON-CONSEC. JAIL FEE | |
| OTHER (SPECIFY) | |
| TOTAL | $ |

WARRANT OF ARREST — FELONY

Fairfax County

□ City or County

☑ General District Court   □ Juvenile and Domestic Relations District Court   □ Criminal   □ Traffic

VA. CODE §§ 19.2-71,-72

CASE NO. _____   HEARING DATE AND TIME _____

**TO ANY AUTHORIZED OFFICER:**

You are hereby commanded in the name of the Commonwealth of Virginia forthwith to arrest and bring the Accused before this Court to answer the charge that the Accused, within this city or county, on or about ___12/31/2004___ did unlawfully and feloniously in violation of Section

DATE

18.2-195 _____ , Code of Virginia:

commit credit card fraud. The value of the money, goods, services, or other things furnished in violation of this section exceeded $200.00 in a six-month period; or the difference between the value of all services and things of value actually furnished and the value represented to the issuer as having been furnished exceeded $200.00 in a six-month period.

FAIRFAX COUNTY GENERAL DISTRICT COURT
I, the undersigned clerk or deputy clerk of the above named court authenticate pursuant to VA Code 8.01-391(c) on this date that the document to which this authentication is affixed is a true copy of which is a record in the above named court, made in performance of my official duties.

_____
DATE
CLERK/DEPUTY CLERK

I, the undersigned, have found probable cause to believe that the Accused committed the offense charged, based on the sworn statements of

Det. A.A. DeSantis, FXCPD/#2051 _____ , Complainant.

01/26/2005   11:35 AM
DATE AND TIME ISSUED

CCRE is Required

_____
□ CLERK  ☑ MAGISTRATE  □ JUDGE
Bradley G. Doane, #003, Magistrate

ACCUSED:
MAVROMMATIS, ELIZABETH C.
LAST NAME, FIRST NAME, MIDDLE NAME

NO FIXED
ADDRESS/LOCATION

AKA: GRIMM, ELIZABETH

| RACE | SEX | NO. | MON | DAY | YR. | HT. | WGT | EYES | HAIR |
|------|-----|-----|-----|-----|-----|-----|-----|------|------|
| W | F | | | | | 5 0 1 | 100 | GR | BC |

Commonwealth of Virginia
**WARRANT OF ARREST**
FELONY   Class 6

2051 FFX CO 089
BADGE NO. AGENCY AND JURISDICTION

☒ EXECUTED by delivering a copy to the Accused named above on this day.

DATE AND TIME OF SERVICE
ARRESTING OFFICER

Attorney for the Accused: _____

VA Crime Code: _____

WarrSum-
059GC-MY0510998

FORM DC317-994 TC  11/82-400 00(01)

**WAIVER OF PRELIMINARY HEARING**
Understanding my right to a preliminary hearing before the Court named in this warrant to determine whether there is probable cause to believe that I committed a felony AND, having the consequences of my waiver explained to me by the Judge of this Court, I nevertheless WAIVE MY RIGHT TO A PRELIMINARY HEARING on the felony charged in this warrant.

Certified to the Circuit Court of this jurisdiction.

...................................................
ACCUSED

...................................................
DATE

...................................................
ATTORNEY FOR ACCUSED

[ ] The Accused named within was brought before me or appeared this day, and upon hearing the evidence, I order the case certified to the grand jury of this jurisdiction, at its next term due, having found probable cause to believe that the Accused committed the felony charged in this warrant.

Bail on certification $...................................

[ ] I ORDER the accused discharged at preliminary hearing and the charge is dismissed.

The Accused was this day:
[ ] tried in absence
[ ] present

The charge was reduced to: ...................................

[ ] PROSECUTING ATTORNEY PRESENT (NAME)
...................................................

[ ] DEFENDANT'S ATTORNEY PRESENT (NAME)
...................................................
[ ] NO ATTORNEY   [ ] ATTORNEY WAIVED
[ ] Translator/Interpreter present

...................................................
NAME

Plea of Accused:
[ ] not guilty  [ ] witnesses sworn
[ ] nolo contendere  [ ] did not contest guilt
[ ] guilty

[ ] Plea Bargain  [ ] Plea and Recommendation
And was TRIED and FOUND by me:
[ ] not guilty
[ ] guilty as charged
[ ] guilty of ...................................
[ ] facts sufficient to find guilt but defer adjudication/ disposition and place accused on probation, §§ 4.1-305, 18.2-57.3, 18.2-251 or 19.2-303.2.
[✓] I ORDER a nolle prosequi on the prosecution's motion
[ ] I ORDER the charge dismissed
[ ] conditioned upon payment of costs (accord and satisfaction), § 19.2-151
[ ] under §§ 4.1-305, 18.2-57.3, 18.2-251 or 19.2-303.2.

4-19
...................................................
DATE

...................................................
JUDGE

I impose the following Sentence:
[ ] FINE of $ ................. with $ ................. suspended;
[ ] JAIL sentence of ................. days imposed with ............. suspended conditioned upon being of good behavior and keeping the peace, and paying fines and costs, [ ] of which .................. days mandatory minimum. Pursuant to § 53.1-187, credit is granted for pre-trial detention.
[ ] Serve jail sentence beginning .................
[ ] on weekends only
[ ] Work Release [ ] authorized if eligible [ ] required [ ] not authorized
[ ] Public Workforce authorized
[ ] on PROBATION for ...................................
[ ] VASAP [ ] local community-based probation program
[ ] DRIVER'S LICENSE suspended .................
[ ] Restricted Driver's License per attached order
[ ] Ignition interlock for .................
[ ] RESTITUTION payable through the Victim/Witness Program of $ .................
due by .................
payable to: .................
with interest thereon from .................
[ ] as condition of suspended sentence.
[ ] ................. hours of community service to be performed for
.................
[ ] to be credited against fines and costs
[ ] Contact prohibited between defendant and victim/victim's family or household members
[ ] Reimburse Commonwealth for investigatory medical fees
[ ] Other.................

[ ] Bail on Appeal $ .................

DRIVER'S LICENSE/PRIVILEGE TO DRIVE IN VIRGINIA SUSPENDED EFFECTIVE IN 15 DAYS IF FINES, COSTS, FORFEITURES, PENALTIES OR RESTITUTIONS ARE NOT PAID. VA. CODE § 46.2-395.

...................................................
APR 19 2005  J.C. WATERS, JR.
JUDGE

| Preliminary Hearing Costs | |
| --- | --- |
| 120 Ct. Appt. Atty | $................. |
| 113 Court Reporter | ................. |
| 113 Witness | ................. |
| **TOTAL** | |

| | |
| --- | --- |
| FINE | ................. |
| COSTS | |
| 461 FIXED MISD FEE | ................. |
| 462 FIXED DRUG MISD FEE | ................. |
| 113 WITNESS FEE | ................. |
| 113 IGNITION INTERLOCK | ................. |
| 113 DUI FEE | ................. |
| 113 | ................. |
| 120 CT. APPT. ATTY. | ................. |
| 121 TRIAL IN ABSENCE FEE | ................. |
| 125 WEIGHING FEE | ................. |
| 133 BLOOD TEST FEE | ................. |
| 137 TIME TO PAY | ................. |
| 234 JAIL ADMISSION FEE | ................. |
| 243 LOCAL TRAINING ACADEMY FEE | ................. |
| 244 COURTHOUSE SECURITY FEE | ................. |
| OTHER (SPECIFY) | ................. |
| | ................. |
| **TOTAL** | $................. |

VA. CODE §§ 19.2-71, 72

CASE NO. C05-02 / 21/5

Fairfix County
CITY OR COUNTY

☐ General District Court
☑ Juvenile and Domestic Relations District Court
☐ Criminal   ☐ Traffic

TO ANY AUTHORIZED OFFICER:

You are hereby commanded in the name of the Commonwealth of Virginia forthwith to arrest and bring the Accused before this Court to answer the charge that the Accused, within this city or county, on or about . 12/30/2004 . , did unlawfully and feloniously in violation of Section
DATE

. 18.2-195. . . . . . . . . . . . . . . , Code of Virginia:

commit credit card fraud.  The value of the money, goods, services, or other things furnished in violation of this section exceeded $200.00 in a six-month period, or the difference between the value of all services and things of value actually furnished, and the value represented to the issuer as having been furnished exceeded $200.00 in a six-month period.

ACCUSED: MAVROMATIS, ELIZABEH C.
LASTNAME, FIRST NAME, MIDDLE NAME
NO FIXED
ADDRESS/LOCATION

AKA: GRIMM, ELIZABETH
COMPLETE DATA BELOW IF KNOWN

| RACE | SEX | AKA. | BORN MO. DAY YR. | HT. FT. IN. | WGT. | EYES | HAIR |
|------|-----|------|------|------|------|------|------|
| W | F | | | 5 | 01 | 100 | GR BR |

SSN

Commonwealth of Virginia
WARRANT OF ARREST
FELONY   Class · 6·

☑ EXECUTED by delivering a copy to the Accused named above on this day.

Det.  A.A. DeSantis    2-3-05 // g  0030
DATE AND TIME OF SERVICE

2051  FFX  co  029
BADGE NO., AGENCY AND JURISDICTION
ARRESTING OFFICER

for . . . . . . . . . . . . . . . . . . . . SHERIFF

Attorney for the Accused:

I, the undersigned, have found probable cause to believe that the Accused committed the offense charged, based on the sworn statements of

DET. A.A.A. DeSantis, FXCPD/#2051 . . . . . . . . . . . Complainant.

. 01/26/2005 . . . . 11:33 AM .
DATE AND TIME ISSUED

Bradley G. Donne, #003, Magistrate

CCRE is Required

FORM DC-311.9/91 PC   (11-1-3-010 (9/01)

I, the undersigned . . . . . . . . . CLERK · COURT of the above named court . . . . . . . pursuant to Va. Code 8.01-391(c) on this date that this document to which this authentication is affixed is a true copy of a record in the above named court, made in performance of my official duties.

7/6/05
DATE

CLERK/DEPUTY CLERK BY

VA Crime Code:
C05-0101

VA Crime Code:

03SGC-MV0510397

War/Sum

**WAIVER OF PRELIMINARY HEARING**

Understanding my right to a preliminary hearing before the Court named in this warrant to determine whether there is probable cause to believe that I committed a felony AND, having the consequences of my waiver explained to me by the Judge of this Court, I nevertheless WAIVE MY RIGHT TO A PRELIMINARY HEARING on the felony charged in this warrant.

Certified to the Circuit Court of this jurisdiction.

..................................................
ACCUSED

..................................................
ATTORNEY FOR ACCUSED

...............................................
DATE

...............................................
JUDGE

| Preliminary Hearing Costs | |
|---|---|
| 120 Ct. Appt. Atty | $............................... |
| 113 Court Reporter | ............................... |
| 113 Witness | ............................... |
| ............................... | |
| **TOTAL** | |

[ ] The Accused named within was brought before me or appeared this day, and upon hearing the evidence, I order the case certified to the grand jury of this jurisdiction, at its next term date, having found probable cause to believe that the Accused committed the felony charged in this warrant.

Bail on certification $...................................

[ ] I ORDER the accused discharged at preliminary hearing and the charge is dismissed.

The Accused was this day:
  [ ] tried in absence
  [ ] present

The charge was reduced to: .......................................

[ ] PROSECUTING ATTORNEY PRESENT (NAME)

[ ] DEFENDANT'S ATTORNEY PRESENT (NAME)
  [ ] NO ATTORNEY  [ ] ATTORNEY WAIVED
  [ ] Translator/interpreter present:

NAME

Plea of Accused:
  [ ] not guilty  [ ] witnesses sworn
  [ ] nolo contendere  [ ] did not contest guilt
  [ ] guilty

[ ] Plea Bargain  [ ] Plea and Recommendation
And was TRIED and FOUND by me:
  [ ] not guilty
  [ ] guilty as charged
  [ ] guilty of ......................................
  [ ] facts sufficient to find guilt but defer adjudication/disposition and place accused on probation, §§ 4.1-305, 18.2-57.3, 18.2-251 or 19.2-303.2.
[✓] I ORDER a nolle prosequi on the prosecution's motion
[ ] I ORDER the charge dismissed
  [ ] conditioned upon payment of costs (accord and satisfaction), § 19.2-151
  [ ] under §§ 4.1-305, 18.2-57.3, 18.2-251 or 19.2-303.2.

..................................................
DATE

I impose the following Sentence:

[ ] FINE of $ .................. with $ .................. suspended;
[ ] JAIL sentence of .................. days imposed with .............. suspended conditioned upon being of good behavior and keeping the peace, and paying fines and costs, [ ] of which .................. days mandatory minimum. Pursuant to § 53.1-187, credit is granted for pre-trial detention.
[ ] Serve jail sentence beginning ...............................
  [ ] on weekends only
[ ] Work Release  [ ] authorized if eligible  [ ] required
  [ ] not authorized
[ ] Public Workforce authorized
[ ] on PROBATION for ...............................
  [ ] VASAP  [ ] local community-based probation program
[ ] DRIVER'S LICENSE suspended ..................
[ ] Restricted Driver's License per attached order
  [ ] Ignition interlock for ...............................
[ ] RESTITUTION payable through the Victim/Witness Program of $ ...............................
  due by ...............................
  payable to: ...............................
  ...............................
  with interest thereon from ...............................
  [ ] as condition of suspended sentence.
[ ] .................. hours of community service to be performed for ...............................
  [ ] to be credited against fines and costs
[ ] Contact prohibited between defendant and victim/victim's family or household members
[ ] Reimburse Commonwealth for investigatory medical fees
[ ] Other ...............................

[ ] Bail on Appeal $ ...............................

DRIVER'S LICENSE/PRIVILEGE TO DRIVE IN VIRGINIA SUSPENDED EFFECTIVE IN 15 DAYS IF FINES, COSTS, FORFEITURES, PENALTIES OR RESTITUTIONS ARE NOT PAID. VA. CODE § 46.2-395.

..................................................
JUDGE

| | | |
|---|---|---|
| FINE | | ............................... |
| COSTS | | |
| 461 FIXED MISD FEE | | ............................... |
| 462 FIXED DRUG MISD FEE | | ............................... |
| 113 WITNESS FEE | | ............................... |
| 113 IGNITION INTERLOCK | | ............................... |
| 113 DUI FEE | | ............................... |
| 113 | | ............................... |
| 120 CT. APPT. ATTY | | ............................... |
| 121 TRIAL IN ABSENCE FEE | | ............................... |
| 125 WEIGHING FEE | | ............................... |
| 133 BLOOD TEST FEE | | ............................... |
| 137 TIME-TO-PAY | | ............................... |
| 234 JAIL ADMISSION FEE | | ............................... |
| 243 LOCAL TRAINING ACADEMY FEE | | ............................... |
| 244 COURTHOUSE SECURITY FEE | | ............................... |
| OTHER (SPECIFY) | | ............................... |
| ............................... | | ............................... |
| **TOTAL** | | $ ............................... |

FORM DC-312-309A PC  (11-02-0-00am)

Fairfax County
☐ City or County

☐ General District Court
☐ Juvenile and Domestic Relations District Court
☐ Criminal ☐ Traffic

VA. CODE §§ 19.2-71,-72

CASE NO. C05-02,1713

HEARING DATE AND TIME 2-3-05 8?

ACCUSED: MAVROMATIS, ELIZABETH C.
LAST NAME, FIRST NAME, MIDDLE NAME

NO FIXED
ADDRESS/LOCATION

AKA: GRIMM, ELIZABETH

| COMPLETE DATA BELOW IF KNOWN |
| --- |

| SSN | RACE | SEX | NO. | DOB DAY | YR. | HT. FT. | IN. | WGT. | EYES | HAIR |
| --- | W | F | | | | 5 | 01 | 100 | GR | BD |

Commonwealth of Virginia
WARRANT OF ARREST

FELONY .Class 6

TO ANY AUTHORIZED OFFICER:

You are hereby commanded in the name of the Commonwealth of Virginia forthwith to arrest and bring the Accused before this Court to answer the charge that the Accused, within this city or county, on or about: 01/18/2005
DATE     did unlawfully and feloniously in violation of Section

18.2-186.3
     Code of Virginia:

with the intent to defraud, obtain, record or access identifying information not available to the general public of another person without the authorization or permission of such person that would assist in accessing financial resources, obtaining identification documents, or obtaining benefits of such person. The resulting financial loss was greater than $200.00.

FAIRFAX COUNTY GENERAL DISTRICT COURT
I, the undersigned clerk or deputy clerk of the above named court authorized pursuant to Code § 01-391(c) or this data that the document which this authentication is affixed is a true copy to a record in the above named court, made in performance of my official duties.

7/21/05
DATE

CLERK/DEPUTY CLERK BY

☒ EXECUTED by delivering a copy to the Accused named above on this day:

2-3-05 11:00O
DATE AND TIME OF SERVICE

Det. A.A. DeSantis
ARRESTING OFFICER

2051 FFX Co PD
BADGE NO., AGENCY AND JURISDICTION

VA Crime Code: FCD-2566-F8

for
SHERIFF

Attorney for the Accused:

I, the undersigned, have found probable cause to believe that the Accused committed the offense charged, based on the sworn statements of DET. A.A. DeSantis, FXCPD#2051
     Complainant.

01/26/2005          11:12 AM.
DATE AND TIME ISSUED

CCRE is Required

CLERK ☐ MAGISTRATE ☐ JUDGE

Bradley G. Doane, #003, Magistrate

WAIVER OF PRELIMINARY HEARING

Understanding my right to a preliminary hearing before the Court named in this warrant to determine whether there is probable cause to believe that I committed a felony AND, having the consequences of my waiver explained to me by the Judge of this Court, I nevertheless WAIVE MY RIGHT TO A PRELIMINARY HEARING on the felony charged in this warrant.

Certified to the Circuit Court of this jurisdiction.

.....................................................
ACCUSED

.....................................................
ATTORNEY FOR ACCUSED

.....................................................
DATE

.....................................................
JUDGE

[ ] The Accused named within was brought before me or appeared this day, and upon hearing the evidence, I order the case certified to the grand jury of this jurisdiction, at its next term date, having found probable cause to believe that the Accused committed the felony charged in this warrant.

Bail on certification $............................

[ ] I ORDER the accused discharged at preliminary hearing and the charge is dismissed.

The Accused was this day:
  [ ] tried in absence
  [ ] present
The charge was reduced to: ....................................

[ ] PROSECUTING ATTORNEY PRESENT (NAME)

[ ] DEFENDANT'S ATTORNEY PRESENT (NAME)
  [ ] NO ATTORNEY   [ ] ATTORNEY WAIVED
  [ ] Translator/Interpreter present:

.....................................................
NAME

Plea of Accused:
  [ ] not guilty   [ ] witnesses sworn
  [ ] nolo contendere [ ]. did not contest guilt
  [ ] guilty

[ ] Plea Bargain   [ ] Plea and Recommendation
And was TRIED and FOUND by me:
  [ ] not guilty
  [ ] guilty as charged
  [ ] guilty of ....................................
  [ ] facts sufficient to find guilt but defer adjudication/
      disposition and place accused on probation,
      §§ 4.1-305, 18.2-57.3, 18.2-251 or 19.2-303.2.
[ ] I ORDER a nolle prosequi on the prosecution's motion
[ ] I ORDER the charge dismissed
  [ ] conditioned upon payment of costs (accord and
      satisfaction), § 19.2-151
  [ ] under §§ 4.1-305, 18.2-57.3, 18.2-251 or 19.2-303.2.

.....................................................
DATE   4/19

I impose the following Sentence:
[ ] FINE of $ ................... with $ ................... suspended;
[ ] JAIL sentence of ................... days imposed with ...............
    suspended conditioned upon being of good behavior and keeping
    the peace, and paying fines and costs, [ ] of which ................
    days mandatory minimum. Pursuant to § 53.1-187, credit is
    granted for pre-trial detention.

............... serve jail sentence beginning ...............
              [ ] on weekends only
............... Work Release [ ] authorized if eligible   [ ] required
                            [ ] not authorized
[ ] Public Workforce authorized
[ ] on PROBATION for ....................................
    [ ] VASAP   [ ] local community-based probation program
[ ] DRIVER'S LICENSE suspended ...............
    Restricted Driver's License per attached order
    [ ] Ignition interlock for ....................................
[ ] RESTITUTION payable through the Victim/Witness Program
    of $ ....................................
    due by ....................................
    payable to: ....................................
    with interest thereon from ...............
    [ ] as condition of suspended sentence.

[ ] ............... hours of community service to be performed for
    ....................................
    [ ] to be credited against fines and costs
[ ] Contact prohibited between defendant and victim/victim's
    family or household members
[ ] Reimburse Commonwealth for investigatory medical fees
[ ] Other....................................

[ ] Bail on Appeal $ ....................................
DRIVER'S LICENSE/PRIVILEGE TO DRIVE IN VIRGINIA
SUSPENDED EFFECTIVE IN 15 DAYS IF FINES, COSTS,
FORFEITURES, PENALTIES OR RESTITUTIONS ARE NOT PAID.
VA. CODE § 46.2-395.

.....................................................
JUDGE

SEP 1 9 2005  J.C. WATERS, JR.

| Preliminary Hearing Costs | |
|---|---|
| 120 Ct. Appt. Atty | $............... |
| 113 Court-Reporter | ............... |
| 113 Witness | ............... |
| ............... | ............... |
| TOTAL | |

FINE

COSTS

| 461 | FIXED MISD FEE | ............... |
|---|---|---|
| 462 | FIXED DRUG MISD FEE | ............... |
| 113 | WITNESS FEE | ............... |
| 113 | IGNITION INTERLOCK | ............... |
| 113 | DUI FEE | ............... |
| 113 | | ............... |
| 120 | CT. APPT. ATTY | ............... |
| 121 | TRIAL IN ABSENCE FEE | ............... |
| 125 | WEIGHING FEE | ............... |
| 133 | BLOOD TEST FEE | ............... |
| 137 | TIME TO PAY | ............... |
| 234 | JAIL ADMISSION FEE | ............... |
| 243 | LOCAL TRAINING ACADEMY FEE | ............... |
| 244 | COURTHOUSE SECURITY FEE | ............... |

OTHER (SPECIFY)

...............

TOTAL   $...............

FORM DC-312 (REVERSE) REVISED 12/03

FORM DC-312 994 FC (11-43-010-90x)

Fairfax County
................ CITY OR COUNTY

□ General District Court   □ Juvenile and Domestic Relations District Court
□ Criminal   □ Traffic

VA. CODE §§ 19.2-71,-71

CASE NO. _C05-02/7525_

TO ANY AUTHORIZED OFFICER:

You are hereby commanded in the name of the Commonwealth of Virginia forthwith to arrest and bring the Accused before this Court to answer the charge that the Accused, within this city or county, on or about. 12/31/2004 ........ did unlawfully and ................ in violation of Section
........................., Code of Virginia.

ACCUSED ........................
MAVROMMATIS, ELIZABETH C.
LASTNAME, FIRST NAME, MIDDLE NAME
NO FIXED
ADDRESS/LOCATION

AKA: GRIMM, ELIZABETH

| RACE | SEX | MO. DA. YR | HGT FT. IN. | WGT. | EYES | HAIR |
|------|-----|------------|-------------|------|------|------|
| W | F | | 5 01 | 100 | GR | BL |

SSN ................

18.2-102 _56_
corqui credit card theft ................ PIC

Commonwealth of Virginia

WARRANT or ARREST

FELONY   Class Unclassified

FAIRFAX COUNTY GENERAL DISTRICT COURT.
I, the undersigned clerk or deputy clerk of the above named court authorized pursuant to VA. Code § 8.01-391(c) on this date that the document to which this authentication is affixed is a true copy of a record in the above named court, made in performance of my official duties.

X DATE .................
CLERK/DEPUTY CLERK, BY

I, the undersigned, have found probable cause to believe that the Accused committed the offense charged, based on the sworn statements of

01/26/2005, 11:40 AM
DATE AND TIME ISSUED
DET. A.A. DeSantis, FXCPD#2051
...................................., Complainant.

.................
CLERK   MAGISTRATE   JUDGE
Bradley G. Doane, #003, Magistrate

CCRE is Required

☒ EXECUTED by delivering a copy to the Accused named above on this day:
2-3-05   //_0030
DATE AND TIME OF SERVICE
DET. A.A. DeSantis
..................................., ARRESTING OFFICER
2051   FFX CO 029
BADGE NO., AGENCY AND JURISDICTION
VA Crime Code: _105-0106_

for .................

.................
SHERIFF

Attorney for the Accused: ................

VA Crime Code:
.................

WarSum
059-GC-MV90510-402

CLEARING DATE AND TIME
2-3-05 830
3-14-05-2WA
AA BC
1-2-05
CPHM 4-18-05 9M