WAIVER OF PRELIMINARY HEARING

Understanding my right to a preliminary hearing before the Court named in this warrant to determine whether there is probable cause to believe that I committed a felony AND, having the consequences of my waiver explained to me by the Judge of this Court, I nevertheless WAIVE MY RIGHT TO A PRELIMINARY HEARING on the felony charged in this warrant.

Certified to the Circuit Court of this jurisdiction.

............................................................
ACCUSED

*Hassen*

............................................................
ATTORNEY FOR ACCUSED

............................................................
DATE

............................................................
JUDGE

| Preliminary Hearing Costs | |
|---|---|
| 120 Ct. Appt. Atty | $.................... |
| 113 Court Reporter | .................... |
| 113 Witness | .................... |
| **TOTAL** | |

[ ] The Accused named within was brought before me or appeared this day, and upon hearing the evidence, I order the case certified to the grand jury of this jurisdiction, at its next term date, having found probable cause to believe that the Accused committed the felony charged in this warrant.

Bail on certification $..........................

[ ] I ORDER the accused discharged at preliminary hearing and the charge is dismissed.

The Accused was this day:
  [ ] tried in absence
  [+] present

The charge was reduced to: ........ *PIC*

[ ] PROSECUTING ATTORNEY PRESENT (NAME)

[ ] DEFENDANT'S ATTORNEY PRESENT (NAME)
  [ ] NO ATTORNEY   [ ] ATTORNEY WAIVED
  [ ] Translator/Interpreter present: 

............................................................
NAME

Plea of Accused:
  [ ] not guilty   [ ] witnesses sworn
  [ ] nolo contendere   [ ] did not contest guilt
  [+] guilty

[ ] Plea Bargain   [ ] Plea and Recommendation
And was TRIED and FOUND by me:
  [ ] not guilty
  [ ] guilty as charged
  [+] guilty of ... *above*
  [ ] facts sufficient to find guilt but defer adjudication/ disposition and place accused on probation, –§§ 4.1-305;18.2-57.3, 18.2-251 or 19.2-303.2.
[ ] I ORDER a nolle prosequi on the prosecution's motion
[ ] I ORDER the charge dismissed
  [ ] conditioned upon payment of costs (accord and satisfaction), § 19.2-151
  [ ] under §§ 4.1-305, 18.2-57.3, 18.2-251 or 19.2-303.2.

............................................................
*4/19/05*
DATE

I impose the following Sentence:

[ ] FINE of $ .............. with $ .............. suspended;
[ ] JAIL sentence of ... *12 m* ..... days imposed with *12 m* ... suspended conditioned upon being of good behavior and keeping the peace, and paying fines and costs, [ ] of which ..................
.............. days mandatory minimum. Pursuant to § 53.1-187, credit is given ..................... ed for pre-trial detention.

[ ] Serve jail sentence beginning ..................................
  [ ] on weekends only
[+] Work Release   [ ] authorized if eligible   [ ] required
     [ ] not authorized
[ ] Public Workforce authorized
[ ] on PROBATION for ..................................
  [ ] VASAP   [ ] local community-based probation program
[ ] DRIVER'S LICENSE suspended ..................................
[ ] Restricted Driver's License per attached order
  [ ] Ignition interlock for ..................................
[ ] RESTITUTION payable through the Victim/Witness Program
     of $ ..................................
     due by ..................................
     payable to: ..................................
     ..................................
     with interest thereon from ..................................
  [ ] as condition of suspended sentence.
[ ] ................. hours of community service to be performed for ..................
  [ ] to be credited against fines and costs
[ ] Contact prohibited between defendant and victim/victim's family or household members
[ ] Reimburse Commonwealth for investigatory medical fees
[ ] Other ..................................
     ..................................

[ ] Bail on Appeal $ ..................................

DRIVER'S LICENSE/PRIVILEGE TO DRIVE IN VIRGINIA SUSPENDED EFFECTIVE IN 15 DAYS IF FINES, COSTS, FORFEITURES, PENALTIES OR RESTITUTIONS ARE NOT PAID. VA. CODE § 46.2-395.

............................................................
*APR 19 2005 J.C. WATERS, JR.*
JUDGE

| | | |
|---|---|---|
| FINE | | |
| COSTS | | |
| 461 FIXED MISD FEE | | 61 |
| 462 FIXED DRUG MISD FEE | | |
| 113 WITNESS FEE | | |
| 113 IGNITION INTERLOCK | | |
| 113 DUI FEE | | |
| 113 | | |
| 120 CT. APPT. ATTY | | 112 |
| 121 TRIAL IN ABSENCE FEE | | |
| 125 WEIGHING FEE | | |
| 133 BLOOD TEST FEE | | |
| 137 TIME TO PAY | | |
| 234 JAIL ADMISSION FEE | | |
| 243 LOCAL TRAINING ACADEMY FEE | | 1 |
| 244 COURTHOUSE SECURITY FEE | | 5 |
| OTHER (SPECIFY) | | |
| | | |
| **TOTAL** | $ | 179 |

Fairfax County

□ General District Court

□ Juvenile and Domestic Relations District Court

☒ Criminal   □ Traffic

VA. CODE §§ 19.2-71, .72

CASE NO. _105-02/720_

**TO ANY AUTHORIZED OFFICER:**

You are hereby commanded in the name of the Commonwealth of Virginia forthwith to arrest and bring the Accused before this Court to answer the charge that the Accused, within this city or county, on or about, _12/30/2004_ did unlawfully and feloniously in violation of Section _18.2-195_ commit credit card forgery. , Code of Virginia.

**FAIRFAX COUNTY GENERAL DISTRICT COURT**

I, the undersigned clerk or deputy clerk of the above named court authorized pursuant to VA. Code 8.01-391(C) on this date that this document to which this attestation is affixed is a true copy of a record in the adsential court which I make in performance of my official duties.

_01/26/2005_   _11:37 AM_
DATE AND TIME ISSUED

☒ CCRE is Required

FORM DC-312.09A/C   (11-43-010-00984)

DET. A.A. DeSantis, FXCPD#2051 .................... , Complainant.

Bradley G. Doane, #003, Magistrate
CLERK   ☒MAGISTRATE   □JUDGE

**Commonwealth of Virginia**

ACCUSED: _MAVROMATIS, ELIZABETH C._
LASTNAME, FIRSTNAME, MIDDLENAME

☒ NO FIXED
ADDRESS/LOCATION

AKA: _GRIMM, ELIZABETH_

| | RACE | SEX | | COMPLETE DATA BELOW IF KNOWN | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | W | F | AKO. | BORN DAY | YR. | FT. | IN. | WGT. | EYES | HAIR | |
| SSN: | | | | | | 5 | 0 | 100 | GR | BR | |

**WARRANT OF ARREST**
FELONY   Class _5_

☒ EXECUTED by delivering a copy to the Accused named above on this day:

_2-3-05_   _11.0030_
DATE AND TIME OF SERVICE

Det A.A. DeSantis
BADGE NO., AGENCY AND JURISDICTION

_2051   FFX CO CB_
ARRESTING OFFICER

for: _____ SHERIFF

Attorney for the Accused: _____

Attorney for the Commonwealth: _____

| HEARING DATE AND TIME |
|---|
| _2-3-05_   _8:30_ |

_3-14-05_   _2:01_

_A-A-8C_

_2-3-05_

_C.Dam 4-18-05-a_

_VA Crime Code_
_105-0105_

_Feb 2:00 65_

_0739GC-MV90510400_
07/var/sim

**WAIVER OF PRELIMINARY HEARING**
Understanding my right to a preliminary hearing before the Court named in this warrant to determine whether there is probable cause to believe that I committed a felony AND, having the consequences of my waiver explained to me by the Judge of this Court, I nevertheless WAIVE MY RIGHT TO A PRELIMINARY HEARING on the felony charged in this warrant.

Certified to the Circuit Court of this jurisdiction.

| Preliminary Hearing Costs | |
|---|---|
| 120 Ct. Appt. Atty | $................. |
| 113 Court Reporter | ................. |
| 113 Witness | ................. |
| | ................. |
| **TOTAL** | |

_____
ACCUSED

*Hassan*
_____
ATTORNEY FOR ACCUSED

.................................
DATE

.................................
JUDGE

[ ] The Accused named within was brought before me or appeared this day, and upon hearing the evidence, I order the case certified to the grand jury of this jurisdiction, at its next term date, having found probable cause to believe that the Accused committed the felony charged in this warrant.

Bail on certification $.............................

[ ] I ORDER the accused discharged at preliminary hearing and the charge is dismissed.

The Accused was this day:
[ ] tried in absence
[ ] present
The charge was reduced to: *PH*

_____
[ ] PROSECUTING ATTORNEY PRESENT (NAME)

_____
[ ] DEFENDANT'S ATTORNEY PRESENT (NAME)
   [ ] NO ATTORNEY   [ ] ATTORNEY WAIVED
   [ ] Translator/Interpreter present:

_____
NAME

Plea of Accused:
[ ] not guilty  [ ] witnesses sworn
[ ] nolo contendere  [ ] did not contest guilt
[ ] guilty

[ ] Plea Bargain   [ ] Plea and Recommendation
And was TRIED and FOUND by me:
[ ] not guilty
[ ] guilty as charged
[ ] guilty of ...... *above*
[ ] facts sufficient to find guilt but defer adjudication/ disposition and place accused on probation,
   §§ 4.1-305, 18.2-57.3, 18.2-251 or 19.2-303.2.
[ ] I ORDER a nolle prosequi on the prosecution's motion
[ ] I ORDER the charge dismissed
   [ ] conditioned upon payment of costs (accord and satisfaction), § 19.2-151
   [ ] under §§ 4.1-305, 18.2-57.3, 18.2-251 or 19.2-303.2.

..........*4/12/05*..........
DATE

I impose the following Sentence:

[ ] FINE of $................. with $ ................. suspended;
[ ] JAIL sentence of *10 mo* ...... days imposed with .............. suspended conditioned upon being of good behavior and keeping the peace, and paying fines and costs, [ ] of which ............... days mandatory minimum. Pursuant to § 53.1-187, credit is granted for pre-trial detention.

[ ] Serve jail sentence beginning *Credit for T/S*
   [ ] on weekends only
[ ] Work Release   [ ] authorized if eligible   [ ] required
                    [ ] not authorized
[ ] Public Workforce authorized
[ ] on PROBATION for ..................................
   [ ] VASAP  [ ] local community-based probation program
[ ] DRIVER'S LICENSE suspended ...........................
[ ] Restricted Driver's License per attached order
   [ ] Ignition interlock for ...........................
[ ] RESTITUTION payable through the Victim/Witness Program
   of $ .................................................
   due by ..............................................
   payable to: .........................................
   with interest thereon from ..........................
   [ ] as condition of suspended sentence.

[ ] ................. hours of community service to be performed for
   .................................................
   [ ] to be credited against fines and costs
[ ] Contact prohibited between defendant and victim/victim's family or household members
[ ] Reimburse Commonwealth for investigatory medical fees
[ ] Other.................................................
   .................................................

[ ] Bail on Appeal $ ...................................
DRIVER'S LICENSE/PRIVILEGE TO DRIVE IN VIRGINIA SUSPENDED EFFECTIVE IN 15 DAYS IF FINES, COSTS, FORFEITURES, PENALTIES OR RESTITUTIONS ARE NOT PAID. VA. CODE § 46.2-395.

_____
JUDGE
J.C. WATERS

| | |
|---|---|
| **FINE** | ................. |
| **COSTS** | |
| 461 FIXED MISD FEE | 61 |
| 462 FIXED DRUG MISD FEE | ................. |
| 113 WITNESS FEE | ................. |
| 113 IGNITION INTERLOCK | ................. |
| 113 DUI FEE | ................. |
| 113 ................. | ................. |
| 120 CT. APPT. ATTY | 112 |
| 121 TRIAL IN ABSENCE FEE | ................. |
| 125 WEIGHING FEE | ................. |
| 133 BLOOD TEST FEE | ................. |
| 137 TIME TO PAY | 10 |
| 234 JAIL ADMISSION FEE | 25 |
| 243 LOCAL TRAINING ACADEMY FEE | 1 |
| 244 COURTHOUSE SECURITY FEE | 5 |
| OTHER (SPECIFY) | ................. |
| | ................. |
| | ................. |
| **TOTAL** | $ ................. |

FORM DC-312 (REVERSE) REVISED 12/03

Fairfax County

CITY OR COUNTY

TO ANY AUTHORIZED OFFICER:

You are hereby commanded in the name of the Commonwealth of Virginia forthwith to arrest and bring the Accused before this Court to answer the charge that the Accused, within this city or county,

on or about .... 12/30/2004 .............................
                    DATE

did unlawfully and feloniously in violation of Section

18.2-.1.9.2. .9.b. ............................... , Code of Virginia:

commit credit card theft

FAIRFAX COUNTY GENERAL DISTRICT COURT
I, the undersigned clerk or deputy clerk of the
above named court authenticate pursuant to VA
Code 8.01-391(c) on this date that the document to
which this authentication is affixed is a true copy of
a record in the above named court, made in
performance of my official duties.

7/28/05
DATE

CLERK/DEPUTY CLERK BY

☐ General District Court   ☑ Criminal   ☐ Traffic
☐ Juvenile and Domestic Relations District Court

VA. CODE §§ 19.2-71, -72

CASE NO.   C05-02.17.2.7

ACCUSED
MAVROMMATIS, ELIZABETH C.
LAST NAME, FIRST NAME, MIDDLE NAME
NO FIXED
ADDRESS/LOCATION

AKA: GRIMM, ELIZABETH

COMPLETE DATA BELOW IF KNOWN

| SSN: | RACE | SEX | NO. | DOB MO. | DAY | YR. | HT. FT. | IN. | WGT. | EYES | HAIR |
|------|------|-----|-----|---------|-----|-----|---------|-----|------|------|------|
|      | W    | F   |     |         |     |     | 5       | 01  | 100  | GR   | BD   |

☐ EXECUTED by delivering a copy to the Accused
named above on this day:

Commonwealth of Virginia
WARRANT OF ARREST

☐ FELONY   Class Unclassified

2-3-05-11.0030
DATE AND TIME OF SERVICE

Det A.A. DeSantis
ARRESTING OFFICER

2051   FFX co 039
BADGE NO., AGENCY AND JURISDICTION

for

SHERIFF

Attorney for the Accused:

I, the undersigned, have found probable cause to believe that the Accused committed the offense charged, based on the sworn statements of

DET. A.A. DeSantis, FXCPD#2051 ................. , Complainant.

01/26/2005        11:39 AM
DATE AND TIME ISSUED

Bradley G. Doane, #003, Magistrate

CCRE is Required

FORM DC-313 9/99-FC   11+43-0/40 (PD-34)

C05-02.17.2.7

3.14.05 202
A.A. DC
L.20

0600  1-16-05  240

C05-0103

C05-0103

VA Crime Code
FBL-2316-F9

WarSum
039GC-MV00510401

**WAIVER OF PRELIMINARY HEARING**

Understanding my right to a preliminary hearing before the Court named in this warrant to determine whether there is probable cause to believe that I committed a felony AND, having the consequences of my waiver explained to me by the Judge of this Court, I nevertheless WAIVE MY RIGHT TO A PRELIMINARY HEARING on the felony charged in this warrant.

Certified to the Circuit Court of this jurisdiction.

.................................................................
ACCUSED

.................................................................   ..............................................
ATTORNEY FOR ACCUSED                                      DATE

.................................................................
                                                                   JUDGE

| | Preliminary Hearing Costs | |
|---|---|---|
| 120 Ct. Appt. Atty | $ | |
| 113 Court Reporter | | |
| 113 Witness | | |
| **TOTAL** | | |

[ ] The Accused named within was brought before me or appeared this day, and upon hearing the evidence, I order the case certified to the grand jury of this jurisdiction, at its next term date, having found probable cause to believe that the Accused committed the felony charged in this warrant.

Bail on certification $.................................

[ ] I ORDER the accused discharged at preliminary hearing and the charge is dismissed.

The Accused was this day:
[ ] tried in absence
[ ] present
The charge was reduced to: ..................

[ ] PROSECUTING ATTORNEY PRESENT (NAME)

[ ] DEFENDANT'S ATTORNEY PRESENT (NAME)
[ ] NO ATTORNEY  [ ] ATTORNEY WAIVED
[ ] Translator/Interpreter present.

NAME

Plea of Accused:
[ ] not guilty  [ ] witnesses sworn
[ ] nolo contendere  [ ] did not contest guilt
[ ] guilty

[ ] Plea Bargain  [ ] Plea and Recommendation
And was TRIED and FOUND by me:
[ ] not guilty
[ ] guilty as charged
[ ] guilty of ........ above
[ ] facts sufficient to find guilt but defer adjudication/ disposition and place accused on probation, §§ 4.1-305;18.2-57.3; 18.2-251 or 19.2-303.2.
[ ] I ORDER a nolle prosequi on the prosecution's motion
[ ] I ORDER the charge dismissed
    [ ] conditioned upon payment of costs (accord and satisfaction), § 19.2-151
    [ ] under §§ 4.1-305, 18.2-57.3, 18.2-251 or 19.2-303.2.

.................................................................   4/1/05
                                                    DATE

.................................................................
                                                    JUDGE

I impose the following Sentence:

[ ] FINE of $ .................. with $ .................. suspended;
[ ] JAIL sentence of ........ days imposed with ........ suspended conditioned upon being of good behavior and keeping the peace, and paying fines and costs, [ ] of which ................. days mandatory minimum. Pursuant to § 53.1-187, credit is granted for pre-trial detention.

[ ] Serve jail sentence beginning .................................
    [ ] on weekends only
[ ] Work Release  [ ] authorized if eligible  [ ] required
                  [ ] not authorized
[ ] Public Workforce authorized
[ ] on PROBATION for .................................
    [ ] VASAP  [ ] local community-based probation program
[ ] DRIVER'S LICENSE suspended .................................
[ ] Restricted Driver's License per attached order
    [ ] Ignition interlock for .................................
[ ] RESTITUTION payable through the Victim/Witness Program
    of $ .................................
    due by .................................
    payable to: .................................
    with interest thereon from .................................
    [ ] as condition of suspended sentence.
[ ] ................. hours of community service to be performed for
    .................................
    [ ] to be credited against fines and costs
[ ] Contact prohibited between defendant and victim/victim's family or household members
[ ] Reimburse Commonwealth for investigatory medical fees
[ ] Other.................................
    .................................

[ ] Bail on Appeal $ .................................
DRIVER'S LICENSE/PRIVILEGE TO DRIVE IN VIRGINIA SUSPENDED EFFECTIVE IN 15 DAYS IF FINES, COSTS, FORFEITURES, PENALTIES OR RESTITUTIONS ARE NOT PAID. VA. CODE § 46.2-395.

| | | |
|---|---|---|
| **FINE** | | |
| **COSTS** | | |
| 461 | FIXED MISD FEE | |
| 462 | FIXED DRUG MISD FEE | |
| 113 | WITNESS FEE | |
| 113 | IGNITION INTERLOCK | |
| 113 | DUI FEE | |
| 113 | ................. | |
| 120 | CT. APPT. ATTY | 30 |
| 121 | TRIAL IN ABSENCE FEE | |
| 125 | WEIGHING FEE | |
| 133 | BLOOD TEST FEE | |
| 137 | TIME TO PAY | |
| 234 | JAIL ADMISSION FEE | |
| 243 | LOCAL TRAINING ACADEMY FEE | 1 |
| 244 | COURTHOUSE SECURITY FEE | 5 |
| | OTHER (SPECIFY) | |
| | | |

**TOTAL**          $ 36

FORM DC-312 (REVERSE) REVISED 12/01

VA. CODE §§ 19.2-71, -72

Fairfax County
CITY OR COUNTY

General District Court   ☑ Criminal   ☐ Traffic

☐ Juvenile and Domestic Relations District Court

TO ANY AUTHORIZED OFFICER:

You are hereby commanded in the name of the Commonwealth of Virginia forthwith to arrest and bring the Accused before this Court to answer the charge that the Accused, within this city or county, on or about .12/31/2004.................. did unlawfully and feloniously in violation of Section
DATE

.18.2-193. 96......................., Code of Virginia :

commit credit card forgery.   P.C.

FAIRFAX COUNTY GENERAL DISTRICT COURT
I, the undersigned clerk or deputy clerk of the above named court authenticate pursuant to VA. Code 8.01-391 (c) on this date that the document to which this authentication is affixed is a true copy of a record in the above named court, made in performance of my official duties.

_____ _____
DATE                 CLERK/DEPUTY CLERK BY

I, the undersigned, have found probable cause to believe that the Accused committed the offense charged, based on the sworn statements of

DET. A.A. DeSantis, FXCPD#2051
, Complainant.

.01/26/2005.....11:37.AM................
DATE AND TIME ISSUED

☐ CLERK ☐ MAGISTRATE ☐ JUDGE

Bradley G. Doane, #003, Magistrate

CCRE is Required

FORM DC-312 9/94 PC   (11-13-010 09/01)

---

CASE NO.

COS-021722

ACCUSED:
MAVROMMATIS, ELIZABEH C.
LAST NAME, FIRST NAME, MIDDLE NAME
NO FIXED
ADDRESS/LOCATION

AKA: GRIMM, ELIZABETH

COMPLETE DATA BELOW IF KNOWN

| RACE | SEX | BORN MO. | DAY | YR. | HT. FT. | IN. | WGT. | EYES | HAIR |
|------|-----|----------|-----|-----|---------|-----|------|------|------|
| W | F | | | | 5 | 01 | 100 | GR | BL |

SSN

Commonwealth of Virginia
**WARRANT** OF **ARREST**
FELONY . Class . 5

☑ EXECUTED by delivering a copy to the Accused named above on this day:

2-3-05 11 0030
DATE AND TIME OF SERVICE

DET A.A. DeSantis
, ARRESTING OFFICER

2051 FFX CO 029
BADGE NO., AGENCY AND JURISDICTION

for _____
SHERIFF

Attorney for the Accused:

---

HEARING DATE AND TIME
2-3-05 8⁰⁰

3-14-05 2 PM

A A 3C
2-3-05

C brom 4-19-05 2

F05-0106

V.A. Crime Code:
FRD-23.17-F

War/Sum
059GC-MV90510399

**WAIVER OF PRELIMINARY HEARING**
Understanding my right to a preliminary hearing before the Court named in this warrant to determine whether there is probable cause to believe that I committed a felony AND, having the consequences of my waiver explained to me by the Judge of this Court, I nevertheless WAIVE MY RIGHT TO A PRELIMINARY HEARING on the felony charged in this warrant.

Certified to the Circuit Court of this jurisdiction.

.......................................................... ACCUSED

_Hassou_

.......................................................... ATTORNEY FOR ACCUSED

.................................................
DATE

.................................................
JUDGE

[ ] The Accused named within was brought before me or appeared this day, and upon hearing the evidence, I order the case certified to the grand jury of this jurisdiction, at its next term date, having found probable cause to believe that the Accused committed the felony charged in this warrant.

Bail on certification $...........................

[ ] I ORDER the accused discharged at preliminary hearing and the charge is dismissed.

The Accused was this day:
  [ ] tried in absence
  [ ] present
The charge was reduced to: _above_

[ ] PROSECUTING ATTORNEY PRESENT (NAME)
.................................................

[ ] DEFENDANT'S ATTORNEY PRESENT (NAME)
.................................................
  [ ] NO ATTORNEY  [ ] ATTORNEY WAIVED
  [ ] Translator/Interpreter present:
.................................................
NAME

Plea of Accused:
  [ ] not guilty  [ ] witnesses sworn
  [ ] nolo contendere  [ ] did not contest guilt
  [ ] guilty

[ ] Plea Bargain  [ ] Plea and Recommendation
And was TRIED and FOUND by me:
  [ ] not guilty
  [ ] guilty as charged
  [ ] guilty of ... _above_
  [ ] facts sufficient to find guilt but defer adjudication/ disposition and place accused on probation, §§ 4.1-305,18.2-57.3, 18.2-251 or 19.2-303.2.
[ ] I ORDER a nolle prosequi on the prosecution's motion
[ ] I ORDER the charge dismissed
  [ ] conditioned upon payment of costs (accord and satisfaction), § 19.2-151
  [ ] under §§ 4.1-305, 18.2-57.3, 18.2-251 or 19.2-303.2.

.........................................
_4-19-05_
DATE

I impose the following Sentence:
[ ] FINE of $ ................. with $ ................. suspended;
[ ] JAIL sentence of ..... _10 M_ ..... days imposed with _12 M_ ..... suspended conditioned upon being of good behavior and keeping the peace, and paying fines and costs, [ ] of which ..... days mandatory minimum.  Pursuant to § 53.1-187, credit is granted for pre-trial detention.
[ ] Serve jail sentence beginning .................
  [ ] on weekends only
[ ] Work Release  [ ] authorized if eligible  [ ] required
                  [ ] not authorized
[ ] Public Workforce authorized
[ ] on PROBATION for .................
  [ ] VASAP  [ ] local community-based probation program
[ ] DRIVER'S LICENSE suspended .................
[ ] Restricted Driver's License per attached order
  [ ] Ignition interlock for .................
[ ] RESTITUTION payable through the Victim/Witness Program
of $ .................
due by .................
payable to: .................
with interest thereon from .................
  [ ] as condition of suspended sentence.
[ ] ................. hours of community service to be performed for .................
  [ ] to be credited against fines and costs
[ ] Contact prohibited between defendant and victim/victim's family or household members
[ ] Reimburse Commonwealth for investigatory medical fees
[ ] Other .................
.................

[ ] Bail on Appeal  $ .................
DRIVER'S LICENSE/PRIVILEGE TO DRIVE IN VIRGINIA SUSPENDED EFFECTIVE IN 15 DAYS IF FINES, COSTS, FORFEITURES, PENALTIES OR RESTITUTIONS ARE NOT PAID. VA. CODE § 46.2-395.

.................................................
JUDGE

FORM DC-312 (REVERSE) REVISED 12/03

| Preliminary Hearing Costs | |
|---|---|
| 120 Ct. Appt. Atty | $ ................. |
| 113 Court Reporter | ................. |
| 113 Witness | ................. |
| ................. | |
| **TOTAL** | |

| | | |
|---|---|---|
| **FINE** | | |
| **COSTS** | | |
| 461 | FIXED MISD FEE | C05.081725 |
| 462 | FIXED DRUG MISD FEE | |
| 113 | WITNESS FEE | |
| 113 | IGNITION INTERLOCK | |
| 113 | DUI FEE | |
| 113 | | |
| 120 | CT. APPT. ATTY | 42- |
| 121 | TRIAL IN ABSENCE FEE | |
| 125 | WEIGHING FEE | |
| 133 | BLOOD TEST FEE | |
| 137 | TIME TO PAY | |
| 234 | JAIL ADMISSION FEE | |
| 243 | LOCAL TRAINING ACADEMY FEE | 1 |
| 244 | COURTHOUSE SECURITY FEE | 5 |
| | OTHER (SPECIFY) | |
| | ................. | |
| | ................. | |
| | **TOTAL** | $ 118 |

September 24, 2009

Equifax

Experian

Transunion

Dear Credit Reporting Agencies:

RE: Fraud Correction Alert
Joseph P. Hadeed
DOB
SS#   REDACTED

Dear Credit Agency:

I am respectfully requesting you do the following to correct my credit report:

1.  Add the attached "Consumer Statement" to provide additional information and explanation with respect to all items marked "Derogatory," "Late," or "Write-off."
2.  Amend my credit to delete the negatively reported information as I am the victim of identity theft, and in support of this I attach the following proof: a) criminal arrest and sentencing warrants for person who stole my identity during the relevant time frame; b) Business card of Police Detective who investigated the identity theft that adversely affected me and my parents as it was the same perpetrator, and this is all covered in police report # 0501 001920.
3.  Affidavit of fraud.

I have always worked hard to pay my own bills in a timely manner, and I have substantial assets and obligations, and I have an excellent payment record except from the time period of about 2004 to 2007 when the identity theft occurred. Accordingly, I respectfully request you correct my credit report.

If you need any further information please let me know. Thank you.

Very truly yours,

Joseph P. Hadeed

Enclosures


EXHIBIT

CONSUMER STATEMENT TO
CORRECT/CLARIFY
CREDIT REPORT


My credit report with your agency shows errors which adversely affect my credit. These errors are the result of fraud and identity theft perpetrated upon me by a person named Elizabeth Mavrommatis, although she may also use alias names. Enclosed are copies of some of her criminal arrest and sentencing warrants. She defrauded me and my family for a period of time between 2004 and 2007, and her actions have resulted in derogatory information appearing on my credit report. Also attached is a copy of the arresting officer's business card who prosecuted her for some of the many acts she perpetrated. The police report number is 0501 001920. Each entry on my credit report which shows either "Derogatory," or "Charg-off," is directly related to this fraud against me. I otherwise have an excellent history of paying my debts fully and on-time, and have sufficient income to pay my debts.


JOSEPH P. HADEED

Notary Public: Subscribed and sworn to before me this __24__ day of September, 2009.


NOTARY PUBLIC

Eugene Harris
Commonwealth of Virginia
Notary Public
Commission No. 304046
My Commission Expires 03/31/2013

| | | |
|---|---|---|
| File Number: | REDACTED | |
| Page: | 1 of 1 | **TransUnion.** |
| Date Issued: | 08/21/2009 | |

Special Notes: If any item on your credit report begins with "MED1", it includes medical information and the data following "MED1" is not displayed to anyone but you except where permitted by law.

## Account Information

The key to the right helps explain the payment history information contained in some of the accounts below. Not all accounts will contain payment history information, but some creditors report how you make payments each month in relation to your agreement with them.

| | | | | | |
|---|---|---|---|---|---|
| N/A | X | OK | 30 | 60 | 90 | 120 |
| Not Applicable | Unknown | Current | 30 days late | 60 days late | 90 days late | 120 days late |

## Adverse Accounts

The following accounts contain information which some creditors may consider to be adverse. Adverse account information may generally be reported for 7 years from the date of the first delinquency, depending on your state of residence. (The adverse information in these accounts has been printed in brackets [ ] or shaded for your convenience, to help you understand your report. They are not bracketed or shaded this way for creditors.) (Note: The accounts may be scrambled by the creditor for your protection.)

**CAPITAL ONE BANK USA NA #** REDACTED
POB 30281
SALT LAKE CITY, UT 84130-0281
(800) 955-7070

Loan Type: CREDIT CARD
Remarks: ACCT CLOSED BY CREDIT GRANTOR
Estimated date that this item will be removed:  10/2011

| | | | | |
|---|---|---|---|---|
| Balance: | $30,432 | Pay Status: | >CHARGED OFF AS BAD DEBT< |
| Date Verified: | 08/2009 | Account Type: | REVOLVING ACCOUNT |
| High Balance: | $14,483 | Responsibility: | INDIVIDUAL ACCOUNT |
| Credit Limit: | $8,000 | Date Open: | 03/1993 |
| Past Due: | >$30,432< | Date Closed: | 06/2005 |

**CREDIT BUREAU NORTH AMER #** REDACTED
300 CREEKSIDE DR
DICKSON, TN 37055
(615) 446-7128

Loan Type: COLLECTION AGENCY/ATTORNEY
Remarks: >PAID COLLECTION<
Date placed for collection: 09/2006
Estimated date that this item will be removed:  11/2011

| | | | | |
|---|---|---|---|---|
| Balance: | $0 | Pay Status: | >PAYMENT AFTER CHARGE |
| Date Verified: | 02/2008 | | OFF/COLLECTION< |
| Original Amount: | $229 | Account Type: | OPEN ACCOUNT |
| Original Creditor: 1ST INVESTMENT SERVICES 23A | | Responsibility: | JOINT ACCOUNT |
| | | Date Closed: | 12/2006 |
| | | Date Paid: | 12/2006 |

**WF FINANCIAL CARDS #** REDACTED
800 WALNUT ST
DES MOINES, IA 50309
(800) 247-9215

Loan Type: CREDIT CARD
Remarks: ACCT INFO DISPUTED BY CONSUMER
Estimated date that this item will be removed: 12/2011

| | | | | |
|---|---|---|---|---|
| Balance: | $0 | Pay Status: | >PAYMENT AFTER CHARGE |
| Date Verified: | 07/2009 | | OFF/COLLECTION< |
| High Balance: | $4,616 | Account Type: | REVOLVING ACCOUNT |
| Credit Limit: | $0 | Responsibility: | INDIVIDUAL ACCOUNT |
| | | Date Open: | 12/1998 |
| | | Date Closed: | 07/2005 |
| | | Date Paid: | 01/2005 |

- End of investigation results -

To view a free copy of your full, updated credit file, go to our website http://disclosure.transunion.com

File Number: **REDACTED**
Page:       1 of 1
Date Issued:  08/31/2009

 **TransUnion.**

Special Notes: If any item on your credit report begins with "MED1", it includes medical information and the data following "MED1" is not displayed to anyone but you except where permitted by law.

## Account Information

| | N/A | X | OK | 30 | 60 | 90 | 120 |
|---|---|---|---|---|---|---|---|

The key to the right helps explain the payment history information contained in some of the accounts below. Not all accounts will contain payment history information, but some creditors report how you make payments each month in relation to your agreement with them.

N/A — Not Applicable   X — Unknown   OK — Current   30 — 30 days late   60 — 60 days late   90 — 90 days late   120 — 120 days late

## Adverse Accounts

The following accounts contain information which some creditors may consider to be adverse. Adverse account information may generally be reported for 7 years from the date of the first delinquency, depending on your state of residence. The adverse information in these accounts has been printed in brackets or is shaded for your convenience, to help you understand your report. They are not bracketed or shaded this way for creditors. (Note: The account may be scrambled by the creditor for your protection).

**CAPITAL ONE BANK USA NA #  REDACTED**
POB 30281
SALT LAKE CITY, UT 84130-0281
(800) 955-7070

Loan Type: CREDIT CARD
Remarks: ACCT CLOSED BY CREDIT GRANTOR
Estimated date that this item will be removed: 10/2011

| Balance: | $30,432 | Pay Status: | >CHARGED OFF AS BAD DEBT< |
|---|---|---|---|
| Date Verified: | 08/2009 | Account Type: | REVOLVING ACCOUNT |
| High Balance: | $14,483 | Responsibility: | INDIVIDUAL ACCOUNT |
| Credit Limit: | $8,000 | Date Open: | 03/1993 |
| Past Due: | >$30,432< | Date Closed: | 06/2005 |

**CREDIT BUREAU NORTH AMER #  REDACTED**
200 CREEKSIDE DR
DICKSON, TN 37055
(615) 446-7128

Loan Type: COLLECTION AGENCY/ATTORNEY
Remarks: >PAID COLLECTION<
Date placed for collection: 08/2006
Estimated date that this item will be removed: 11/2011

| Balance: | $0 | Pay Status: | >PAYMENT AFTER CHARGE OFF/COLLECTION< |
|---|---|---|---|
| Date Verified: | 02/2008 | | |
| Original Amount: | $229 | Account Type: | OPEN ACCOUNT |
| Original Creditor: | 1ST INVESTMENT SERVICES 23A | Responsibility: | JOINT ACCOUNT |
| | | Date Closed: | 12/2006 |
| | | Date Paid: | 12/2006 |

**WF FINANCIAL CARDS #  REDACTED**
800 WALNUT ST
DES MOINES, IA 50309
(800) 247-9215

Loan Type: CREDIT CARD
Remarks: ACCT INFO DISPUTED BY CONSUMER
Estimated date that this item will be removed: 12/2011

| Balance: | $0 | Pay Status: | >PAYMENT AFTER CHARGE OFF/COLLECTION< |
|---|---|---|---|
| Date Verified: | 07/2009 | | |
| High Balance: | $4,516 | Account Type: | REVOLVING ACCOUNT |
| Credit Limit: | $0 | Responsibility: | INDIVIDUAL ACCOUNT |
| | | Date Open: | 12/1996 |
| | | Date Closed: | 07/2005 |
| | | Date Paid: | 01/2005 |

- End of investigation results -

To view a free copy of your full, updated credit file, go to our website http://disclosure.transunion.com

Joseph P. Hadeed
8002 Hollington Place
Fairfax Station, Virginia 22039

October 11, 2010

Equifax Information Services LLCP.O. Box 740256Atlanta, GA 30374

Experian Information Solutions, Inc.
P.O. Box 2002
Allen, TX  75013

Trans Union LLC
P.O. Box 2000
Chester, PA 19022-2000

To Whom It May Concern:

You are reporting the following accounts within my credit file.  None of them are mine.  These accounts were opened without my knowledge and have been reported as such to the creditors involved.

| | | |
|---|---|---|
| Capital One | Account | REDACTED |
| Express | Account | |
| Express | Account | |
| Express | Account | |
| WFF Cards | Account | |
| WFNNB/Express Struct | Account | |
| WFNNB/Victorias Secret | Account | |
| WFNNB/Victorias Secret | Account | |
| CBNA, LLC | Account | |
| AFNI | Account | |
| Credit Bureau of NA | Account | REDACTED |
| Credit Control | Account | |

I do not owe these debt.  I was the victim of identity theft.

With regard to the all accounts except the CBNA account, I had opened this account, but had my identity stolen by Elizabeth Mavrommatis (aka Elizabeth Grimm).  With regard to the CBNA account, Ms. Mavrommatis opened this account in my name without my knowledge or authority.   This thief stole my credit cards and charged it without my authority, permission or knowledge.

**EXHIBIT**

C

have filed criminal charges against Ms. Mavrommatis.   A certified copy of the 14 criminal charges are attached.   She was convicted of these charges.   If you wish more detailed information, you may contact the investigating officer, Fairfax County police detective A. A. DeSantis at (703) 922-0894, Fairfax County Police, Franconia District Station, 6121 Franconia Road, Alexandria, Virginia 22310.

I have contacted the above creditors many, many times since finding out about the existence of these accounts.  Attached you will find a copy of my prior correspondence with them, as well as with their collection agencies. All of these creditors have failed to adequately investigate these accounts, and have not provided evidence that I requested the accounts. I am therefore requesting that you, as the reporting agency, require them to investigate and furnish such proof as they have, and correct my credit report accordingly.

Please immediately remove these accounts from my credit report.   I am attaching a handwriting exemplar, and a fraud affidavit.    Please forward these examples and the other documents I'm providing to the above creditors and reinvestigate and remove these accounts.  If you do not intend to do so, please let me know immediately so that I may send them myself.

Please request that the above creditors produce documentation that I owe this debt, reinvestigate and remove these accounts.  When they fail to produce this documentation, please promptly remove this account, as it will then be apparent that these collection agencies and credit furnishers are merely trying to strong arm me as a consumer into paying a debt that I do not owe, and is holding my credit ransom if I do not pay this non existent debt.   In addition, please provide this letter to all of the creditors listed above. If any of them do not confirm the details I have provided to you in this letter, please do not re-report them unless you have received the note or application claimed by the creditor so you can compare it to my real signature.    If you need a handwriting expert, please call me and I will gladly pay the costs associated with the expert's analysis.

This matter is urgent to me, as this erroneous and derogatory credit reporting is significantly impairing my ability to obtain financing and to live my life free from the victimization I suffered by the original identity thief.  I am a business owner, and am in the process of purchasing property for my business.   This derogatory credit reporting is affecting my ability to finance this purchase.   I therefore beseech you to properly investigate this matter with all due haste, and remove the erroneous information from my credit report.

If any of these accounts are re-verified, please do not re report the account until you have called me at (703) 926-4155 (weekdays, 8:30 to 5:00) so that I can discuss this further and provide any additional documents you may need.   I SPECIFICALLY AUTHORIZE AND REQUEST YOU TO FORWARD THIS LETTER AND ALL ATTACHMENTS TO ALL CREDITORS REFLECTED

ABOVE.

For identification purposes, my SSN is REDACTED and my date of birth
is. REDACTED

Sincerely,

Joseph P. Hadeed

enc as stated

## AFFIDAVIT OF FRAUD

I, Joseph P. Hadeed, the undersigned, do hereby state and declare, that I reside at 8002 Hollington Place, Fairfax Station, Virginia, 22039, located in Fairfax County, Virginia, and my Social Security Number is REDACTED , and my date of birth is REDACTED .

That I have not authorized or empowered any individual to seek credit in my name with any of the creditors listed on my credit report wherein derogatory or negative information is stated against me; and

That I did not personally open or use said accounts which show negative or derogatory information about me on my credit reports; and

That I have reason to believe that the following individual committed identity theft against me, used my credit, and caused said creditors to report derogatory information concerning me to the credit reporting agencies: Elizabeth C. Mavrommatis, aka Elizabeth Grimm, address unknown.



JOSEPH P. HADEED

Notary Public: Subscribed and sworn to before me this 2 4 day of September, 2009.

NOTARY PUBLIC



Eugene Harris
Commonwealth of Virginia
Notary Public
Commission No. 304518
My Commission Expires 03/31/2013

**EXHIBIT**

D

October 11, 2010

## AFFIDAVIT OF FRAUD AND FORGERY

I, Joseph P. Hadeed, residing at 8002 Hollington Place, Fairfax Station, Virginia 22039,
herein declare with respect to Express,   Account #   REDACTED   that:

   1.    I have not used the balance owed on the account, or benefitted from the use of the
         account in any way.
   2.    I have not authorized the account to be used

Joseph P. Hadeed
SSN:    REDACTED

State of _Virginia_   : County of _Alexandria City_ : Country of _USA_

Sworn to and depose of before me by Joseph P. Hadeed on this _21_ day of
_Oct_____ , 2010

My Commission

Expires On   _3/31/10_

Eugene Harris
Commonwealth of Virginia
Notary Public
Commission No. 304046
My Commission Expires 03/31/2013

October 11, 2010

### AFFIDAVIT OF FRAUD AND FORGERY

I, Joseph P. Hadeed, residing at 8002 Hollington Place, Fairfax Station, Virginia 22039, herein declare with respect to Express, Account # _REDACTED_ that:

1. I have not used the balance owed on the account, or benefitted from the use of the account in any way.
2. I have not authorized the account to be used

Joseph P. Hadeed
SSN: REDACTED

State of _Virginia_ : County of _Alexandria City_ Country of _USA_

Sworn to and depose of before me by Joseph P. Hadeed on this _21_ day of _Oct_, 2010

Expires On: _3/31/13_

My Commission

Eugene Harris
Commonwealth of Virginia
Notary Public
Commission No. 33646
My Commission Expires 03/31/2013

October 11, 2010

## AFFIDAVIT OF FRAUD AND FORGERY

I, Joseph P. Hadeed, residing at 8002 Hollington Place, Fairfax Station, Virginia 22039, herein declare with respect to Express,  Account # RED that:
REDACTED

1.   I have not used the balance owed on the account, or benefitted from the use of the account in any way.

2.   I have not authorized the account to be used

Joseph P. Hadeed
SSN:   REDACTED

State of _Virginia_____ : County of _Alexandria City_ : Country of _USA_

Sworn to and depose of before me by Joseph P. Hadeed on this _21_ day of
_Oct_____, 2010

My Commission

Expires On _3/31/13_____

Eugene Harris
Commonwealth of Virginia
Notary Public
Commission No. 304346
My Commission Expires 03/31/2013

October 11, 2010

### AFFIDAVIT OF FRAUD AND FORGERY

I, Joseph P. Hadeed, residing at 8002 Hollington Place, Fairfax Station, Virginia 22039, herein declare with respect to WFF Cards, Account   REDACTED   that:

1. I have not used the balance owed on the account, or benefitted from the use of the account in any way.
2. I have not authorized the account to be used

Joseph P. Hadeed
SSN:   REDACTED

State of   _Virginia_   County of _Alexandria City_   Country of _USA_

Sworn to and depose of before me by Joseph P. Hadeed on this _21_ day of _Octo_ , 2010

Expires On _3/31/13_

My Commission

Eugene Harris
Commonwealth of Virginia
Notary Public
Commission No. 304045
My Commission Expires 03/31/2013

October 11, 2010

### AFFIDAVIT OF FRAUD AND FORGERY

I, Joseph P. Hadeed, residing at 8002 Hollington Place, Fairfax Station, Virginia 22039, herein declare with respect to WFNNB/Express Struct, Account [ REDACTED ] that:

1. I have not used the balance owed on the account, or benefitted from the use of the account in any way.
2. I have not authorized the account to be used

Joseph P. Hadeed
SSN: | REDACTED

State of _Virginia_ : County of _Alexandric_ : Country of _USA_

Sworn to and depose of before me by Joseph P. Hadeed on this _21_ day of _Oct_ , 2010

My Commission

Expires On: _3/31/13_

Eugene Harris
Commonwealth of Virginia
Notary Public
Commission No. 304045
My Commission Expires 03/31/2013

October 11, 2010

### AFFIDAVIT OF FRAUD AND FORGERY

I, Joseph P. Hadeed, residing at 8002 Hollington Place, Fairfax Station, Virginia 22039,
herein declare with respect to WFNNB/Victorias Secret, Account | REDACTED | that:

1.  I have not used the balance owed on the account, or benefitted from the use of the
    account in any way.
2.  I have not authorized the account to be used

Joseph P. Hadeed
SSN:   REDACTED

State of _Virginia_ : County of _Alexandria City_ : Country of _USA_

Sworn to and depose of before me by Joseph P. Hadeed on this _21_ day of
_Oct_ , 2010

My Commission

Expires On _3/31/13_

Eugene Harris
Commonwealth of Virginia
Notary Public
Commission No. 304045
My Commission Expires 03/31/2013

October 11, 2010

### AFFIDAVIT OF FRAUD AND FORGERY

I, Joseph P. Hadeed, residing at 8002 Hollington Place, Fairfax Station, Virginia 22039, herein declare with respect to WFNNB/Victorias Secret, Account REDACTED that:

    1.    I have not used the balance owed on the account, or benefitted from the use of the account in any way.

    2.    I have not authorized the account to be used

Joseph P. Hadeed
SSN:    REDACTED

State of _Virginia_ : County of _Alexandria_ : Country of _USA_

Sworn to and depose of before me by Joseph P. Hadeed on this _01_ day of _Oct_ , 2010



My Commission

Expires On _3/31/13_

Eugene Harris
Commonwealth of Virginia
Notary Public
Commission No. 204045
My Commission Expires 03/31/2013

October 11, 2010

## AFFIDAVIT OF FRAUD AND FORGERY

I, Joseph P. Hadeed, residing at 8002 Hollington Place, Fairfax Station, Virginia 22039, herein declare with respect to CBNA, LLC, Account REDACTE that:

1. I have not requested or authorized the above account to be opened in my name
2. I have not guaranteed the above account
3. I have not received statements for the above account.
4. I have not made any payments to this account.
5. I have not used the account, or benefitted from the use of the account in any way.

Joseph P. Hadeed
SSN:    REDACTED

State of _Virginia_   : County of _Alexandria City_ Country of _USA_

Sworn to and depose of before me by Joseph P. Hadeed on this _21_ day of
_Oct_ , 2010

My Commission

Expires On _3/31/13_

Eugene Harris
Commonwealth of Virginia
Notary Public
Commission No. 304016
My Commission Expires 01/31/2013.

October 11, 2010

### AFFIDAVIT OF FRAUD AND FORGERY

I, Joseph P. Hadeed, residing at 8002 Hollington Place, Fairfax Station, Virginia 22039,
herein declare with respect to Capital One,
Account # . REDACTED that:

1. I have not used the balance owed on the account, or benefitted from the use of the account in any way.
2. I have not authorized the account to be used

Joseph P. Hadeed
SSN: [ REDACTED ]

State of _Virginia_ : County of _Alexandria City_ : Country of _USA_

Sworn to and depose of before me by Joseph P. Hadeed on this _21_ day of
_Oct_ , 2010

Expires On: _3/31/13_                    My Commission

Eugene Harris
Commonwealth of Virginia
Notary Public
Commission No. 304045
My Commission Expires 03/31/2013

October 11, 2010

## AFFIDAVIT OF FRAUD AND FORGERY

I, Joseph P. Hadeed, residing at 8002 Hollington Place, Fairfax Station, Virginia 22039, herein declare with respect to Credit Bureau of NA, Account REDACTED that:

1. I have not used the balance owed on the account, or benefitted from the use of the account in any way.
2. I have not authorized the account to be used

Joseph P. Hadeed
SSN: REDACTED

State of _Virginia_ : County of _Alexandria_ : Country of _USA_

Sworn to and depose of before me by Joseph P. Hadeed on this _21_ day of _Oct_, 2010

My Commission

Expires On _3/31/13_

Eugene Harris
Commonwealth of Virginia
Notary Public
Commission No. 334046
My Commission Expires 03/31/2013

I swear that the following signature exemplars are my true and actual signatures as witnessed by the below referenced notary:

Signature #1

Signature #2

Signature #3

Signature #4

Signature #5

Commonwealth of Virginia
County of Alexandria City to-wit:

Before me, the undersigned notary public, in and for the aforesaid jurisdiction, appeared a person who sufficiently identified himself to me as Joseph P. Hadeed on this _3̶_ day of _oct_, 2010, and, after placing Affiant under oath, the Affiant, in my presence, signed the document to which this certification is attached and swore that the facts stated therein were true to best of Affiant's knowledge and belief.

_____
Notary Public

My commission expires: _3/31/13_

Eugene Harris
Commonwealth of Virginia
Notary Public
Commission No. 364046
My Commission Expires 03/31/2013

## Inquiry Information:

Date of Inquiry:       09/22/2011
UserID:                MRODRIGUEZ

Subject Information:   Name:          Hadeed, Joseph
                       SSN:           REDACTED

                       Current Address:   7308 Floyd AV
                                          Springfield, VA 22150

---

## Report Results

```
BEACON 5.0 SCORE:      627                        00038/00013/00014/00016
SERIOUS DELINQUENCY AND DEROGATORY PUBLIC RECORD OR COLLECTION FILED
TIME SINCE DELINQUENCY IS TOO RECENT OR UNKNOWN
LENGTH OF TIME ACCOUNTS HAVE BEEN ESTABLISHED
LACK OF RECENT REVOLVING ACCOUNT INFORMATION
RBF -  31% - 334 - 818

*******************************************************************************
SSN AFFIRM - INQUIRY SSN ASSOCIATED WITH CONSUMER

*******************************************************************************
COMPLIANCE DATA CENTER, INC.

*NO MATCH FOUND IN CDC'S OFAC DATABASE

*   END OF REPORT, COMPLIANCE DATA CENTER, INC.

*******************************************************************************

*******************************************************************************

* EXTENDED FRAUD VICTIM

* ADDRESS DISCREPANCY - NO SUBSTANTIAL DIFFERENCE OCCURRED

*******************************************************************************

*   007 EQUIFAX INFORMATION SERVICES LLC,              P O BOX 740241,
        ,ATLANTA,GA,30374-0241,800/685-1111,WWW.EQUIFAX.COM/FCRA

*HADEED,JOSEPH,P   SINCE 06/23/87  FAD 09/21/11         FN-261
 7308,FLOYD,AVE,SPRINGFIELD,VA,22150,CRT RPTD 02/11
 8002,HOLLINGTON,PL,FAIRFAX STATION,VA,22039,CRT RPTD 10/09
 7807,HAYFIELD,RD,ALEXANDRIA,VA,22315,CRT RPTD 02/11
 BDS-|_ _ _  REDACTED
 01 ES-,SELF EMPLOYED
 02 EF-PRESIDENT,SALES    SERVICE   INC,ALEXANDR,VA
 03 E2-,UNKNOWN

*SUM-04/97-09/11, PR/OI-NO, COLL-YES,FB-NO, ACCTS:19,HC$549-600K, 17-ONES, 1-NINE
     , 1-OTHER, HIST DEL- 1-TWO, 1-NINE.
 04 05/07 SPECL 915AA133   E EXTENDED FRAUD
 05 05/07 SPECL 915AA133   D PROMOTIONAL BLOCK
```

EXHIBIT
E

Report Results - This Form Produced by Equifax | User Reference: MRODRIGUEZ     Page 2 of 4

```
06 06/07 SPECL 915AA133   F FRAUD FILE
07 ALERT CONTACT4 - EXTENDED FRAUD,RPTD-05/21/2007,EFFECT:05/21/2007

****** COLLECTION ITEMS ******
LIST  RPTD  AMT/BAL DLA/ECOA AGENCY/CLIENT              STATUS/SERIAL
03/05 01/11 $888      01/05 831YC1142 CREDITCONT        UNPAID
            $888      I     COX COMMUNICATI             REDACTED
      CONSUMER DISPUTES THIS ACCOUNT INFORMATION
      COLLECTION ACCOUNT
*****************************
FIRM / IDENT CODE      CS  RPTD   LIMIT  HICR  BAL$ DFD/DLA MR(30-60-90+)MAX/DEL
ECOA/ACCOUNT NUMBER        OPND   P/DUE TERM.        24 MONTH HISTORY
----------------------------------------------------------------------------
WFNNB/2XP |REDACTED  R9 01/11    0     ---    0 11/04 27 (00-00-67)09/10-R9
I/| REDACTED      --    06/98   ---    ---           99*999999999/999999999999
CONSUMER DISPUTES AFTER RESOLUTION
CHARGED OFF ACCOUNT

REEDS     REDACTED   R1 05/07   ---   1524   0 03/03 36
I/900139        --      06/97   ---    ---

GTWY/CBNA REDACTED   R1 03/05  1700   ---    0 10/02 36
I/|  REDACTED        03/02   ---    ---
      CLOSED OR PAID ACCOUNT/ZERO BALANCE



WFN/LIMITD|REDACTE   R1 03/03   ---    610   0 03/03 68
I/|  REDACTED        07/97   ---    ---

PROVIDIAN REDACTED   R1 08/02   ---    549   0 06/02 09
I/.REDACTED          10/01   ---    ---
      ACCOUNT CLOSED BY CONSUMER
      CLOSED OR PAID ACCOUNT/ZERO BALANCE

      REVOLVING TOTALS           ---   1524   ---
                                 ---    ---    ---
----------------------------------------------------------------------------
CHASE  | REDACTED  I1 09/11   ---   166K  96750 09/11 77
I/   REDACTED         02/03   ---   1340
      REAL ESTATE MORTGAGE
      FIXED RATE

BRKS HRBRT|REDACTED I1 09/11   --- 37972  28786 09/11 10
I/|REDACT|    ..   -----  10/10   ---    858
      AUTO
      FIXED RATE

BRKE HRBRT|REDACTED I1 09/11   ---   600K  592K 09/11 05
I/ REDACTE           03/11   ---   3708
      REAL ESTATE MORTGAGE
      CONVENTIONAL MORTGAGE

BRKE HRBRT|REDACTED I1 09/11   -.-   519X  500K 09/11 31
I/ REDACT            02/09   ---   4009
      REAL ESTATE MORTGAGE
      CONVENTIONAL MORTGAGE

NB FIN SVC|REDACTE  I1 08/11   --- 59248  47727 08/11 05
C/|REDACTED    --    .02/11   ---   1645
      AUTO
```

*Should be removed based on fraud (was removed from other 2 credit agencies)*

Report Results - This Form Produced by Equifax | User Reference: MRODRIGUEZ          Page 3 of 4

```
       LEASE
BMW FIN    REDACTED    I1 07/11   --- 25004 18750 07/11 12 (01-00-00)12/10-I2
M/ REDACTED            05/10   ---   588          *****12*****4/**
       AUTO
       REAFFIRMATION OF DEBT

MB FIN SVC+ REDACTE   I1 03/11   --- 63309    0 03/11 19
C/ REDACTED            08/09   ---   ---
       CLOSED OR PAID ACCOUNT/ZERO BALANCE
       AUTO

HD CREDIT  REDACTED   I1 01/10   --- 14698    0 12/09 29
I/ REDACTED            07/07   ---   292
       CLOSED OR PAID ACCOUNT/ZERO BALANCE
       AUTO

AMERICASSE REDACTED   I1 01/10   ---  297K    0 12/04 19
I/ REDACTED            03/03   ---    0
       CONSUMER DISPUTES THIS ACCOUNT INFORMATION


       CLOSED OR PAID ACCOUNT/ZERC BALANCE

MB FIN SVC+ REDACTE   I1 09/09   --- 32294    0 09/09 09
C/ REDACTED            11/08   ---   ---
       CLOSED OR PAID ACCOUNT/ZERO BALANCE
       AUTO

MOAC       REDACTED I1 01/08   ---  166K    0 06/04 14
I/REDACTE              02/03   ---  1382
       CLOSED OR PAID ACCOUNT/ZERO BALANCE

BRKE HRBRT+ REDACTED  I1 02/04   --- 26500    --- 02/04 33
J/REDAC                04/01   ---   880

BK OF AMER+ REDACTED  I1 03/03   ---  135K    0 02/03 59
I/ REDACTED            03/98   ---  1201
       FREDDIE MAC ACCOUNT
       CLOSED OR PAID ACCOUNT/ZERO BALANCE

   INSTALLMENT TOTALS       --- 1408K 1284K
                           --- 12148
-----------------------------------------------------------
   GRAND TOTALS            --- 1409K 1284K
                           --- 12148
-----------------------------------------------------------
GEMB/JCP | REDACTED     09/11   ---   ---    --- 09/11
/  REDACTED             04/97   ---   ---
   LOST OR STOLEN CARD
   CHARGE

*INQS-AZTECFINCL REDACTED  07/08/11   CBNA    |REDACTE  06/19/11
      COMCAST          03/07/11   AMER SVCTR  D  02/16/11
      FACTL DTA        02/02/11   EMS         01/12/11
      EMS              12/04/10   FK REDACTED AZTECFI 12/02/10
      AZTECFINCL       12/02/10   CREDCO  REDACTED 11/17/10
      KROLLFD          10/01/10   KROLLFD     09/22/10
      CREDCO           08/12/10   CREDCO      05/13/10
      AZTECFINCL       03/22/10   KROLLFD     02/02/10
```

Report Results - This Form Produced by Equifax | User Reference: MRODRIGUEZ          Page 4 of 4

| | REDACTED | | | REDACTED | |
|---|---|---|---|---|---|
| CREDCO & | | 02/02/10 | TEDBRITT | | 09/30/09 |

END OF REPORT EQUIFAX AND AFFILIATES -   09/22/11

**TROUTMAN SANDERS LLP**
ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP

# SERVICE OF PROCESS
# TRANSMITTAL FORM FOR
# EXPERIAN INFORMATION SOLUTIONS, INC.

**TO:**

Scott Leslie, Esq.
Law Department
Experian Information Solutions, Inc.
475 Anton Boulevard
Costa Mesa, CA 92626
Telephone: (714) 830-7000
Facsimile:  (714) 830-2513

**NAME OF ENTITY SERVED:**

Experian Information Solutions, Inc.

**TITLE OF THE ACTION:**

*Joseph P. Hadeed v. Experian Information Solutions, Inc., et al.*

**TITLE OF THE DOCUMENT SERVED:**

Complaint

**CASE NUMBER:**

CL12003871

**COURT/AGENCY:**

City of Alexandria Circuit Court

**DATE, HOUR & MANNER OF SERVICE:**

August 14, 2012 at 2:08 p.m. by personal service

**APPEARANCE OR ANSWER DUE:**

September 4, 2012

**OPPOSING ATTORNEY(S)/SENDER(S):**

Name:      Raighne C. Delaney, Esq.
Address:   Bean, Kinney & Korman, P.C.
           2300 Wilson Blvd., 7th Floor
           Arlington, VA  22201
           703-525-4000 (telephone)
           703-525-2207 (fax)

**NAME OF INDIVIDUAL SERVED:**

Name:       David N. Anthony, Esq.
Address:    Troutman Sanders LLP
            1001 Haxall Point
            Richmond, VA 23219
Telephone Number:   (804) 697-5410
Facsimile Number:  (804) 698-5118
Email: david.anthony@troutmansanders.com

# Commonwealth of Virginia



Case No. CL12003871
Doc No: 2120496

# SUMMONS

## TO THE SHERIFF: YOU ARE HEREBY COMMANDED TO SERVE:

Serve: Experian Information Solutions Inc
c/o David N. Anthony
Troutman Sanders LLP
1001 Haxall Point
Richmond, VA  23219

The party upon whom this summons and the attached complaint are served is hereby notified that unless within 21 days after such service, response is made by filing in the clerk's office of this court a pleading in writing, in proper legal form, the allegations and charges may be taken as admitted and the court may enter an order, judgment or decree against such party either by default or after hearing evidence.

**Appearance in person is not required by this summons.**

Done in the name of The Commonwealth of Virginia, the 10th day of August, 2012.

Marilyn Delgado
Deputy Clerk

Edward Semonian
Clerk, Circuit Court
520 King Rm 307
Alexandria, VA  22314
(703) 746-4044

Copy to Serve

**VIRGINIA:**

## IN THE CIRCUIT COURT FOR THE CITY OF ALEXANDRIA

| | |
|---|---|
| Joseph P. Hadeed<br>8002 Hollington Place<br>Fairfax Station, VA 22039 | )<br>)<br>) |
| | ) |
| Plaintiff, | )<br>) |
| v. | )<br>) |
| Equifax Information Services LLC<br>C/o Corporation Service Company<br>Bank of America Center, 16th Floor<br>1111 East Main Street<br>Richmond, VA 23219 | )<br>)<br>)<br>)<br>)<br>) |
| Experian Information Solutions, Inc.<br>C/o David N. Anthony<br>Troutman Sanders LLP<br>1001 Haxall Point<br>Richmond, VA 23219 | )<br>)<br>)<br>)<br>) |
| Trans Union LLC<br>C/o Beverley L. Crump<br>Bank of America Center, 16th Floor<br>1111 East Main Street<br>Richmond, VA 23219 | )<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

Case No. CL12003871

FILED
CLERK OF COURTS
CITY OF ALEXANDRIA
2012 AUG 10  P 2: 25
EDWARD SEMONIAN, CLERK;
BY
DEPUTY CLERK.

### COMPLAINT

COMES NOW, Joseph P. Hadeed, by counsel, to demand judgment against Defendants,

Equifax Information Services LLC, Experian Information Solutions, Inc., and Trans Union LLC

(collectively, the "Credit Agency Defendants"), and states as follows:

### *The Parties*

1.    Plaintiff, Joseph P. Hadeed, is an adult individual who resides in Virginia.

2.      Defendant Equifax Information Services LLC ("Equifax") is a Georgia corporation that

regularly conducts business in Virginia and which has a principal place of business in Georgia.

3.      Defendant Experian Information Solutions, Inc. ("Experian") is an Ohio corporation that

regularly conducts business in Virginia and which has a principal place of business in California.

4.      Defendant Trans Union LLC ("Trans Union") is a Delaware corporation that regularly

conducts business in Virginia and which has a principal place of business in Illinois.

### *Jurisdiction and Venue*

5.      The Alexandria Circuit Court has subject matter jurisdiction as all relevant transactions

occurred within Virginia.

6.      The Alexandria Circuit Court has personal jurisdiction over the Credit Agency

Defendants pursuant to Va. Code Ann. § 8.01-328.1.

7.      The Alexandria Circuit Court is the proper venue for this action pursuant to Va. Code

Ann. § 8.01-262.

### *Facts*

8.      Mr. Hadeed is a resident of Virginia.  He is the Chief Executive Officer of Hadeed Carpet

Cleaning, Inc., a company that he has helped build and expand for more than 20 years.  His

company's success has depended on favorable loans and lines of credit, which he has historically

received as a result of his good credit history and fiscal responsibility.

9.      In 2005, Mr. Hadeed discovered that his identity and credit cards had been stolen by one

Elizabeth Mavrommatis ("Mavrommatis").  Mavrommatis ran up several of Mr. Hadeed's

existing credit accounts and opened others, all of which damaged Mr. Hadeed's credit rating and

caused him great distress.  Criminal charges were filed against Mavrommatis, who was later

convicted.  Copies of Mavrommatis' arrest warrants and convictions are attached as Exhibit A.

10.     In 2008 and 2009, Mr. Hadeed attempted to take out loans from Burke & Herbert Bank

(the "Bank") in order to purchase property for expanding his business, as well as a home.  In

order to determine Mr. Hadeed's loan eligibility, the Bank sought a "3-in-1" credit report from

Defendant Equifax.  As a result of this report, the bank was not able to offer Mr. Hadeed loans at

a favorable interest rate.

11.     After some investigation, Mr. Hadeed discovered that his poor credit rating resulted from

the listing of numerous accounts that had been "run up" and/or opened by Mavrommatis.  In

2009, and again in 2010, Mr. Hadeed sent correspondence to the Credit Agency Defendants,

informing them of the identity theft and the unauthorized activity connected to those accounts.

In addition to this correspondence, he requested that the accounts be removed.  Copies of the

2009 and 2010 correspondence are attached as **Exhibit B** and **Exhibit C**.

12.     Along with the above correspondence, Mr. Hadeed sent the Credit Agency Defendants

Mavromatis' arrest warrants and subsequent convictions, as well as sworn affidavits certifying

that the accounts were no longer his.  Copies of these affidavits are attached as **Exhibit D**.

13.     The Credit Agency Defendants initiated investigations into the activity listed on Mr.

Hadeed's credit report.  Months later, some of the accounts were removed.

14.     Nevertheless, the Credit Agency Defendants refused to accept Mavrommatis' warrants

and convictions as proof that the activity on the remaining accounts was unauthorized.  As of

September 2011, some of these accounts continue to be listed on Mr. Hadeed's credit reports and

are used in calculating his credit rating.

15.     As an example, a September 2011 report from Defendant Equifax lists Mr. Hadeed's

"beacon" credit score as 627, which is only deemed "average" or "ok."  This report contains

several inaccuracies.  The address for Mr. Hadeed listed on the report is an address he moved

from *several years ago*. In addition, it continues to list a "WFNNB/Express" collection account which is not his. Finally, the report notifies readers that a "serious delinquency and derogatory public record or collection" was filed, which can only refer to the above collection items that do *not* belong to Mr. Hadeed. A copy of this credit report is attached as <u>Exhibit E</u>.

16.     Upon information and belief, the Credit Agency Defendants have been reporting derogatory and inaccurate statements like that above relating to Mr. Hadeed and Mr. Hadeed's credit history to third parties (hereafter the "inaccurate information").

17.     The inaccurate information negatively reflects upon Mr. Hadeed, Mr. Hadeed's credit repayment history, Mr. Hadeed's financial responsibility as a debtor and Mr. Hadeed's credit worthiness. The inaccurate information consists of accounts and/or tradelines that do not belong to Mr. Hadeed, or which misrepresent the payment history and/or status of accounts that do belong to Mr. Hadeed.

18.     Upon information and belief, the inaccurate information includes, but is not limited to, accounts with Capital One, Express, WFF Cards, WFNNB, Victoria's Secret, CBNA, AFNI, Credit Bureau of North America and/or Credit Control.

19.     The Credit Agency Defendants have been reporting the inaccurate information through the issuance of false and inaccurate credit information and consumer credit reports that they have disseminated to various persons and credit grantors, both known and unknown.

20.     As a result of the Credit Agency Defendants' sloppy and inaccurate reporting, Mr. Hadeed has applied for and has been denied various loans and extensions of consumer credit on several different occasions. Mr. Hadeed has been informed by creditors and extenders of consumer credit that the basis for these denials was the inaccurate information that appears on

4

Mr. Hadeed's credit reports, and that the inaccurate information was a substantial factor for those denials.

21.     Mr. Hadeed's credit reports and file have been obtained from the Credit Agency Defendants and have been reviewed many times by prospective and existing credit grantors and extenders of credit, and the inaccurate information has been a substantial factor in precluding Mr. Hadeed from receiving many different credit offers and opportunities, known and unknown, and from receiving the most favorable terms in financing and interest rates for credit offers that were ultimately made.

22.     As a result of the Credit Agency Defendants' conduct, Mr. Hadeed has suffered actual damages in the form of credit denial or loss of credit opportunity, credit defamation and emotional distress, including anxiety, frustration, embarrassment, and humiliation.  In addition, his interest rates have remained high, at between 5.75% and 6.25%.

23.     At all times pertinent hereto, the Credit Agency Defendants were acting by and through their agents, servants and/or employees who were acting within the course and scope of their agency or employment, and under the direct supervision and control of the Credit Agency Defendants.

24.     At all times pertinent hereto, the conduct of the Credit Agency Defendants, as well as that of their agents, servants and/or employees, was malicious, intentional, willful, reckless, and in grossly negligent disregard for federal and state laws and the rights of Mr. Hadeed.

### *Count I—FCRA (All Defendants)*

25.     Mr. Hadeed incorporates the foregoing paragraphs as though the same were set forth at length herein.

5

26.     At all times pertinent hereto, the Credit Agency Defendants were "persons" and "consumer reporting agencies" as those terms are defined by 15 U.S.C. §§ 1681a(b) and (f).

27.     At all times pertinent hereto, Mr. Hadeed was a "consumer" as that term is defined by 15 U.S.C. § 1681a(c).

28.     At all times pertinent hereto, the above-mentioned credit reports were "consumer reports" as that term is defined by 15 U.S.C. § 1681a(d).

29.     Pursuant to 15 U.S.C. § 1681n and 15 U.S.C. §1681o, the Credit Agency Defendants are liable to Mr. Hadeed for willfully and negligently failing to comply with the requirements imposed on a consumer reporting agency of information pursuant to 15 U.S.C. § 1681e(b).

30.     The Credit Agency Defendants' conduct was a direct and proximate cause, as well as a substantial factor, in bringing about the serious injuries, actual damages and harm to Mr. Hadeed that are outlined more fully above and, as a result, the Credit Agency Defendants are liable to Mr. Hadeed for the full amount of statutory, actual and punitive damages, along with the attorneys' fees and the costs of litigation, as well as such further relief, as may be permitted by law.

### Count II—Defamation (All Defendants)

31.     Mr. Hadeed incorporates the foregoing paragraphs as though the same were set forth at length herein.

32.     The Credit Agency Defendants have published statements, both orally and through writing to various creditors, prospective credit grantors, other credit reporting agencies, communicating that the above-referenced derogatory, inaccurate information belongs to Mr. Hadeed.

6

33.     The Credit Agency Defendants have published these statements each time a credit report on Mr. Hadeed has been requested by any creditor, prospective credit grantors, furnisher, or other source.

34.     The statements made by the Credit Agency Defendants are false in that they inaccurately reflect Mr. Hadeed's credit information and debt repayment history, and paint Mr. Hadeed as financially irresponsible and delinquent.

35.     The Credit Agency Defendants have published these statements to at least every single creditor, furnisher or prospective creditor or other entity that has requested Mr. Hadeed's credit report.

36.     The written statements and oral statements and publications constitute defamation per se.

37.     If the written and oral statements are not defamatory per se, they are defamatory because the Credit Agency Defendants' false reporting reflects poorly upon Mr. Hadeed's credit repayment history and fiscal responsibility, has in fact prejudiced him, resulted in known and unknown lost credit offers and opportunities, and caused him special damages of at least two hundred fifty thousand dollars ($250,000) in the form of increased interest rates with loans from the Burke & Herbert Bank and John Marshall Bank.

38.     In addition, despite repeated notices from Mr. Hadeed, the Credit Agency Defendants have acted with malice by failing to communicate the information provided to them by Mr. Hadeed to all creditors, prospective creditors, furnishers of information and all other entities to whom they provide credit information concerning Mr. Hadeed.

39.     In the alternative, the Credit Agency Defendants disseminated these credit reports without reasonable grounds for believing that they were true.

7

40.     In the alternative, the Credit Agency Defendants disseminated these reports after negligently failing to ascertain the facts on which they were based.

41.     The Credit Agency Defendants' conduct was a direct and proximate cause, as well as a substantial factor, in bringing about the serious injuries, damages and harm to Mr. Hadeed that are outlined more fully above and, as a result, the Credit Agency Defendants are liable to compensate Mr. Hadeed for the full amount of actual damages, compensatory damages and punitive damages, as well as such other relief, permitted under the law.

### *Jury Trial Demand*

42.     Mr. Hadeed demands trial by jury on all issues so triable.

### *Prayer for Relief*

WHEREFORE, Mr. Hadeed seeks judgment in Mr. Hadeed's favor and damages against the Credit Agency Defendants, jointly and severally, based on the following requested relief:

(a)     Actual damages of seventy five thousand dollars ($75,000);

(b)     Statutory damages pursuant to 15 U.S.C. § 1681n.

(c)     Punitive damages of two hundred twenty-fifty thousand dollars ($225,000);

(d)     Costs and reasonable attorneys' fees pursuant to 15 U.S.C. §§ 1681n and 1681o;

(e)     An order directing Defendants to immediately

> a. delete all of the inaccurate information from Mr. Hadeed's credit reports and files; AND
>
> b. cease reporting the inaccurate information to any and all persons and entities to whom they report consumer credit information;

(f)     An order directing that Defendants send to all persons and entities to whom they have reported inaccurate information about Mr. Hadeed within the last three years Mr. Hadeed's

updated and corrected credit report information; and

(g)     Such other and further relief as may be necessary, just and proper.

Respectfully Submitted,

_____
Raighne C. Delaney, VSB# 38787
Bean, Kinney & Korman, P.C.
2300 Wilson Boulevard, Seventh Floor
Arlington, VA 22201
(703) 525-4000 (phone)
(703) 525-2207 (fax)
*Counsel for Plaintiff*

9

CASE NO. ( ` 04-44DKY2

HEARING DATE AND TIME

01/25/2005
09:30 AM

ACCUSED:
Mavrommatis, Elizabeth C.
LAST NAME, FIRST NAME, MIDDLE NAME

No Fixed ....... ADDRESS/LOCATION

To be completed upon service as Summons

Mailing address ☐ Same as above

☐

COMPLETE DATA BELOW IF KNOWN

| RACE | SEX | MO. | BORN DAY | YR. | FT. | HT. IN. | WGT. | EYES | HAIR |
|------|-----|-----|----------|-----|-----|---------|------|------|------|
| W | F | | | | 5 | 1 | 100 | GR | BR |

Commonwealth of Virginia
**WARRANT** OF **ARREST**
CLASS ___ **MISDEMEANOR**

☑ EXECUTED by arresting the Accused named above on this day:
☐ EXECUTED by summoning the Accused named above on this day:
☐ For legal entities other than individuals, service pursuant to Va. Code § 19.2-76.

DATE AND TIME OF SERVICE

___ I.N. Robertson ___ ARRESTING OFFICER

2965 ___ FFX Co PD
BADGE NO., AGENCY AND JURISDICTION

SHERIFF

Attorney for the Accused:

---

Fairfax County ...... CITY OR COUNTY

☐ General District Court ☑ Criminal ☐ Traffic
☐ Juvenile and Domestic Relations District Court

TO ANY AUTHORIZED OFFICER:

You are hereby commanded in the name of the Commonwealth of Virginia forthwith to arrest and bring the Accused before this Court to answer the charge that the Accused, within this city or county, on or about ... 12/15/2004 .... DATE .... did unlawfully in violation of Section

..... 18.2-121 ........... Code of Virginia.

enter the property of Michael Hadeed for the purpose of damaging it or the contents thereof, or for the purpose of interfering with the rights of the owner, user, or occupant thereof to use such property free from interference.

_____ Complainant.

I, the undersigned, have found probable cause to believe that the Accused committed the offense charged, based on the sworn statements of

___ Ofc. Robertson, I.N #2965 FxCo. ___ , Complainant.

Execution by summons ☐ permitted at officer's discretion, ☑ not permitted.

12/19/2004 .. 02:32 PM ...
DATE AND TIME ISSUED

☐ CLERK ☐ MAGISTRATE ☐ JUDGE
Nick F. Spanos, #025, Magistrate
FAIRFAX COUNTY

SUMMONS (If authorized above and by serving a copy of this warrant)
You are hereby commanded to appear before this Court on ......

_____

on _____ AT _____ AM/PM
DATE ___ TIME

I promise to appear in accordance with this Summons and certify that my mailing address is shown at right is correct. CCRE May be Required

ACCUSED

WARNING TO ACCUSED: You may be tried and convicted in your absence if you fail to appear in response to this Summons. Willful failure to appear is a separate offense.
SIGNING THIS NOTICE DOES NOT CONSTITUTE AN ADMISSION OF GUILT.

FORM DC-314 (04/04)

The Accused was this day:
- [ ] tried in absence
- [ ] present

_____

[ ] PROSECUTING ATTORNEY PRESENT (NAME)

_____

[ ] DEFENDANT'S ATTORNEY PRESENT (NAME)

- [ ] NO ATTORNEY
- [ ] ATTORNEY WAIVED
- [ ] If convicted, no jail sentence will be imposed

[ ] Translator/Interpreter present:

_____
NAME

Plea of Accused:
- [ ] not guilty  [ ] witnesses sworn
- [ ] nolo contendere
- [ ] guilty
- [ ] Plea Bargain  [ ] Plea and Recommendation

And was TRIED and FOUND by me:
- [ ] not guilty
- [ ] guilty as charged
- [ ] guilty of _____
- [ ] facts sufficient to find guilt but defer adjudication /disposition and place accused on probation, §§ 4.1-305, 18.2-57.3, 18.2-251 or 19.2-303.2. Costs imposed upon defendant.

And was FOUND by me to be:
- [ ] driving a commercial motor vehicle
- [ ] carrying hazardous materials

[ ] I ORDER a nolle prosequi on prosecution's motion

[ ] I ORDER the charge dismissed
- [ ] conditioned upon payment of costs (accord and satisfaction), § 19.2-151
- [ ] conditioned upon payment of costs and successful completion of traffic school § 16.1-69.48:1
- [ ] under §§ 4.1-305, 18.2-57.3, 18.2-251 or 19.2-303.2.

_____4-19-05_____
DATE

I impose the following Sentence:

[ ] FINE [ ] CIVIL PENALTY of $ _____
with $ _____ suspended

[ ] JAIL sentence of _____ imposed
with _____ suspended conditioned upon being of good behavior and keeping the peace, and paying fines and costs. Pursuant to § 53.1-187, credit is granted for pre-trial detention.

[ ] Serve jail sentence beginning _____
- [ ] on weekends only

[ ] Work release  [ ] authorized if eligible  [ ] required
[ ] Work release not authorized

[ ] on PROBATION for _____
- [ ] VASAP [ ] local community-based probation program

[ ] DRIVER'S LICENSE suspended _____

[ ] Restricted Driver's License per attached order
- [ ] Ignition Interlock for _____

[ ] RESTITUTION of $ _____
due by _____ payable to
with interest thereon from _____
- [ ] as condition of suspended sentence

[ ] _____ hours of community service to be performed for _____

- [ ] to be credited against fines and costs

[ ] Contact prohibited between defendant and victim/ victim's family or household members

[ ] Other: _____

[ ] Bail on Appeal  $ _____
[ ] Remanded for CCRE Report

DRIVER'S LICENSE/PRIVILEGE TO DRIVE IN VIRGINIA SUSPENDED EFFECTIVE IN 15 DAYS IF FINES, COSTS, FORFEITURES, PENALTIES OR RESTITUTION ARE NOT PAID. Va. Code § 46.2-395

_____
JUDGE

| FINES | $ _____ |
|---|---|
| COSTS | |
| 112 | |
| 140 } PROCESSING FEE | _____ |
| 143 } | |
| 107 DOAF | _____ |
| 113 WITNESS FEE | _____ |
| 113 SENTENCE FEE | _____ |
| 113 DRUG ANALYSIS FEE | _____ |
| 113 IGNITION INTERLOCK | _____ |
| 113 | _____ |
| 120 CT. APPT. ATTY | _____ |
| 121 T.I.A. FEE | _____ |
| 125 WEIGHING FEE | _____ |
| 132 CICF | _____ |
| 133 BLOOD TEST FEE | _____ |
| 137 TTP | _____ |
| 229 CHMF | _____ |
| 234 JAF | _____ |
| 244 CHSF | _____ |
| 245 NON-CONSEC. JAIL FEE | _____ |
| OTHER (SPECIFY) | _____ |
| TOTAL | $ _____ |

FORM DC-314 (REVERSE) 7/03

CAPIAS ATTACHMENT OF THE BODY

VA. CODE §§ 16.1-69.24, 18.2-456
19.2-123, 19.2-306, 19.2-358

☒ General District Court

☐ Juvenile and Domestic Relations District Court

FAIRFAX CO. GENERAL DISTRICT COURT - C.
CITY OR COUNTY

4110 CHAIN BRIDGE ROAD, FAIRFAX, VA  22030
STREET ADDRESS OF COURT

**TO ANY AUTHORIZED OFFICER:**
You are hereby commanded in the name of the Commonwealth forthwith to arrest the Respondent; and to produce the Respondent in this Court when found, or as soon thereafter as this Court may be in session, to show cause, if any, why Respondent should not, pursuant to Va. Code §19.2-128(C)            :

☐ serve the ......................................sentence/pay the ............................ fine previously suspended on .......................................................................... for conviction of .................................................................................. because of: .........................................................................................

☐ have Respondent's recognizance/bail revoked for violation of conditions of release

☐ be imprisoned, fined or otherwise punished for:

☐ failure to appear in this Court on ...01/25/05...... 09:30AM...
   DATE AND TIME

☐ failure to pay fines and/or restitution or an installment thereof:
   payment due: $ ............................... on ............................

☐ failure to provide support as ordered: $ ..................... per ...............
   with $ ......................... arrearage as of ..................

☐ failure to obey an order of ☐ this court
   ordering

☐ have his or her driving privilege revoked for failure to ...............................

☐ have his or her VASAP participation revoked;

☐ have his or her community-based probation revoked;

☒ (Other-explain)
COMPL: ROBERTSON, OFC 1 N #2985 FXCO

The following information is provided to the Judicial Officer in determining bail:
☐ continued on reverse

JUDGE O'FLAHERTY

.....01/25/05.....
DATE ISSUED

☒ CLERK  ☐ MAGISTRATE  ☐ JUDGE

| CASE NO. | GC04240843-01 | HEARING DATE AND TIME |
|---|---|---|
| ARREST THIS RESPONDENT: | | ...........HRG |
| MAVROMMATIS, ELIZABETH C. | | 03/08/05 |
| LAST NAME, FIRST NAME, MIDDLE NAME | | |
| N/A | | 09:30AM |
| N/A | | |

COMPLETE DATA BELOW IF KNOWN

| RACE | SEX | BORN | | | HT. | | WGT. | EYES | HAIR |
|---|---|---|---|---|---|---|---|---|---|
| | F | MO. | DAY | YR. | FT. | IN. | | | |
| | | | | | 01 | 100 | GR | HD |
| SSN | | | | | | | | | |

**CAPIAS:**
**ATTACHMENT OF THE BODY**

In connection with the case of

☐ Commonwealth of Virginia

☐

v./ In re.

ELIZABETH C. MAVROMMATIS

UNDERLYING CASE NO. GC04240843-00
UNDERLYING CHARGE(S):
ENTER PROP W/ INT TO DAMAGE
EXECUTED by arresting the Respondent named above on this day:
2-3-05 // 0030
DATE AND TIME

DEP. A.A D. SANTI
ARRESTING OFFICER
2051 FFX CO   029
BADGE NO. AGENCY AND JURISDICTION

for ............................
SHERIFF

RECEIVED JAN 27 2005
BY

WCH
229382

FAIRFAX COUNTY GENERAL DISTRICT COURT
I, the undersigned clerk or deputy clerk of the above named court authenticate pursuant to VA Code Ann. 8.01-391(D) that the document to which this authentication is affixed is a true copy of a record in the above named court, made in performance of my official duties.
1-28-05 ........
DATE   CLERK/DEPUTY CLERK

Motion to Change Bond on: ......................
- ☐ changed to $...........................
- ☐ no change

The Respondent was this day:
- ☐ tried in absence
- ☐ present

_____

☐ PROSECUTING ATTORNEY PRESENT (NAME)

_____

☐ DEFENDANT'S ATTORNEY PRESENT (NAME)
- ☐ NO ATTORNEY
- ☐ ATTORNEY WAIVED
- ☐ If convicted, no jail sentence will be imposed
- ☐ Translator/Interpreter present:

_____
NAME

The Respondent:
- ☐ denied guilt
- ☐ did not contest guilt
- ☐ admitted guilt

And was TRIED and FOUND by me:
- ☐ not guilty of contempt
- ☐ not guilty
- ☐ guilty of contempt
- ☐ guilty as charged
- ☐ See attached Order

- ☐ I ORDER the charge dismissed
- ☑ I ORDER a nolle prosequi on the prosecution's motion
- ☐ I find that respondent has violated the conditions of his or her recognizance/bail and I ORDER Respondent's recognizance/bail revoked.

4-19

I impose the following Disposition:

- ☐ FINE of $........................... with .............................. suspended;
- ☐ JAIL sentence of ........................ imposed with ........................... suspended conditioned upon being of good behavior and keeping the peace, and paying fines and costs.
- ☐ Revoke .............. days/months of previously suspended jail sentence and resuspending ..................... days/months.

- ☐ Revoke $.................. of previously suspended fine and resuspending $ ...........................

- ☐ Serve jail sentence beginning ......................:......
  - ☐ on weekends only
- ☐ on PROBATION for ..........................
- ☐ DRIVER'S LICENSE suspended ..................
  .....................................................
- ☐ Restricted Driver's License revoked
- ☐ .................. hours of community service to be performed for ...........................
  .....................................................
  - ☐ to be credited against fines and costs
- ☐ Other: ...........................................
  .....................................................
  .....................................................

- ☐ Bail on Appeal $ ...............................
- ☐ Remanded for CCRE Report
- ☐ Contact prohibited between defendant and victim/victim's family or household members

DRIVER'S LICENSE/PRIVILEGE TO DRIVE IN VIRGINIA SUSPENDED EFFECTIVE IN 15 DAYS IF FINES, COSTS, FORFEITURES, PENALTIES OR RESTITUTIONS ARE NOT PAID. VA. CODE § 46.2-395(B)

_____
JUDGE   APR   2005   J.C. WATERS, JR.

| | | |
|---|---|---|
| FINE | | $ |
| COSTS | | |
| 112 | PROCESSING FEE | |
| 140 | | |
| 143 | | |
| 113 | WITNESS FEE | |
| 113 | SENTENCING FEE | |
| 120 | CT. APPT. ATTY | |
| 121 | T.I.A FEE | |
| 229 | CHMF | |
| | OTHER (SPECIFY) | |
| | TOTAL | $ |

MISDEMEANOR (STATE)

VA. CODE §§ 19.2-71, -72

**Fairfax County**
CITY OR COUNTY

☒ General District Court   ☒ Criminal   ☐ Traffic
☐ Juvenile and Domestic Relations District Court

CASE NO. ( '04-24984 )

**TO ANY AUTHORIZED OFFICER:**

You are hereby commanded in the name of the Commonwealth of Virginia forthwith to arrest and bring the Accused before this Court to answer the charge that the Accused, within this city or county, on or about ....12/19/2004.......
DATE
.....18.2-121...................., Code of Virginia:

enter the property of Michael Hadeed for the purpose of damaging it or the contents thereof, or for the purpose of interfering with the rights of the owner, user, or occupant thereof to use such property free from interference.

FAIRFAX COUNTY GENERAL DISTRICT COURT
I, the undersigned clerk or deputy clerk of the above named court authenticate pursuant to VA Code 8.01-391 (c) on this date that the document to which this authentication is affixed is a true copy of a record in the above named court, made in performance of my official duties.
DATE          CLERK/DEPUTY CLERK BY

I, the undersigned, have found probable cause to believe that the Accused committed the offense charged, based on the sworn statement of

Ofc. Robertson, PFN#2965 FXCO.

, Complainant.

Execution by summons ☐   ☐ permitted at officer's discretion.   ☒ not permitted

..12/19/2004....   02:36 PM
DATE AND TIME ISSUED

Nick F. Staines, #026, Magistrate
☐CLERK ☐MAGISTRATE ☐JUDGE

**SUMMONS** (If authorized above and by serving officer)
You are hereby commanded to appear before this court located at ......................
.............................................................................
on .................................... at ............................ AM/PM

I promise to appear in accordance with this Summons and certify that my mailing address as shown at right is correct.   CCRE May be Required

WARNING TO ACCUSED: You may be tried and convicted in your absence if you fail to appear in response to this Summons. Willful failure to appear is a separate offense.
SIGNING THIS NOTICE DOES NOT CONSTITUTE AN ADMISSION OF GUILT.

FORM DC-314 9/94 PC   (114:6-010 4/02)

---

CASE NO. ( '04-24984 )

HEARING DATE
AND TIME

ACCUSED:
Mavrommatis, Elizabeth C.
LAST NAME, FIRST NAME, MIDDLE NAME

01/25/2005
09:30 AM

No Fixed
ADDRESS/LOCATION

To be completed upon service as Summons

Mailing address ☐ Same as above
☐

F04·1002

7/8/05
BLMF2
AABC
2·3·05

COMPLETE DATA BELOW IF KNOWN

| RACE | SEX | BORN MO. | DAY | YR. | HT. FT. | IN. | WGT. | EYES | HAIR |
|------|-----|----------|-----|-----|---------|-----|------|------|------|
| W | F | | | | 5 | 1 | 100 | GR | BD |

SSN

Commonwealth of Virginia

**WARRANT OF ARREST**

CLASS _____ _____ MISDEMEANOR

☐ EXECUTED by arresting the Accused named above on this day:
☐ EXECUTED by summoning the Accused named above on this day:
☐ For legal entities other than individuals, service pursuant to Va. Code § 19.2-76.

121904          1448          TRS-527-MI
DATE AND TIME OF SERVICE

J N Robertson
ARRESTING OFFICER

2965          FFX COPD/029
BADGE NO. AGENCY AND JURISDICTION

for _____
SHERIFF

Attorney for the Accused: _____

VA Crime Code:

War/Sum
059GC-FF10435312

The Accused was this day:
[ ] tried in absence
[ ] present

_____
[ ] PROSECUTING ATTORNEY PRESENT (NAME)

_____
[ ] DEFENDANT'S ATTORNEY PRESENT (NAME)

[ ] NO ATTORNEY
[ ] ATTORNEY WAIVED
[ ] If convicted, no jail sentence will be imposed

[ ] Translator/Interpreter present: _____
                                      NAME

Plea of Accused:
[ ] not guilty  [ ] witnesses sworn
[ ] nolo contendere
[ ] guilty
[ ] Plea Bargain  [ ] Plea and Recommendation

And was TRIED and FOUND by me:
[ ] not guilty
[ ] guilty as charged
[ ] guilty of _____
[ ] facts sufficient to find guilt but defer adjudication
    /disposition and place accused on probation, §§
    4.1-305, 18.2-57.3, 18.2-251 or 19.2-303.2. Costs
    imposed upon defendant.

And was FOUND by me to be:
[ ] driving a commercial motor vehicle
[ ] carrying hazardous materials

[✓] I ORDER a nolle prosequi on prosecution's motion

[ ] I ORDER the charge dismissed
    [ ] conditioned upon payment of costs (accord and
        satisfaction), § 19.2-151
    [ ] conditioned upon payment of costs and successful
        completion of traffic school § 16.1-69.48:1
    [ ] under §§ 4.1-305, 18.2-57.3, 18.2-251 or 19.2-303.2.

        4-19-05
        _____
        DATE

I impose the following Sentence:

[ ] FINE [ ] CIVIL PENALTY of $ _____
    with $ _____ suspended

[ ] JAIL sentence of _____ imposed
    with _____ suspended conditioned
    upon being of good behavior and keeping the peace, and
    paying fines and costs. Pursuant to § 53.1-187, credit is
    granted for pre-trial detention.

[ ] Serve jail sentence beginning _____

    [ ] on weekends only

[ ] Work release  [ ] authorized if eligible  [ ] required
                  [ ] Work release not authorized

[ ] on PROBATION for _____
    [ ] VASAP [ ] local community-based probation program

[ ] DRIVER'S LICENSE suspended _____

[ ] Restricted Driver's License per attached order
    [ ] Ignition Interlock for _____

[ ] RESTITUTION of $ _____
    due by _____ payable to _____
    with interest thereon from _____
    [ ] as condition of suspended sentence

[ ] _____ hours of community service to be performed
    for _____

    [ ] to be credited against fines and costs

[ ] Contact prohibited between defendant and victim/
    victim's family or household members

[ ] Other: _____
    _____

[ ] Bail on Appeal  $ _____
[ ] Remanded for CCRE Report

DRIVER'S LICENSE/PRIVILEGE TO DRIVE IN VIRGINIA
SUSPENDED EFFECTIVE IN 15 DAYS IF FINES, COSTS,
FORFEITURES, PENALTIES OR RESTITUTION ARE NOT PAID.
Va. Code § 46.2-395

| FINE | $ _____ |
| --- | --- |
| COSTS | |
| 112 | _____ |
| 140  PROCESSING FEE | _____ |
| 143 | _____ |
| 107 DOAF | _____ |
| 113 WITNESS FEE | _____ |
| 113 SENTENCE FEE | _____ |
| 113 DRUG ANALYSIS FEE | _____ |
| 113 IGNITION INTERLOCK | _____ |
| 113 _____ | _____ |
| 120 CT. APPT. ATTY | _____ |
| 121 T.I.A. FEE | _____ |
| 125 WEIGHING FEE | _____ |
| 132 CICF | _____ |
| 133 BLOOD TEST FEE | _____ |
| 137 TTP | _____ |
| 229 CHMF | _____ |
| 234 JAF | _____ |
| 244 CHSF | _____ |
| 245 NON-CONSEC. JAIL FEE | _____ |
| OTHER (SPECIFY) | _____ |
| | _____ |
| TOTAL | $ _____ |

J.C. WATERS JR.

_____
JUDGE

**WARRANT OF ARREST — MISDEMEANOR (STATE)**

VA. CODE §§ 19.2-71, -72

Fairfax County
CITY OR COUNTY

☒ General District Court   ☒ Criminal   ☐ Traffic
☐ Juvenile and Domestic Relations District Court

TO ANY AUTHORIZED OFFICER:

You are hereby commanded in the name of the Commonwealth of Virginia forthwith to arrest and bring the Accused before this Court to answer the charge that the Accused, within this city or county, on or about ...... 12/16/2004 ...................... did unlawfully in violation of Section
DATE

.. 18.2-121 ......, Code of Virginia: ..........................................

enter the property of Michael Hadeed for the purpose of damaging it or the contents thereof, or for the purpose of interfering with the rights of the owner, user, or occupant thereof to use such property free from interference.

FAIRFAX COUNTY GENERAL DISTRICT COURT
I, the undersigned clerk or deputy clerk of the above named court authenticate pursuant to VA Code 8.01-391(c) on this date that the document to which this authentication is affixed is a true copy of a record in the above named court, made in performance of my official duties.

I, the undersigned, have found probable cause to believe that the Accused committed the offense charged, based on the sworn statement of ...................................

.............................................. ........................................
DATE                         CLERK/DEPUTY CLERK/BY

.............................................................................................
Ofc. Robertson, I N #2965 FxCo
, Complainant.

Execution by summons ☐ permitted at officer's discretion. ☒ not permitted.

.. 12/15/2004 ...... 02:35 PM ..........
DATE AND TIME ISSUED

Nick F. Stames, #025, Magistrate
☐CLERK ☐MAGISTRATE ☐JUDGE

**SUMMONS** (If authorized above and by serving officer)
You are hereby commanded to appear before this court located at ..................

.............................................................................................

on............................. at ............................. AM/PM

I promise to appear in accordance with this Summons and certify that my mailing address as shown at right is correct.  CCRE May be Required

.............................................................................................
ACCUSED

**WARNING TO ACCUSED:** You may be tried and convicted in your absence if you fail to appear in response to this Summons. Willful failure to appear is a separate offense.
SIGNING THIS NOTICE DOES NOT CONSTITUTE AN ADMISSION OF GUILT.

FORM DC-314 9/94 PC    (11-4 6-010 4/02)

---

CASE NO. ( ' 04-240895

ACCUSED
Mavrommatis, Elizabeth C.
LAST NAME, FIRST NAME, MIDDLE NAME

No Fixed
ADDRESS/LOCATION

........................................................

........................................................

To be completed upon service as Summons

Mailing address ☐ Same as above

☐

**COMPLETE DATA BELOW IF KNOWN**

| RACE | SEX | MO. | BORN DAY | YR. | HT. FT. | IN. | WGT. | EYES | HAIR |
|------|-----|-----|----------|-----|---------|-----|------|------|------|
| W | F | | | | 5 | 1 | 100 | GR | BD |

SSN

**Commonwealth of Virginia**

**WARRANT OF ARREST**

**CLASS** 1  **MISDEMEANOR**

☐ EXECUTED by arresting the Accused named above on this day:
☐ EXECUTED by summoning the Accused named above on this day:
☐ For legal entities other than individuals, service pursuant to Va. Code § 19.2-76.

121904            1446
DATE AND TIME OF SERVICE

I.N. Robertson            , ARRESTING OFFICER

2965      FFX CoPD /029
BADGE NO., AGENCY AND JURISDICTION

for ........................................................
SHERIFF

Attorney for the Accused: ........................

---

01/25/2005
09:30 AM

F04-1001

3/8/05

12/1/05

AA - BC

2-3-05

4/19
2'

VA Crime Code:

TRS-5717-MI

War/Sum
059GC-FF10435311

The Accused was this day:
[ ] tried in absence
[ ] present

_____
[ ] PROSECUTING ATTORNEY PRESENT (NAME)

_____
[ ] DEFENDANT'S ATTORNEY PRESENT (NAME)

   [ ] NO ATTORNEY
   [ ] ATTORNEY WAIVED
   [ ] If convicted, no jail sentence will be imposed

[ ] Translator/Interpreter present:

_____
              NAME

Plea of Accused:
[ ] not guilty [ ] witnesses sworn
[ ] nolo contendere
[ ] guilty
[ ] Plea Bargain [ ] Plea and Recommendation

And was TRIED and FOUND by me:
[ ] not guilty
[ ] guilty as charged
[ ] guilty of _____
[ ] facts sufficient to find guilt but defer adjudication
    /disposition and place accused on probation, §§
    4.1-305, 18.2-57.3, 18.2-251 or 19.2-303.2. Costs
    imposed upon defendant.

And was FOUND by me to be:
[ ] driving a commercial motor vehicle
[ ] carrying hazardous materials

[ ] I ORDER a nolle prosequi on prosecution's motion

[ ] I ORDER the charge dismissed
   [ ] conditioned upon payment of costs (accord and
      satisfaction), § 19.2-151
   [ ] conditioned upon payment of costs and successful
      completion of traffic school § 16.1-69.48:1
   [ ] under §§ 4.1-305, 18.2-57.3, 18.2-251 or 19.2-303.2.

_____4-19-05_____
         DATE

FORM DC-314 (REVERSE) 7/02

---

I impose the following Sentence:

[ ] FINE [ ] CIVIL PENALTY of $ _____
   with $ _____ suspended

[ ] JAIL sentence of _____ imposed
   with _____ suspended conditioned
   upon being of good behavior and keeping the peace, and
   paying fines and costs. Pursuant to § 53.1-187, credit is
   granted for pre-trial detention.

[ ] Serve jail sentence beginning _____
    [ ] on weekends only

[ ] Work release [ ] authorized if eligible [ ] required
             [ ] Work release not authorized

[ ] on PROBATION for _____
   [ ] VASAP [ ] local community-based probation program

[ ] DRIVER'S LICENSE suspended _____
   [ ] Restricted Driver's License per attached order
   [ ] Ignition Interlock for _____

[ ] RESTITUTION of $ _____
   due by _____ payable to
   with interest thereon from _____
   [ ] as condition of suspended sentence

[ ] _____ hours of community service to be performed
   for _____
    [ ] to be credited against fines and costs

[ ] Contact prohibited between defendant and victim/
   victim's family or household members

[ ] Other: _____

[ ] Bail on Appeal  $ _____
[ ] Remanded for CCRE Report

DRIVER'S LICENSE/PRIVILEGE TO DRIVE IN VIRGINIA
SUSPENDED EFFECTIVE IN 15 DAYS IF FINES, COSTS,
FORFEITURES, PENALTIES OR RESTITUTION ARE NOT PAID.
Va. Code § 46.2-395

_____
        JUDGE

JUN 19 2005  J.C. WATERS, JR.

---

| | | |
|---|---|---|
| FINE | | $ _____ |
| COSTS | | _____ |
| 112 | | _____ |
| 140 } PROCESSING FEE { | | _____ |
| 143 | | _____ |
| 107 DOAF | | _____ |
| 113 WITNESS FEE | | _____ |
| 113 SENTENCE FEE | | _____ |
| 113 DRUG ANALYSIS FEE | | _____ |
| 113 IGNITION INTERLOCK | | _____ |
| 113 | | _____ |
| 120 CT. APPT. ATTY | | _____ |
| 121 T.E.A. FEE | | _____ |
| 125 WEIGHING FEE | | _____ |
| 132 CICF | | _____ |
| 133 BLOOD TEST FEE | | _____ |
| 137 TTP | | _____ |
| 229 CHMF | | _____ |
| 234 JAF | | _____ |
| 244 CHSF | | _____ |
| 245 NON-CONSEC. JAIL FEE | | _____ |
| OTHER (SPECIFY) | | _____ |
| | | _____ |
| TOTAL | | $ _____ |

WARRANT OF ARREST - FELONY

**Fairfax County**
CITY OR COUNTY

[ ] General District Court   [X] Criminal   [ ] Traffic   Juvenile and Domestic Relations District Court

TO ANY AUTHORIZED OFFICER:

You are hereby commanded in the name of the Commonwealth of Virginia forthwith to arrest and bring the Accused before this Court to answer the charge that the Accused, within this city or county, on or about 12/31/2004 did unlawfully and feloniously in violation of Section

18.2-195 ................................................., Code of Virginia,

commit credit card fraud. The value of the money, goods, services, or other things furnished in violation of this section exceeded $200.00 in a six-month period; or the difference between the value of all services and things of value actually furnished and the value represented to the issuer as having been furnished exceeded $200.00 in a six-month period. ...............................................................................

.................................................................................

.................................................................................

.................................................................................

.................................................................................

.................................................................................

.................................................................................

.................................................................................

FAIRFAX COUNTY GENERAL DISTRICT COURT
I, the undersigned clerk or deputy clerk of the
above named court authenticate pursuant to VA
Code 8.01-391(c) on this date that the document to
which this authentication is affixed is a true copy of
a record in the above stamped court, made in
performance of my official duties.

.................................................................................
DATE
.................................................................................
CLERK/DEPUTY CLERK BY

I, the undersigned, have found probable cause to believe that the Accused committed the offense charged, based on the sworn statements of

DET. A.A. DeSantis, FXCPD#2051
............................................................., Complainant.

01/26/2005   11:35 A.M.
DATE AND TIME ISSUED

Bradley G. Doane, #003, Magistrate

CCRE is Required

FORM DC313 9/99 FC   (11-03-80/09/06)

---

CASE NO.  C05-021717

HEARING DATE AND TIME  2-3-05 8:30

ACCUSED: MAVROMMATIS, ELIZABETH C.
LAST NAME, FIRST NAME, MIDDLE NAME
NO FIXED
ADDRESS/LOCATION:

AKA: GRIMM, ELIZABETH

| RACE | SEX | DOB | | | WGT | EYES | HAIR |
|------|-----|-----|---|---|-----|------|------|
| W | F | MO. | DAY | YR. | | | |
| | | | | | FT. IN. | 5 01 | 100 | GR. BD |

COMPLETE DATA, BELOW IF KNOWN

SSN

Commonwealth of Virginia

WARRANT OF ARREST

FELONY   Class 6

[X] EXECUTED by delivering a copy to the Accused named above on this day:
....................................
DATE AND TIME OF SERVICE

........................................., ARRESTING OFFICER

for ........................................., SHERIFF
BADGE NO., AGENCY AND JURISDICTION

Attorney for the Accused:

.................................................................................

.................................................................................

.................................................................................

.................................................................................

VA Crime Code:
WabSim
039GC-MV905I0398

**WAIVER OF PRELIMINARY HEARING**
Understanding my right to a preliminary hearing before the Court named in this warrant to determine whether there is probable cause to believe that I committed a felony AND, having the consequences of my waiver explained to me by the Judge of this Court, I nevertheless WAIVE MY RIGHT TO A PRELIMINARY HEARING on the felony charged in this warrant.
Certified to the Circuit Court of this jurisdiction.

.........................................................          .........................................................
ACCUSED                                                                    DATE

.........................................................          .........................................................
ATTORNEY FOR ACCUSED                                         JUDGE

| Preliminary Hearing Costs | |
| --- | --- |
| 120(C) Appt. Atty | $ ............................ |
| 111 Court Reporter | ............................ |
| 113 Witness | ............................ |
| | ............................ |
| **TOTAL** | |

[ ] The Accused named within was brought before me or appeared this day, and upon hearing the evidence, I order the case certified to the grand jury of this jurisdiction, at its next term date, having found probable cause to believe that the Accused committed the felony charged in this warrant.

Bail on certification $.............................

[ ] I ORDER the accused discharged at preliminary hearing and the charge is dismissed.
The Accused was this day:
[ ] tried in absence
[ ] present
The charge was reduced to: ............................

[ ] PROSECUTING ATTORNEY PRESENT (NAME)

[ ] DEFENDANT'S ATTORNEY PRESENT (NAME)
  [ ] NO ATTORNEY  [ ] ATTORNEY WAIVED
  [ ] Translator/Interpreter present:

.........................................................
NAME

Plea of Accused:
[ ] not guilty  [ ] witnesses sworn
[ ] nolo contendere  [ ] did not contest guilt
[ ] guilty

[ ] Plea Bargain  [ ] Plea and Recommendation
And was TRIED and FOUND by me:
[ ] not guilty
[ ] guilty as charged
[ ] guilty of ............................
[ ] facts sufficient to find guilt but defer adjudication/ disposition and place accused on probation, §§ 4.1-305, 18.2-57.3, 18.2-251 or 19.2-303.2.
[✓] I ORDER a nolle prosequi on the prosecution's motion
[ ] I ORDER the charge dismissed
  [ ] conditioned upon payment of costs (accord and satisfaction), § 19.2-151
  [ ] under §§ 4.1-305, 18.2-57.3, 18.2-251 or 19.2-303.2.

.................. 4-19 ..................
DATE

FORM DC-312 (REVERSE) REVISED 12/03

I impose the following Sentence:
[ ] FINE of $ .................. with $ .................. suspended;
[ ] JAIL sentence of .................. days imposed with .................. suspended conditioned upon being of good behavior and keeping the peace, and paying fines and costs, [ ] of which .................. days mandatory minimum. Pursuant to § 53.1-187, credit is granted for pre-trial detention.
[ ] Serve jail sentence beginning ..........................
  [ ] on weekends only
[ ] Work Release  [ ] authorized if eligible  [ ] required
                    [ ] not authorized
[ ] Public Workforce authorized
[ ] on PROBATION for ............................
  [ ] VASAP  [ ] local community-based probation program
[ ] DRIVER'S LICENSE suspended ............................
[ ] Restricted Driver's License per attached order
  [ ] Ignition interlock for ............................
[ ] RESTITUTION payable through the Victim/Witness Program
  of $ ............................
  due by ............................
  payable to: ............................
  ............................
  with interest thereon from ............................
  [ ] as condition of suspended sentence.
[ ] .................. hours of community service to be performed for
  ............................
  [ ] to be credited against fines and costs
[ ] Contact prohibited between defendant and victim/victim's family or household members
[ ] Reimburse Commonwealth for investigatory medical fees
[ ] Other............................
  ............................
[ ] Bail on Appeal $ ............................

DRIVER'S LICENSE/PRIVILEGE TO DRIVE IN VIRGINIA SUSPENDED EFFECTIVE IN 15 DAYS IF FINES, COSTS, FORFEITURES, PENALTIES OR RESTITUTIONS ARE NOT PAID. VA. CODE § 46.2-395

..........................................................
APR 19 2005   J.C. WATERS, JR.
JUDGE

| | |
| --- | --- |
| **FINE** | ............................ |
| **COSTS** | |
| 461 FIXED MISD FEE | ............................ |
| 462 FIXED DRUG MISD FEE | ............................ |
| 113 WITNESS FEE | ............................ |
| 113 IGNITION INTERLOCK | ............................ |
| 113 DUI FEE | ............................ |
| 113 | ............................ |
| 120 CT. APPT. ATTY | ............................ |
| 121 TRIAL IN ABSENCE FEE | ............................ |
| 125 WEIGHING FEE | ............................ |
| 133 BLOOD TEST FEE | ............................ |
| 137 TIME TO PAY | ............................ |
| 234 JAIL ADMISSION FEE | ............................ |
| 243 LOCAL TRAINING ACADEMY FEE | ............................ |
| 244 COURTHOUSE SECURITY FEE | ............................ |
| **OTHER (SPECIFY)** | |
| | ............................ |
| **TOTAL** | $ ............................ |

VA. CODE §§ 19.2-71,-72

| Fairfax County | | | | CASE NO. |
|---|---|---|---|---|

CITY OR COUNTY

☐ General District Court   ☒ Criminal   ☐ Traffic

☐ Juvenile and Domestic Relations District Court

**TO ANY AUTHORIZED OFFICER:**

You are hereby commanded in the name of the Commonwealth of Virginia forthwith to arrest and bring the Accused before this Court to answer the charge that the Accused, within this city or county, on or about 12/30/2004 ............... did unlawfully and feloniously in violation of Section
DATE

... 18.2-195 ..................................., Code of Virginia: ..........................................

commit credit card fraud. The value of the money, goods, services, or other things furnished in violation of this section exceeded $200.00 in a six-month period, or the difference between the value of all services and things of value actually furnished and the value represented to the issuer as having been furnished exceeded $200.00 in a six-month period.

I, the undersigned ... ... ... ... ... ... ... ... ... CURT
I, the undersigned ... ... ... ... clerk of the
above named court ... ... ... pursuant to VA
Code 8.01-391(c) on this date that the document to
which this authentication is affixed is a true copy of
a record in the above named court, made in
performance of my official duties.

7/28/05 ......................... ................... .................
DATE                      CLERK/DEPUTY CLERK BY

I, the undersigned, have found probable cause to believe that the Accused committed the offense charged, based on the sworn statements of

............... DET. A.A. DeSantis, FXCPD#2051 ..............., Complainant.

01/26/2005     11:33 AM
DATE AND TIME ISSUED

☐ CLERK  ☐ MAGISTRATE  ☐ JUDGE

Bradley G. Doane, #003, Magistrate

CCRE is Required

FORM DC-312 9/94 PC   (114:3-010 09/04)

---

CASE NO.

C-05-02 1715

ACCUSED:

..... MAVROMMATIS, ELIZABEH C. .....
LAST NAME, FIRST NAME, MIDDLE NAME

NO FIXED

...................................
ADDRESS/LOCATION

AKA: GRIMM, ELIZABETH

COMPLETE DATA BELOW IF KNOWN

| RACE | SEX | BORN | | | HT. | WGT. | EYES | HAIR |
|---|---|---|---|---|---|---|---|---|
| | | MO. | DAY | YR. | FT. | IN. | | | | |
| W | F | | | | 5 | 01 | 100 | GR | BL |

SSN

**Commonwealth of Virginia**

**WARRANT OF ARREST**

**FELONY**   Class  6

☒ EXECUTED by delivering a copy to the Accused named above on this day:

2-3-05 // @ 0030

DATE AND TIME OF SERVICE

Det. A.A. DeSantis , ARRESTING OFFICER

2051   FFX CO   029
BADGE NO., AGENCY AND JURISDICTION

for _____
SHERIFF

Attorney for the Accused:

---

HEARING DATE
AND TIME

2.3.05 8.30

3-14-05 2pm

AA BC

2.3.05

cbcum 4-19-05 2

F05-0101

VA Crime Code:

FrCb-2635-F

War/Sum

059GC-MV90510397

**WAIVER OF PRELIMINARY HEARING**
Understanding my right to a preliminary hearing before the Court named in this warrant to determine whether there is probable cause to believe that I committed a felony AND, having the consequences of my waiver explained to me by the Judge of this Court, I nevertheless WAIVE MY RIGHT TO A PRELIMINARY HEARING on the felony charged in this warrant.
Certified to the Circuit Court of this jurisdiction.

...................................................
ACCUSED

...................................................
ATTORNEY FOR ACCUSED

.......................................................
DATE

.......................................................
JUDGE

| Preliminary Hearing Costs | |
|---|---|
| 120 Ct. Appt. Atty | $ ........................... |
| 113 Court Reporter | ........................... |
| 113 Witness | ........................... |
| | ........................... |
| **TOTAL** | ........................... |

[ ] The Accused named within was brought before me or appeared this day, and upon hearing the evidence, I order the case certified to the grand jury of this jurisdiction, at its next term date, having found probable cause to believe that the Accused committed the felony charged in this warrant.

Bail on certification $..............................

[ ] I ORDER the accused discharged at preliminary hearing and the charge is dismissed.

The Accused was this day:
  [ ] tried in absence
  [ ] present

The charge was reduced to: ...........................................

[ ] PROSECUTING ATTORNEY PRESENT (NAME)

[ ] DEFENDANT'S ATTORNEY PRESENT (NAME)
  [ ] NO ATTORNEY   [ ] ATTORNEY WAIVED
  [ ] Translator/Interpreter present:

..............................................
NAME

Plea of Accused:
  [ ] not guilty   [ ] witnesses sworn
  [ ] nolo contendere   [ ] did not contest guilt
  [ ] guilty

[ ] Plea Bargain   [ ] Plea and Recommendation
And was TRIED and FOUND by me:
  [ ] not guilty
  [ ] guilty as charged
  [ ] guilty of .....................................
  [ ] facts sufficient to find guilt but defer adjudication/ disposition and place accused on probation, §§ 4.1-305, 18.2-57.3, 18.2-251 or 19.2-303.2.
[✓] I ORDER a nolle prosequi on the prosecution's motion
[ ] I ORDER the charge dismissed
  [ ] conditioned upon payment of costs (accord and satisfaction), § 19.2-151
  [ ] under §§ 4.1-305, 18.2-57.3, 18.2-251 or 19.2-303.2.

...............................................
DATE

4/19

I impose the following Sentence:
[ ] FINE of $ .................. with $ .................. suspended;
[ ] JAIL sentence of .................. days imposed with .............. suspended conditioned upon being of good behavior and keeping the peace, and paying fines and costs, [ ] of which ................ days mandatory minimum. Pursuant to § 53.1-187, credit is granted for pre-trial detention.

[ ] Serve jail sentence beginning .............................
  [ ] on weekends only
[ ] Work Release   [ ] authorized if eligible   [ ] required
  [ ] not authorized
[ ] Public Workforce authorized
[ ] on PROBATION for .......................................
  [ ] VASAP   [ ] local community-based probation program
[ ] DRIVER'S LICENSE suspended ...........................
[ ] Restricted Driver's License per attached order
  [ ] Ignition interlock for .......................................
[ ] RESTITUTION payable through the Victim/Witness Program
  of $ ...........................................
  due by ...........................................
  payable to: ...........................................
  ...........................................
  with interest thereon from ...........................................
  [ ] as condition of suspended sentence.
[ ] .............. hours of community service to be performed for ...........................................
  ...........................................
  [ ] to be credited against fines and costs
[ ] Contact prohibited between defendant and victim/victim's family or household members
[ ] Reimburse Commonwealth for investigatory medical fees
[ ] Other...........................................

[ ] Bail on Appeal $ ...........................................
DRIVER'S LICENSE/PRIVILEGE TO DRIVE IN VIRGINIA SUSPENDED EFFECTIVE IN 15 DAYS IF FINES, COSTS, FORFEITURES, PENALTIES OR RESTITUTIONS ARE NOT PAID. VA. CODE § 46.2-395.

...............................................
JUDGE

WATERS, R.

FINE        ...........................................

COSTS

| | | |
|---|---|---|
| 461 | FIXED MISD FEE | ........................... |
| 462 | FIXED DRUG MISD FEE | ........................... |
| 113 | WITNESS FEE | ........................... |
| 113 | IGNITION INTERLOCK | ........................... |
| 113 | DUI FEE | ........................... |
| 113 | | ........................... |
| 120 | CT. APPT. ATTY | ........................... |
| 121 | TRIAL IN ABSENCE FEE | ........................... |
| 125 | WEIGHING FEE | ........................... |
| 133 | BLOOD TEST FEE | ........................... |
| 137 | TIME TO PAY | ........................... |
| 234 | JAIL ADMISSION FEE | ........................... |
| 243 | LOCAL TRAINING ACADEMY FEE | ........................... |
| 244 | COURTHOUSE SECURITY FEE | ........................... |
| | OTHER (SPECIFY) | ........................... |
| | | ........................... |

**TOTAL**    $ ...........................................

VA. CODE §§ 19.2-71,-72

CASE NO. C05 02 1713

HEARING DATE AND TIME 2-3-05 8³⁰

Fairfax County
CITY OR COUNTY

☐ Juvenile and Domestic Relations District Court
☐ General District Court   ☐ Criminal   ☐ Traffic

ACCUSED MAVROMMATIS, ELIZABETH C.
LAST NAME, FIRST NAME, MIDDLE NAME

3-4-05 2³

NO FIXED
ADDRESS/LOCATION

A/O

AKA: GRIMM, ELIZABETH

Ch/am 4.18.05.4

| ISN | RACE | SEX | NO. | DOB DAY | YR. | HT. FT. IN. | WGT. | EYES | HAIR |
|-----|------|-----|-----|---------|-----|-------------|------|------|------|
|     | W    | F   |     |         |     | 5  0        | 100  | GR   | BO   |

COMPLETE DATA BELOW IF KNOWN

1.3.05

TO ANY AUTHORIZED OFFICER:

You are hereby commanded in the name of the Commonwealth of Virginia forthwith to arrest and bring the Accused before this Court to answer the charge that the Accused, within this city or county, on or about: .01/18/2005. ..... did unlawfully and feloniously in violation of Section
DATE

18.2-186.3 .....  ...... Code of Virginia:

with the intent to defraud, obtain, record or access identifying information not available to the general public of another person without the authorization or permission of such person, that would assist in accessing financial resources, obtaining identification documents, or obtaining benefits of such person. The resulting financial loss was greater than $200.00. ...

Commonwealth of Virginia
WARRANT OF ARREST
FELONY   Class   6.

☒ EXECUTED by delivering a copy to the Accused named above on this day:

2-3-05  11:00²⁰
DATE AND TIME OF SERVICE

Det. A.A. DeSantis
BADGE NO., AGENCY AND JURISDICTION

2051  FPX CO Og   ......... ARRESTING OFFICER

705-0100

FAIRFAX COUNTY GENERAL DISTRICT COURT
I, the undersigned clerk or deputy clerk of the above named court authenticate pursuant to VA Code 8.01-391(c)(d), this date that the document is a record in the above named court, made in performance of my official duties.

7/21/15
DATE

CLERK/DEPUTY CLERK BY

for
Attorney for the Accused:

705-0100

I, the undersigned, have found probable cause to believe that the Accused committed the offense charged, based on the sworn statements of

DET. A.A. DeSantis, FXCPD#2051.

SHERIFF

FEB-25 09-E

.01/26/2005.    11:42.AM.
DATE AND TIME ISSUED

CCRE is Required

☐ CLERK   ☐ MAGISTRATE   ☐ JUDGE    ......... Complainant.

Bradley G. Doane, #003, Magistrate

VA Crime Code:
059GC-MV90510403

War/Sum
059GC-MV90510403

FORM DC-312/394 PC (11-13-2010 0904J)

WAIVER OF PRELIMINARY HEARING

Understanding my right to a preliminary hearing before the Court named in this warrant to determine whether there is probable cause to believe that I committed a felony AND, having the consequences of my waiver explained to me by the Judge of this Court, I nevertheless WAIVE MY RIGHT TO A PRELIMINARY HEARING on the felony charged in this warrant.

Certified to the Circuit Court of this jurisdiction.

........................................................
ACCUSED

........................................................
DATE

........................................................
ATTORNEY FOR ACCUSED

[ ] The Accused named within was brought before me or appeared this day, and upon hearing the evidence, I order the case certified to the grand jury of this jurisdiction, at its next term date, having found probable cause to believe that the Accused committed the felony charged in this warrant.

Bail on certification $............................

[ ] I ORDER the accused discharged at preliminary hearing and the charge is dismissed.

The Accused was this day:
   { } tried in absence
   { } present
The charge was reduced to: ............................

[ ] PROSECUTING ATTORNEY PRESENT (NAME)

[ ] DEFENDANT'S ATTORNEY PRESENT (NAME)
   [ ] NO ATTORNEY  [ ] ATTORNEY WAIVED
   [ ] Translator/Interpreter present:

........................................................
NAME

Plea of Accused:
   [ ] not guilty  [ ] witnesses sworn
   [ ] nolo contendere  [ ] did not contest guilt
   [ ] guilty

[ ] Plea Bargain  [ ] Plea and Recommendation
And was TRIED and FOUND by me:
   [ ] not guilty
   [ ] guilty as charged
   [ ] guilty of ............................
   [ ] facts sufficient to find guilt but defer adjudication/ disposition and place accused on probation, §§ 4.1-305, 18.2-57.3, 18.2-251 or 19.2-303.2.
[✓] I ORDER a nolle prosequi on the prosecution's motion
[ ] I ORDER the charge dismissed
   [ ] conditioned upon payment of costs (accord and satisfaction), § 19.2-151
   [ ] under §§ 4.1-305, 18.2-57.3, 18.2-251 or 19.2-303.2.

........................................................
DATE  4/19

I impose the following Sentence:

[ ] FINE of $ ................. with $ ................ suspended;
[ ] JAIL sentence of ................ days imposed with .............. suspended conditioned upon being of good behavior and keeping the peace, and paying fines and costs, [ ] of which ................. days mandatory minimum. Pursuant to § 53.1-187, credit is granted for pre-trial detention.

[ ] ...... serve jail sentence beginning ............................
   [ ] on weekends only
[ ] Work Release  [ ] authorized if eligible  [ ] required
   [ ] not authorized
[ ] Public Workforce authorized
[ ] on PROBATION for ............................
   [ ] VASAP  [ ] local community-based probation program
[ ] DRIVER'S LICENSE suspended ............................
[ ] Restricted Driver's License per attached order
   [ ] Ignition interlock for ............................
[ ] RESTITUTION payable through the Victim/Witness Program of $ ............................
due by ............................
payable to: ............................
............................
with interest thereon from ............................
   [ ] as condition of suspended sentence.

[ ] ................ hours of community service to be performed for ............................
   [ ] to be credited against fines and costs
[ ] Contact prohibited between defendant and victim/victim's family or household members
[ ] Reimburse Commonwealth for investigatory medical fees
[ ] Other............................
............................
[ ] Bail on Appeal $ ............................

DRIVER'S LICENSE/PRIVILEGE TO DRIVE IN VIRGINIA SUSPENDED EFFECTIVE IN 15 DAYS IF FINES, COSTS, FORFEITURES, PENALTIES OR RESTITUTIONS ARE NOT PAID. VA. CODE § 46.2-395.

........................................................
JUDGE

| Preliminary Hearing Costs | |
|---|---|
| 120 Ct. Appt. Atty | $ ............... |
| 113 Court Reporter | ............... |
| 113 Witness | ............... |
| | ............... |
| **TOTAL** | ............... |

| | |
|---|---|
| FINE | ............... |
| COSTS | |
| 461 FIXED MISD FEE | ............... |
| 462 FIXED DRUG MISD FEE | ............... |
| 113 WITNESS FEE | ............... |
| 113 IGNITION INTERLOCK | ............... |
| 113 DUI FEE | ............... |
| 113 ............... | ............... |
| 120 CT. APPT. ATTY | ............... |
| 121 TRIAL IN ABSENCE FEE | ............... |
| 125 WEIGHING FEE | ............... |
| 133 BLOOD TEST FEE | ............... |
| 137 TIME TO PAY | ............... |
| 234 JAIL ADMISSION FEE | ............... |
| 243 LOCAL TRAINING ACADEMY FEE | ............... |
| 244 COURTHOUSE SECURITY FEE | ............... |
| OTHER (SPECIFY) | ............... |
| ............... | ............... |
| **TOTAL** | $ ............... |

FORM DC-312 (REVERSE) REVISED 12/03

APR 1 2 2006  J.C. WATERS JR.

Fairfax County

~~CITY OR COUNTY~~ ............... General District Court ☒ Criminal ☐ Traffic

☐ Juvenile and Domestic Relations District Court

VA. CODE §§ 19.2-71,-72

**TO ANY AUTHORIZED OFFICER:**

You are hereby commanded in the name of the Commonwealth of Virginia forthwith to arrest and bring the Accused before this Court to answer the charge that the Accused, within this city or county, on or about 12/31/2004 ............ did unlawfully and ~~feloniously~~ in violation of Section

18.2-~~192~~ 96 ........................, Code of Virginia: ........................

commit credit card theft

*P/L*

CASE NO.

C05-021725

ACCUSED:
MAVROMMATIS, ELIZABEH C.
LAST NAME, FIRST NAME, MIDDLE NAME
NO FIXED
ADDRESS/LOCATION

AKA: GRIMM, ELIZABETH

COMPLETE DATA BELOW IF KNOWN

| RACE | SEX | MO. BORN DAY YR. | FT. HT IN. | WGT. | EYES | HAIR |
|------|-----|------|----|------|------|------|
| W | F | | 5 01 | 100 | GR | BL |

SSN

FAIRFAX COUNTY GENERAL DISTRICT COURT.
I, the undersigned clerk or deputy clerk of the above named court authenticate pursuant to VA Code 8.01-391(c) on this date that the document to which this authentication is affixed is a true copy of a record in the above named court, made in performance of my official duties.

7/8/05 _____ CLERK/DEPUTY CLERK BY
DATE

I, the undersigned, have found probable cause to believe that the Accused committed the offense charged, based on the sworn statements of

DET. A.A. DeSantis, FXCPD#2051 ........, Complainant.

01/26/2005 .... 11:40 AM
DATE AND TIME ISSUED

*B.C. Doane*
☐ CLERK ☐ MAGISTRATE ☐ JUDGE
Bradley G. Doane, #003, Magistrate

**CCRE is Required**

FORM DC-312 9/94 PC   (114:3-010 09/04)

Commonwealth of Virginia
**WARRANT OF ARREST**
FELONY   Class   Unclassified

☒ EXECUTED by delivering a copy to the Accused named above on this day:

2-3-05 // 0030
DATE AND TIME OF SERVICE

DET. A.A. DeSantis , ARRESTING OFFICER

2051  FFX CO  029
BADGE NO., AGENCY AND JURISDICTION

for _____
SHERIFF

Attorney for the Accused:

HEARING DATE AND TIME
2-3-05 8:30
3-14-05 2/h
AA BG
4-3-05
CP com 4-19-05 2pm

#05-0104

VA Crime Code:
FRD-2360-F9

War/Sum
059GC-MV90510402

**WAIVER OF PRELIMINARY HEARING**

Understanding my right to a preliminary hearing before the Court named in this warrant to determine whether there is probable cause to believe that I committed a felony AND, having the consequences of my waiver explained to me by the Judge of this Court, I nevertheless WAIVE MY RIGHT TO A PRELIMINARY HEARING on the felony charged in this warrant.

Certified to the Circuit Court of this jurisdiction.

| | Preliminary Hearing Costs | |
|---|---|---|
| 120 Ct. Appt. Atty | $ | |
| 113 Court Reporter | | |
| 113 Witness | | |
| | | |
| **TOTAL** | | |

_____
ACCUSED

_____  _Hasson_
ATTORNEY FOR ACCUSED

.......................................................
DATE

.......................................................
JUDGE

[ ] The Accused named within was brought before me or appeared this day, and upon hearing the evidence, I order the case certified to the grand jury of this jurisdiction, at its next term date, having found probable cause to believe that the Accused committed the felony charged in this warrant.

Bail on certification $................................

[ ] I ORDER the accused discharged at preliminary hearing and the charge is dismissed.

The Accused was this day:
[ ] tried in absence
[✗] present

The charge was reduced to: .....P/C.........

[ ] PROSECUTING ATTORNEY PRESENT (NAME)

[ ] DEFENDANT'S ATTORNEY PRESENT (NAME)
[ ] NO ATTORNEY   [ ] ATTORNEY WAIVED
[ ] Translator/Interpreter present:

_____
NAME

Plea of Accused:
[ ] not guilty  [ ] witnesses sworn
[ ] nolo contendere  [ ] did not contest guilt
[✗] guilty

[ ] Plea Bargain   [ ] Plea and Recommendation
And was TRIED and FOUND by me:
[ ] not guilty
[ ] guilty as charged
[✗] guilty of .... _above_
[ ] facts sufficient to find guilt but defer adjudication/
disposition and place accused on probation,
§§ 4.1-305, 18.2-57.3, 18.2-251 or 19.2-303.2.
[ ] I ORDER a nolle prosequi on the prosecution's motion
[ ] I ORDER the charge dismissed
[ ] conditioned upon payment of costs (accord and satisfaction), § 19.2-151
[ ] under §§ 4.1-305, 18.2-57.3, 18.2-251 or 19.2-303.2.

.........4/19/05..........
DATE

I impose the following Sentence:
[ ] FINE of $ ..................... with $ ...............: suspended;
[✗] JAIL sentence of .....12.M..... days imposed with ...12.M..... suspended conditioned upon being of good behavior and keeping the peace, and paying fines and costs, [ ] of which ................ days mandatory minimum. Pursuant to § 53.1-187, credit is ............ted for pre-trial detention.

[ ] Serve jail sentence beginning ..................................
[ ] on weekends only
[ ] Work Release  [ ] authorized if eligible  [ ] required
[ ] not authorized
[ ] Public Workforce authorized
[ ] on PROBATION for .......................................
[ ] VASAP  [ ] local community-based probation program
[ ] DRIVER'S LICENSE suspended .................................
[ ] Restricted Driver's License per attached order
[ ] Ignition interlock for ...............................
[ ] RESTITUTION payable through the Victim/Witness Program
of $ ...........................................................
due by ........................................................
payable to: ...................................................
.............................................................
with interest thereon from ....................................
[ ] as condition of suspended sentence.

[ ] ............... hours of community service to be performed for
.............................................................
.............................................................
[ ] to be credited against fines and costs
[ ] Contact prohibited between defendant and victim/victim's family or household members
[ ] Reimburse Commonwealth for investigatory medical fees
[ ] Other..................................................
.............................................................
[ ] Bail on Appeal $ .......................................

DRIVER'S LICENSE/PRIVILEGE TO DRIVE IN VIRGINIA SUSPENDED EFFECTIVE IN 15 DAYS IF FINES, COSTS, FORFEITURES, PENALTIES OR RESTITUTIONS ARE NOT PAID. VA. CODE § 46.2-395.

_____
JUDGE

APR ... 2005  J.C. WATERS, JR.

| | FINE | ................................. |
|---|---|---|
| | **COSTS** | |
| 461 | FIXED MISD FEE | 61 |
| 462 | FIXED DRUG MISD FEE | ................... |
| 113 | WITNESS FEE | ................... |
| 113 | IGNITION INTERLOCK | ................... |
| 113 | DUI FEE | ................... |
| 113 | ................. | ................... |
| 120 | CT. APPT. ATTY | 112 |
| 121 | TRIAL IN ABSENCE FEE | ................... |
| 125 | WEIGHING FEE | ................... |
| 133 | BLOOD TEST FEE | ................... |
| 137 | TIME TO PAY | ................... |
| 234 | JAIL ADMISSION FEE | ................... |
| 243 | LOCAL TRAINING ACADEMY FEE | 1 |
| 244 | COURTHOUSE SECURITY FEE | 5 |
| | **OTHER (SPECIFY)** | |
| | | ................................. |
| | **TOTAL** | $ 179 |

FORM DC-312 (REVERSE) REVISED 12/03

VA. CODE §§ 19.2-71, 72

Fairfax County
CITY OR COUNTY

General District Court  [X] Criminal  [ ] Traffic

[ ] Juvenile and Domestic Relations District Court

**TO ANY AUTHORIZED OFFICER:**

You are hereby commanded in the name of the Commonwealth of Virginia forthwith to arrest and bring the Accused before this Court to answer the charge that the Accused, within this city or county, on or about  12/30/2004   did unlawfully and ~~feloniously~~ in violation of Section
DATE

18.2-192   , Code of Virginia:

commit credit card forgery.

FAIRFAX COUNTY GENERAL DISTRICT COURT
I, the undersigned clerk or deputy clerk of the above named court authenticate pursuant to VA Code 8.01-391(c) on this date that this document to which this authentication is affixed is a true copy of a record in the above named court, made in performance of my official duties.

CASE NO.

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

ACCUSED:

MAVROMMATIS, ELIZABETH C.
LAST NAME, FIRST NAME, MIDDLE NAME
NO FIXED
ADDRESS/LOCATION

AKA: GRIMM, ELIZABETH

| RACE | SEX | NO. | BORN DAY | YR. | FT. | IN. | WGT. | EYES | HAIR |
|------|-----|-----|----------|-----|-----|-----|------|------|------|

COMPLETE DATA BELOW IF KNOWN

| | | | | | 5 | 01 | 100 | GR | BD |
| W | F | | | | | | | | |

SS#

**Commonwealth of Virginia**

**WARRANT OF ARREST**

FELONY   Class  5

[X] EXECUTED by delivering a copy to the Accused
named above on this day:

2-2-05  11/0030
DATE AND TIME OF SERVICE

DET A.A. DeSANTIS
ARRESTING OFFICER

2051  FFX CO  03.9
BADGE NO., AGENCY AND JURISDICTION

SHERIFF

for

Attorney for the Accused:

I, the undersigned, have found probable cause to believe that the Accused committed the offense charged, based on the sworn statements of

DET. A.A. DeSantis, FXCPD#2051                     , Complainant.

01/26/2005    11:37 AM
DATE AND TIME ISSUED

[signature]   CLERK  [ ] MAGISTRATE  [ ] JUDGE
Bradley G. Doane, #003, Magistrate

**CCRE is Required**

FORM DC-312 5/94 PC   (114-J-010 09/04)

HEARING DATE AND TIME

2.3.05  8-2D

3-14-05  2PM

AA  BC
7-3-05

C 9am  4-19-05  2a

105-0105

VA Crime Code

F-05-250-65

War/Sum
059GC-MV90510400

WAIVER OF PRELIMINARY HEARING

Understanding my right to a preliminary hearing before the Court named in this warrant to determine whether there is probable cause to believe that I committed a felony AND, having the consequences of my waiver explained to me by the Judge of this Court, I nevertheless WAIVE MY RIGHT TO A PRELIMINARY HEARING on the felony charged in this warrant.

Certified to the Circuit Court of this jurisdiction.

.................................................................   Herman
ACCUSED
ATTORNEY FOR ACCUSED

.................................................   .................................................
DATE   JUDGE

| Preliminary Hearing Costs |  |
|---|---|
| 120 Ct. Appt. Atty | $........................... |
| 113 Court Reporter | ........................... |
| 113 Witness | ........................... |
| ........................... |  |
| **TOTAL** | ........................... |

[ ] The Accused named within was brought before me or appeared this day, and upon hearing the evidence, I order the case certified to the grand jury of this jurisdiction, at its next term date, having found probable cause to believe that the Accused committed the felony charged in this warrant.

Bail on certification $...........................

[ ] I ORDER the accused discharged at preliminary hearing and the charge is dismissed.

The Accused was this day:
[ ] tried in absence
[ ] present
The charge was reduced to: ___PLC___

[ ] PROSECUTING ATTORNEY PRESENT (NAME)

[ ] DEFENDANT'S ATTORNEY PRESENT (NAME)
[ ] NO ATTORNEY   [ ] ATTORNEY WAIVED
[ ] Translator/Interpreter present:

.................................................
NAME

Plea of Accused:
[ ] not guilty   [ ] witnesses sworn
[ ] nolo contendere   [ ] did not contest guilt
[ ] guilty

[ ] Plea Bargain   [ ] Plea and Recommendation
And was TRIED and FOUND by me:
[ ] not guilty
[ ] guilty as charged
[ ] guilty of .......Above........
[ ] facts sufficient to find guilt but defer adjudication/ disposition and place accused on probation, §§ 4.1-305,18.2-57.3, 18.2-251 or 19.2-303.2.
[ ] I ORDER a nolle prosequi on the prosecution's motion
[ ] I ORDER the charge dismissed
[ ] conditioned upon payment of costs (accord and satisfaction), § 19.2-151
[ ] under §§ 4.1-305, 18.2-57.3, 18.2-251 or 19.2-303.2.

.................................................   4/12/05
DATE

FORM DC-312 (REVERSE) REVISED 12/03

I impose the following Sentence:
[ ] FINE of $.................... with $ .................... suspended;
[ ] JAIL sentence of __12 mo__ days imposed with ............... suspended conditioned upon being of good behavior and keeping the peace, and paying fines and costs, [ ] of which ............... days mandatory minimum. Pursuant to § 53.1-187, credit is granted for pre-trial detention.

[ ] Serve jail sentence beginning ....Credit for T/S....
[ ] on weekends only
[ ] Work Release   [ ] authorized if eligible   [ ] required
[ ] not authorized

[ ] Public Workforce authorized
[ ] on PROBATION for ...........................
[ ] VASAP   [ ] local community-based probation program

[ ] DRIVER'S LICENSE suspended ...........................
[ ] Restricted Driver's License per attached order
[ ] Ignition Interlock for ...........................

[ ] RESTITUTION payable through the Victim/Witness Program
of $ ...........................
due by ...........................
payable to: ...........................
...........................
with interest thereon from ...........................
[ ] as condition of suspended sentence.

[ ] .................... hours of community service to be performed for ...........................
[ ] to be credited against fines and costs
[ ] Contact prohibited between defendant and victim/victim's family or household members
[ ] Reimburse Commonwealth for investigatory medical fees
[ ] Other ...........................
...........................

[ ] Bail on Appeal $ ...........................

DRIVER'S LICENSE/PRIVILEGE TO DRIVE IN VIRGINIA SUSPENDED EFFECTIVE IN 15 DAYS IF FINES, COSTS, FORFEITURES, PENALTIES OR RESTITUTIONS ARE NOT PAID. VA. CODE § 46.2-395.

.................................................
JUDGE   J.C. WATERS Jr.

| FINE | ........................... |
|---|---|
| **COSTS** |  |
| 461 FIXED MISD FEE | 61 |
| 462 FIXED DRUG MISD FEE | ........................... |
| 113 WITNESS FEE | ........................... |
| 113 IGNITION INTERLOCK | ........................... |
| 113 DUI FEE | ........................... |
| 113 | ........................... |
| 120 CT. APPT. ATTY | 112 |
| 121 TRIAL IN ABSENCE FEE | ........................... |
| 125 WEIGHING FEE | ........................... |
| 133 BLOOD TEST FEE | ........................... |
| 137 TIME TO PAY | 10 |
| 234 JAIL ADMISSION FEE | 25 |
| 243 LOCAL TRAINING ACADEMY FEE | 1 |
| 244 COURTHOUSE SECURITY FEE | 5 |
| OTHER (SPECIFY) | ........................... |
| ........................... |  |
| **TOTAL** | $........................... |

VA. CODE §§ 19.2-71, 72

**Fairfax County**

CITY OR COUNTY

☐ General District Court   ☑ Criminal   ☐ Traffic
☐ Juvenile and Domestic Relations District Court

CASE NO. ___C-05-021727___

**TO ANY AUTHORIZED OFFICER:**

You are hereby commanded in the name of the Commonwealth of Virginia forthwith to arrest and bring the Accused before this Court to answer the charge that the Accused, within this city or county, on or about ___12/30/2004___ did unlawfully and feloniously in violation of Section _____

___18.2-195.96___ , Code of Virginia: _____
DATE

commit credit card theft _____

ACCUSED: MAVROMMATIS, ELIZABETH C.
LAST NAME, FIRST NAME, MIDDLE NAME
NO FIXED
ADDRESS/LOCATION

AKA: GRIMM, ELIZABETH

COMPLETE DATA BELOW IF KNOWN

| RACE | SEX | MO. | BORN DAY | YR. | FT. | IN. | WGT. | EYES | HAIR |
|------|-----|-----|----------|-----|-----|-----|------|------|------|
| W | F | | | | 5 | 01 | 100 | GR | BD |

SSN: _____

**Commonwealth of Virginia**

**WARRANT OF ARREST**

FELONY   Class   Unclassified

☐ EXECUTED by delivering a copy to the Accused named above on this day:

___2-3-05-11.0030___
DATE AND TIME OF SERVICE

Det A A DeSantis _____
BADGE NO., AGENCY AND JURISDICTION   , ARRESTING OFFICER

2051   FFX   CO   039

for _____

Attorney for the Accused: _____

_____
SHERIFF

VA Crime Code: E4R5-2316-F9

WarrSum#
059GC-MY90510401

I, the undersigned, have found probable cause to believe that the Accused committed the offense charged, based on the sworn statements of

DET. A.A. DeSantis, FXCPD#2051 _____ , Complainant.

___01/26/2005___   ___11:39 AM___
DATE AND TIME ISSUED

_____
CLERK   MAGISTRATE   JUDGE

Bradley G. Doane, #003, Magistrate

**CCRE is Required**

FAIRFAX COUNTY GENERAL DISTRICT COURT
I, the undersigned clerk or deputy clerk of the above named court authenticate pursuant to VA Code 8.01-391(c) on this page that the document to which this authentication is affixed is a true copy of a record in the above named court, made in performance of my official duties.

___7/28/05___
DATE

_____
CLERK/DEPUTY CLERK BY

FORM DC-311 5/94 7C   (11-43-010 0004)

**WAIVER OF PRELIMINARY HEARING**

Understanding my right to a preliminary hearing before the Court named in this warrant to determine whether there is probable cause to believe that I committed a felony AND, having the consequences of my waiver explained to me by the Judge of this Court, I nevertheless WAIVE MY RIGHT TO A PRELIMINARY HEARING on the felony charged in this warrant.

Certified to the Circuit Court of this jurisdiction.

.............................................................
ACCUSED                                                    DATE

.............................................................
ATTORNEY FOR ACCUSED                                       JUDGE

| | Preliminary Hearing Costs |
|---|---|
| 120 Ct. Appt. Atty | $.................... |
| 113 Court Reporter | .................... |
| 113 Witness | .................... |
| | .................... |
| **TOTAL** | |

[ ] The Accused named within was brought before me or appeared this day, and upon hearing the evidence, I order the case certified to the grand jury of this jurisdiction, at its next term date, having found probable cause to believe that the Accused committed the felony charged in this warrant.

Bail on certification $...................

[ ] I ORDER the accused discharged at preliminary hearing and the charge is dismissed.

The Accused was this day:
[ ] tried in absence
[ ] present
The charge was reduced to: ..... /\_\_\_\_

[ ] PROSECUTING ATTORNEY PRESENT (NAME)

[ ] DEFENDANT'S ATTORNEY PRESENT (NAME)
   [ ] NO ATTORNEY  [ ] ATTORNEY WAIVED
   [ ] Translator/Interpreter present:

.............................................................
                    NAME

Plea of Accused:
   [ ] not guilty  [ ] witnesses sworn
   [ ] nolo contendere  [ ] did not contest guilt
   [ ] guilty

[ ] Plea Bargain  [ ] Plea and Recommendation
And was TRIED and FOUND by me:
   [ ] not guilty
   [ ] guilty as charged
   [ ] guilty of .... *above*
   [ ] facts sufficient to find guilt but defer adjudication/ disposition and place accused on probation, §§ 4.1-305,18.2-57.3, 18.2-251 or 19.2-303.2.
[ ] I ORDER a nolle prosequi on the prosecution's motion
[ ] I ORDER the charge dismissed
   [ ] conditioned upon payment of costs (accord and satisfaction), § 19.2-151
   [ ] under §§ 4.1-305, 18.2-57.3, 18.2-251 or 19.2-303.2.

.............................................................
                    DATE

I impose the following Sentence:
[ ] FINE of $ ................ with $ ................ suspended;
[ ] JAIL sentence of ...... days imposed with ...... suspended conditioned upon being of good behavior and keeping the peace, and paying fines and costs, [ ] of which ................ days mandatory minimum. Pursuant to § 53.1-187, credit is ................ for pre-trial detention.

[ ] Serve jail sentence beginning ................
   [ ] on weekends only
[ ] Work Release  [ ] authorized if eligible  [ ] required
                  [ ] not authorized
[ ] Public Workforce authorized
[ ] on PROBATION for ................
   [ ] VASAP  [ ] local community-based probation program
[ ] DRIVER'S LICENSE suspended ................
[ ] Restricted Driver's License per attached order
   [ ] Ignition interlock for ................
[ ] RESTITUTION payable through the Victim/Witness Program
   of $ ................
   due by ................
   payable to: ................
   ................
   with interest thereon from ................
   [ ] as condition of suspended sentence.
[ ] ................ hours of community service to be performed for ................
   [ ] to be credited against fines and costs
[ ] Contact prohibited between defendant and victim/victim's family or household members
[ ] Reimburse Commonwealth for investigatory medical fees
[ ] Other................

[ ] Bail on Appeal $ ................

DRIVER'S LICENSE/PRIVILEGE TO DRIVE IN VIRGINIA SUSPENDED EFFECTIVE IN 15 DAYS IF FINES, COSTS, FORFEITURES, PENALTIES OR RESTITUTIONS ARE NOT PAID. VA. CODE § 46.2-395.

.............................................................
                    JUDGE

| | | |
|---|---|---|
| **FINE** | .................... | |
| **COSTS** | .................... | CCS 02730 |
| 461 FIXED MISD FEE | .................... | |
| 462 FIXED DRUG MISD FEE | .................... | |
| 113 WITNESS FEE | .................... | |
| 113 IGNITION INTERLOCK | .................... | |
| 113 DUI FEE | .................... | |
| 113 | .................... | |
| 120 CT. APPT. ATTY | .................... | 30 |
| 121 TRIAL IN ABSENCE FEE | .................... | |
| 125 WEIGHING FEE | .................... | |
| 133 BLOOD TEST FEE | .................... | |
| 137 TIME TO PAY | .................... | |
| 234 JAIL ADMISSION FEE | .................... | |
| 243 LOCAL TRAINING ACADEMY FEE | .................... | 1 |
| 244 COURTHOUSE SECURITY FEE | .................... | 5 |
| OTHER (SPECIFY) | | |
| | .................... | |
| **TOTAL** | $ | 36 |

FORM DC-312 (REVERSE) REVISED 12/03

VA. CODE §§ 19.2-71, -72

**Fairfax County**
CITY OR COUNTY

General District Court   ☒ Criminal  ☐ Traffic

☐ Juvenile and Domestic Relations District Court

TO ANY AUTHORIZED OFFICER:

You are hereby commanded in the name of the Commonwealth of Virginia forthwith to arrest and bring the Accused before this Court to answer the charge that the Accused, within this city or county, on or about 12/31/2004 ............ did unlawfully and feloniously in violation of Section
DATE

18.2-193 96 ............................., Code of Virginia: ..........................................

commit credit card forgery. P/c

CASE NO.

C05-021722

ACCUSED:
MAVROMMATIS, ELIZABEH C.
LAST NAME, FIRST NAME, MIDDLE NAME
NO FIXED
ADDRESS/LOCATION

AKA: GRIMM, ELIZABETH

COMPLETE DATA BELOW IF KNOWN

| RACE | SEX | MO. | BORN DAY | YR. | HT. FT. IN. | WGT. | EYES | HAIR |
|------|-----|-----|----------|-----|-------------|------|------|------|
| W | F | | | | 5 01 | 100 | GR | BL |

SSN

**Commonwealth of Virginia**

## WARRANT OF ARREST

FELONY . Class 5

FAIRFAX COUNTY GENERAL DISTRICT COURT
I, the undersigned clerk or deputy clerk of the above named court authenticate pursuant to VA Code 8.01-391(c) on this date that the document to which this authentication is affixed is a true copy of a record in the above named court, made in performance of my official duties.

_____ 2-3-05 _____ _____
DATE        CLERK/DEPUTY CLERK BY

☒ EXECUTED by delivering a copy to the Accused named above on this day:

2-3-05 11 0030
DATE AND TIME OF SERVICE

DET A.A. DeSantis
, ARRESTING OFFICER

2051 FFX CO 029
BADGE NO., AGENCY AND JURISDICTION

for _____
SHERIFF

Attorney for the Accused:

I, the undersigned, have found probable cause to believe that the Accused committed the offense charged, based on the sworn statements of

DET. A.A. DeSantis, FXCPD#2051 ..................., Complainant.

01/26/2005 .... 11:37 AM ...........
DATE AND TIME ISSUED

☐ CLERK ☐ MAGISTRATE ☐ JUDGE

Bradley G. Doane, #003, Magistrate

CCRE is Required

FORM DC-312 9/94 PC   (11-1-3-010 09/04)

HEARING DATE AND TIME

2-3-05 8:30

3-14-05 2 PM

A A 3 G
2-3-05

C-B/Com 4-19-05 2

F05-0106

VA. Crime Code:

ERD-2511-F

War/Sum
059GC-MV90510399

**WAIVER OF PRELIMINARY HEARING**

Understanding my right to a preliminary hearing before the Court named in this warrant to determine whether there is probable cause to believe that I committed a felony AND, having the consequences of my waiver explained to me by the Judge of this Court, I nevertheless WAIVE MY RIGHT TO A PRELIMINARY HEARING on the felony charged in this warrant.

Certified to the Circuit Court of this jurisdiction.

ACCUSED — Hassan

ATTORNEY FOR ACCUSED

.......................................... DATE
.......................................... JUDGE

[ ] The Accused named within was brought before me or appeared this day, and upon hearing the evidence, I order the case certified to the grand jury of this jurisdiction, at its next term date, having found probable cause to believe that the Accused committed the felony charged in this warrant.

Bail on certification $............................

[ ] I ORDER the accused discharged at preliminary hearing and the charge is dismissed.

The Accused was this day:
[ ] tried in absence
[ ] present

The charge was reduced to: .... above ....

[ ] PROSECUTING ATTORNEY PRESENT (NAME)

[ ] DEFENDANT'S ATTORNEY PRESENT (NAME)
[ ] NO ATTORNEY  [ ] ATTORNEY WAIVED
[ ] Translator/Interpreter present:

NAME

Plea of Accused:
[ ] not guilty  [ ] witnesses sworn
[ ] nolo contendere  [ ] did not contest guilt
[ ] guilty

[ ] Plea Bargain  [ ] Plea and Recommendation
And was TRIED and FOUND by me:
[ ] not guilty
[ ] guilty as charged
[ ] guilty of ... above
[ ] facts sufficient to find guilt but defer adjudication, disposition and place accused on probation, §§ 4.1-305, 18.2-57.3, 18.2-251 or 19.2-303.2.
[ ] I ORDER a nolle prosequi on the prosecution's motion
[ ] I ORDER the charge dismissed
[ ] conditioned upon payment of costs (accord and satisfaction), § 19.2-151
[ ] under §§ 4.1-305, 18.2-57.3, 18.2-251 or 19.2-303.2.

4-19-05
DATE

FORM DC-312 (REVERSE) REVISED 12/03

I impose the following Sentence:
[ ] FINE of $ .............. with $ .............. suspended;
[ ] JAIL sentence of ... 12 M. ... days imposed with ...... suspended conditioned upon being of good behavior and keeping the peace, and paying fines and costs, [ ] of which ............... days mandatory minimum. Pursuant to § 53.1-187, credit is granted for pre-trial detention.
[ ] Serve jail sentence beginning ..............................
[ ] on weekends only
[ ] Work Release  [ ] authorized if eligible  [ ] required  [ ] not authorized
[ ] Public Workforce authorized
[ ] on PROBATION for ........................................
[ ] VASAP  [ ] local community-based probation program
[ ] DRIVER'S LICENSE suspended
[ ] Restricted Driver's License per attached order
[ ] Ignition interlock for ..............................
[ ] RESTITUTION payable through the Victim/Witness Program of $ ..............
due by ..............................
payable to: ..............................
with interest thereon from ..............................
[ ] as condition of suspended sentence.
[ ] ............... hours of community service to be performed for
[ ] to be credited against fines and costs
[ ] Contact prohibited between defendant and victim/victim's family or household members
[ ] Reimburse Commonwealth for investigatory medical fees
[ ] Other..............................
[ ] Bail on Appeal  $ ..............................

DRIVER'S LICENSE/PRIVILEGE TO DRIVE IN VIRGINIA SUSPENDED EFFECTIVE IN 15 DAYS IF FINES, COSTS, FORFEITURES, PENALTIES OR RESTITUTIONS ARE NOT PAID. VA. CODE § 46.2-395.

JUDGE

| Preliminary Hearing Costs | |
|---|---|
| 120 Ct. Appt. Atty | $.................. |
| 113 Court Reporter | .......... |
| 113 Witness | .................. |
| TOTAL | .................. |

FINE

COSTS
461 FIXED MISD FEE .................. COS.02.725
462 FIXED DRUG MISD FEE ..................
113 WITNESS FEE ..................
113 IGNITION INTERLOCK ..................
113 DUI FEE ..................
113 ..................
120 CT. APPT. ATTY .... 42
121 TRIAL IN ABSENCE FEE ..................
125 WEIGHING FEE ..................
133 BLOOD TEST FEE ..................
137 TIME TO PAY ..................
234 JAIL ADMISSION FEE ..................
243 LOCAL TRAINING ACADEMY FEE .... 1
244 COURTHOUSE SECURITY FEE .... 5
OTHER (SPECIFY) ..................

TOTAL $ .... 118

September 24, 2009

Equifax

~~Experian~~

Transunion

Dear Credit Reporting Agencies:

RE: Fraud Correction Alert
Joseph P. Hadeed
DOB        REDACTED
SS#

Dear Credit Agency:

I am respectfully requesting you do the following to correct my credit report:

1. add the attached "Consumer Statement" to provide additional information and explanation with respect to all items marked "Derogatory," "Late," or "Write-off."
2. Amend my credit to delete the negatively reported information as I am the victim of identity theft, and in support of this I attach the following proof: a) criminal arrest and sentencing warrants for person who stole my identity during the relevant time frame; b) Business card of Police Detective who investigated the identity theft that adversely affected me and my parents as it was the same perpetrator, and this is all covered in police report # 0501 001920.
3. Affidavit of fraud.

I have always worked hard to pay my own bills in a timely manner, and I have substantial assets and obligations, and I have an excellent payment record except from the time period of about 2004 to 2007 when the identity theft occurred. Accordingly, I respectfully request you correct my credit report.

If you need any further information please let me know. Thank you.

Very truly yours,

Joseph P. Hadeed

Enclosures



CONSUMER STATEMENT TO
CORRECT/CLARIFY
CREDIT REPORT

My credit report with your agency shows errors which adversely affect my credit. These errors are the result of fraud and identity theft perpetrated upon me by a person named Elizabeth Mavrommatis, although she may also use alias names. Enclosed are copies of some of her criminal arrest and sentencing warrants. She defrauded me and my family for a period of time between 2004 and 2007, and her actions have resulted in derogatory information appearing on my credit report. Also attached is a copy of the arresting officer's business card who prosecuted her for some of the many acts she perpetrated. The police report number is 0501 001920. Each entry on my credit report which shows either "Derogatory," or "Charg-off," is directly related to this fraud against me. I otherwise have an excellent history of paying my debts fully and on-time, and have sufficient income to pay my debts.

JOSEPH P. HADEED

Notary Public: Subscribed and sworn to before me this __24__ day of September, 2009.

NOTARY PUBLIC

Eugene Harris
Commonwealth of Virginia
Notary Public
Commission No. 304046
My Commission Expires 03/31/2013

|  |  |
|---|---|
| File Number: | REDACTED |
| Page: | 1 of 1 |
| Date Issued: | 08/21/2009 |

**TransUnion.**

Special Notes: If any item on your credit report begins with "MED1", it includes medical information and the data following "MED1" is not displayed to anyone but you except where permitted by law.

## Account Information

The key to the right helps explain the payment history information contained in some of the accounts below. Not all accounts will contain payment history information, but some creditors report how you make payments each month in relation to your agreement with them.

| N/A | X | OK | 30 | 60 | 90 | 120 |
|---|---|---|---|---|---|---|
| Not Applicable | Unknown | Current | 30 days late | 60 days late | 90 days late | 120 days late |

## Adverse Accounts

The following accounts contain information which some creditors may consider to be adverse. Adverse account information may generally be reported for 7 years from the date of the first delinquency, depending on your state of residence. The adverse information in these accounts has been printed in [brackets] or is shaded for your convenience, to help you understand your report. They are not bracketed or shaded this way for creditors. (Note: The account # may be scrambled by the creditor for your protection).

**CAPITAL ONE BANK USA NA # REDACTED**
POB 30281
SALT LAKE CITY, UT 84130-0281
(800) 955-7070

Loan Type: CREDIT CARD
Remarks: ACCT CLOSED BY CREDIT GRANTOR
Estimated date that this item will be removed: 10/2011

| | |
|---|---|
| Balance: | $30,432 |
| Date Verified: | 08/2009 |
| High Balance: | $14,483 |
| Credit Limit: | $8,000 |
| Past Due: | >$30,432< |

| | |
|---|---|
| Pay Status: | >CHARGED OFF AS BAD DEBT< |
| Account Type: | REVOLVING ACCOUNT |
| Responsibility: | INDIVIDUAL ACCOUNT |
| Date Open: | 03/1993 |
| Date Closed: | 06/2005 |

**CREDIT BUREAU NORTH AMER # REDACTED**
200 CREEKSIDE DR
DICKSON, TN 37055
(615) 446-7128

Loan Type: COLLECTION AGENCY/ATTORNEY
Remarks: >PAID COLLECTION<
Date placed for collection: 08/2006
Estimated date that this item will be removed: 11/2011

| | |
|---|---|
| Balance: | $0 |
| Date Verified: | 02/2008 |
| Original Amount: | $279 |
| Original Creditor: | 1ST INVESTMENT SERVICES 23A |

| | |
|---|---|
| Pay Status: | >PAYMENT AFTER CHARGE OFF/COLLECTION< |
| Account Type: | OPEN ACCOUNT |
| Responsibility: | JOINT ACCOUNT |
| Date Closed: | 12/2006 |
| Date Paid: | 12/2006 |

**WF FINANCIAL CARDS # REDACTED**
800 WALNUT ST
DES MOINES, IA 50309
(800) 247-9215

Loan Type: CREDIT CARD
Remarks: ACCT INFO DISPUTED BY CONSUMR
Estimated date that this item will be removed: 12/2011

| | |
|---|---|
| Balance: | $0 |
| Date Verified: | 07/2009 |
| High Balance: | $4,616 |
| Credit Limit: | $0 |

| | |
|---|---|
| Pay Status: | >PAYMENT AFTER CHARGE OFF/COLLECTION< |
| Account Type: | REVOLVING ACCOUNT |
| Responsibility: | INDIVIDUAL ACCOUNT |
| Date Open: | 12/1998 |
| Date Closed: | 07/2005 |
| Date Paid: | 01/2005 |

- End of investigation results -

To view a free copy of your full, updated credit file, go to our website http://disclosure.transunion.com

File Number:  **REDACTED**
Page:  1 of 1
Date Issued:  08/21/2009

**TransUnion.**

Special Notes: If any item on your credit report begins with 'MED1', it includes medical information and the data following 'MED1' is not displayed to anyone but you except where permitted by law.

## Account Information

The key to the right helps explain the payment history information contained in some of the accounts below. Not all accounts will contain payment history information, but some creditors report how you make payments each month in relation to your agreement with them.

| N/A | X | OK | 30 | 60 | 90 | 120 |
|---|---|---|---|---|---|---|
| Not Applicable | Unknown | Current | 30 days late | 60 days late | 90 days late | 120 days late |

## Adverse Accounts

The following accounts contain information which some creditors may consider to be adverse. Adverse account information may generally be reported for 7 years from the date of the first delinquency, depending on your state of residence. The adverse information in these accounts has been printed in brackets or is shaded for your convenience, to help you understand your report. They are not bracketed or shaded this way for creditors. (Note: The account # may be scrambled by the creditor for your protection).

**CAPITAL ONE BANK USA NA #  REDACTED**
POB 30281
SALT LAKE CITY, UT 84130-0281
(800) 955-7070

Loan Type: CREDIT CARD
Remarks: ACCT CLOSED BY CREDIT GRANTOR
Estimated date that this item will be removed: 10/2011

| | |
|---|---|
| Balance: | $30,432 |
| Date Verified: | 06/2009 |
| High Balance: | $14,483 |
| Credit Limit: | $8,000 |
| Past Due: | >$30,432< |

| | |
|---|---|
| Pay Status: | >CHARGED OFF AS BAD DEBT< |
| Account Type: | REVOLVING ACCOUNT |
| Responsibility: | INDIVIDUAL ACCOUNT |
| Date Open: | 03/1993 |
| Date Closed: | 06/2005 |

**CREDIT BUREAU NORTH AMER #  REDACTED**
200 CREEKSIDE DR
DICKSON, TN 37055
(615) 446-7128

Loan Type: COLLECTION AGENCY/ATTORNEY
Remarks: >PAID COLLECTION<
Date placed for collection: 08/2006
Estimated date that this item will be removed: 11/2011

| | |
|---|---|
| Balance: | $0 |
| Date Verified: | 02/2008 |
| Original Amount: | $229 |
| Original Creditor: | 1ST INVESTMENT SERVICES 23A |

| | |
|---|---|
| Pay Status: | >PAYMENT AFTER CHARGE OFF/COLLECTION< |
| Account Type: | OPEN ACCOUNT |
| Responsibility: | JOINT ACCOUNT |
| Date Closed: | 12/2006 |
| Date Paid: | 12/2006 |

**WF FINANCIAL CARDS #  REDACTED**
800 WALNUT ST
DES MOINES, IA 50309
(800) 247-9215

Loan Type: CREDIT CARD
Remarks: ACCT INFO DISPUTED BY CONSUMER
Estimated date that this item will be removed: 12/2011

| | |
|---|---|
| Balance: | $0 |
| Date Verified: | 07/2009 |
| High Balance: | $4,616 |
| Credit Limit: | $0 |

| | |
|---|---|
| Pay Status: | >PAYMENT AFTER CHARGE OFF/COLLECTION< |
| Account Type: | REVOLVING ACCOUNT |
| Responsibility: | INDIVIDUAL ACCOUNT |
| Date Open: | 12/1998 |
| Date Closed: | 07/2005 |
| Date Paid: | 01/2005 |

- End of investigation results -

To view a free copy of your full, updated credit file, go to our website http://disclosure.transunion.com

Joseph P. Hadeed
8002 Hollington Place
Fairfax Station, Virginia 22039

October 11, 2010

Equifax Information Services LLCP.O. Box 740256Atlanta, GA 30374

Experian Information Solutions, Inc.
P.O. Box 2002
Allen, TX  75013

Trans Union LLC
P.O. Box 2000
Chester, PA 19022-2000

To Whom It May Concern:

You are reporting the following accounts within my credit file. None of them are mine.  These accounts were opened without my knowledge and have been reported as such to the creditors involved.

REDACTED

| Capital One | Account |
| Express | Account |
| Express | Account |
| Express | Account |
| WFF Cards | Account |
| WFNNB/Express Struct | Account |
| WFNNB/Victorias Secret | Account |
| WFNNB/Victorias Secret | Account |
| CBNA, LLC | Account |
| AFNI | Account |
| Credit Bureau of NA | Account REDACTED |
| Credit Control | Account |

I do not owe these debt.  I was the victim of identity theft.

With regard to the all accounts except the CBNA account, I had opened this account, but had my identity stolen by Elizabeth Mavrommatis (aka Elizabeth Grimm).  With regard to the CBNA account, Ms. Mavrommatis opened this account in my name without my knowledge or authority.   This thief stole my credit cards and charged it without my authority, permission or knowledge.   I



have filed criminal charges against Ms. Mavrommatis.   A certified copy of the 14 criminal charges are attached.   She was convicted of these charges.   If you wish more detailed information, you may contact the investigating officer, Fairfax County police detective A. A. DeSantis at (703) 922-0894, Fairfax County Police, Franconia District Station, 6121 Franconia Road, Alexandria, Virginia 22310.

I have contacted the above creditors many, many times since finding out about the existence of these accounts.   Attached you will find a copy of my prior correspondence with them, as well as with their collection agencies. All of these creditors have failed to adequately investigate these accounts, and have not provided evidence that I requested the accounts. I am therefore requesting that you, as the reporting agency, require them to investigate and furnish such proof as they have, and correct my credit report accordingly.

Please immediately remove these accounts from my credit report.  I am attaching a handwriting exemplar, and a fraud affidavit.    Please forward these examples and the other documents I'm providing to the above creditors and reinvestigate and remove these accounts.   If you do not intend to do so, please let me know immediately so that I may send them myself.

Please request that the above creditors produce documentation that I owe this debt, reinvestigate and remove these accounts.   When they fail to produce this documentation, please promptly remove this account, as it will then be apparent that these collection agencies and credit furnishers are merely trying to strong arm me as a consumer into paying a debt that I do not owe, and are holding my credit ransom if I do not pay this non existent debt.   In addition, please provide this letter to all of the creditors listed above. If any of them do not confirm the details I have provided to you in this letter, please do not re-report them unless you have received the note or application claimed by the creditor so you can compare it to my real signature.    If you need a handwriting expert, please call me and I will gladly pay the costs associated with the expert's analysis.

This matter is urgent to me, as this erroneous and derogatory credit reporting is significantly impairing my ability to obtain financing and to live my life free from the victimization I suffered by the original identity thief.   I am a business owner, and am in the process of purchasing property for my business.   This derogatory credit reporting is affecting my ability to finance this purchase.  I therefore beseech you to properly investigate this matter with all due haste, and remove the erroneous information from my credit report.

If any of these accounts are re-verified, please do not re report the account until you have called me at (703) 926-4155 (weekdays, 8:30 to 5:00) so that I can discuss this further and provide any additional documents you may need.    I SPECIFICALLY AUTHORIZE AND REQUEST YOU TO FORWARD THIS LETTER AND ALL ATTACHMENTS TO ALL CREDITORS REFLECTED

ABOVE.

For identification purposes, my SSN is REDACTED and my date of birth is REDACTED

Sincerely,

Joseph P. Hadeed

enc as stated

## AFFIDAVIT OF FRAUD

I, Joseph P. Hadeed, the undersigned, do hereby state and declare, that I reside at 8002 Hollington Place, Fairfax Station, Virginia, 22039, located in Fairfax County, Virginia, and my Social Security Number is REDACTED , and my date of birth is REDACTED .

That I have not authorized or empowered any individual to seek credit in my name with any of the creditors listed on my credit report wherein derogatory or negative information is stated against me; and

That I did not personally open or use said accounts which show negative or derogatory information about me on my credit reports; and

That I have reason to believe that the following individual committed identity theft against me, used my credit, and caused said creditors to report derogatory information concerning me to the credit reporting agencies: Elizabeth C. Mavrommatis, aka Elizabeth Grimm, address unknown.



JOSEPH P. HADEED

Notary Public: Subscribed and sworn to before me this 2 4 day of September, 2009.

NOTARY PUBLIC

Eugene Harris
Commonwealth of Virginia
Notary Public
Commission No. 304045
My Commission Expires 03/31/2013



October 11, 2010

## AFFIDAVIT OF FRAUD AND FORGERY

I, Joseph P. Hadeed, residing at 8002 Hollington Place, Fairfax Station, Virginia 22039, herein declare with respect to Express,   Account #   REDACTED   that:

1.  I have not used the balance owed on the account, or benefitted from the use of the account in any way.

2.  I have not authorized the account to be used

Joseph P. Hadeed
SSN:   REDACTED

State of _Virginia_      : County of _Alexandria City_ : Country of _USA_

Sworn to and depose of before me by Joseph P. Hadeed on this _21_ day of _Oct_ , 2010

My Commission

Expires On   _3 / 31 / 10_

Eugene Harris
Commonwealth of Virginia
Notary Public
Commission No. 304046
My Commission Expires 03/31/2013

October 11, 2010

## AFFIDAVIT OF FRAUD AND FORGERY

I, Joseph P. Hadeed, residing at 8002 Hollington Place, Fairfax Station, Virginia 22039, herein declare with respect to Express, Account # 1   REDACTED   that:

1. I have not used the balance owed on the account, or benefitted from the use of the account in any way.
2. I have not authorized the account to be used

Joseph P. Hadeed
SSN:   REDACTED

State of *Virginia* : County of *Alexandra City* : Country of *USA*

Sworn to and depose of before me by Joseph P. Hadeed on this *21* day of *Oct*, 2010

Expires On: *3/31/13*

My Commission

Eugene Harris
Commonwealth of Virginia
Notary Public
Commission No. 334046
My Commission Expires 03/31/2013

October 11, 2010

### AFFIDAVIT OF FRAUD AND FORGERY.

I, Joseph P. Hadeed, residing at 8002 Hollington Place, Fairfax Station, Virginia 22039, herein declare with respect to Express,   Account # . RED that:
ACTE

1. I have not used the balance owed on the account, or benefitted from the use of the account in any way.
2. I have not authorized the account to be used

Joseph P. Hadeed
SSN:    REDACTED

State of _Virginia_ : County of _Alexandria City_ : Country of _USA_

Sworn to and depose of before me by Joseph P. Hadeed on this _21_ day of
_Oct_ , 2010

My Commission

Expires On: _3/31/13_

Eugene Harris
Commonwealth of Virginia
Notary Public
Commission No. 304046
My Commission Expires 03/31/2013

October 11, 2010

## AFFIDAVIT OF FRAUD AND FORGERY

I, Joseph P. Hadeed, residing at 8002 Hollington Place, Fairfax Station, Virginia 22039, herein declare with respect to WFF Cards, Account   REDACTED   that:

1.   I have not used the balance owed on the account, or benefitted from the use of the account in any way.
2.   I have not authorized the account to be used

Joseph P. Hadeed
SSN:   REDACTED

State of  _Virginia_   : County of  _Alexandria City_ : Country of  _USA_

Sworn to and depose before me by Joseph P. Hadeed on this  _21_  day of
_Octo_____,_ 2010

Expires On:  _3/31/13_                                     My Commission

Eugene Harris
Commonwealth of Virginia
Notary Public
Commission No. 304046
My Commission Expires 03/31/2013

October 11, 2010

### AFFIDAVIT OF FRAUD AND FORGERY

I, Joseph P. Hadeed, residing at 8002 Hollington Place, Fairfax Station, Virginia 22039, herein declare with respect to WFNNB/Express Struct, Account REDACTED that:

1.  I have not used the balance owed on the account, or benefitted from the use of the account in any way.
2.  I have not authorized the account to be used

Joseph P. Hadeed
SSN:   REDACTED

State of _Virginia_ : County of _Alexandria_ : Country of _USA_

Sworn to and depose of before me by Joseph P. Hadeed on this _2 1_ day of _Oct_ , 2010

My Commission

Expires On: _3/31/13_

Eugene Harris
Commonwealth of Virginia
Notary Public
Commission No. 304046
My Commission Expires 03/31/2013

October 11, 2010

### AFFIDAVIT OF FRAUD AND FORGERY

I, Joseph P. Hadeed, residing at 8002 Hollington Place, Fairfax Station, Virginia 22039, herein declare with respect to WFNNB/Victorias Secret, Account    REDACTED    that:

1. I have not used the balance owed on the account, or benefitted from the use of the account in any way.
2. I have not authorized the account to be used

Joseph P. Hadeed
SSN:    REDACTED

State of __Virginia__ : County of __Alexandria City__ : Country of __USA__

Sworn to and depose of before me by Joseph P. Hadeed on this __21__ day of __Oct__ , 2010

My Commission

Expires On __3/31/13__

Eugene Harris
Commonwealth of Virginia
Notary Public
Commission No. 304046
My Commission Expires 03/31/2013

October 11, 2010

## AFFIDAVIT OF FRAUD AND FORGERY

I, Joseph P. Hadeed, residing at 8002 Hollington Place, Fairfax Station, Virginia 22039, herein declare with respect to WFNNB/Victorias Secret, Account REDACTED that:

1.  I have not used the balance owed on the account, or benefitted from the use of the account in any way.

2.  I have not authorized the account to be used

Joseph P. Hadeed
SSN:     REDACTED

State of _Virginia_ : County of _Alexandrie_ : Country of _USA_

Sworn to and depose of before me by Joseph P. Hadeed on this _0(_ day of _Oct_ , 2010

My Commission

Expires On _3/31/13_

Eugene Harris
Commonwealth of Virginia
Notary Public
Commission No. 304046
My Commission Expires 03/31/2013

October 11, 2010

### AFFIDAVIT OF FRAUD AND FORGERY

I, Joseph P. Hadeed, residing at 8002 Hollington Place, Fairfax Station, Virginia 22039, herein declare with respect to CBNA, LLC, Account · REDACTE that:
D

1.    I have not requested or authorized the above account to be opened in my name
2.    I have not guaranteed the above account
3.    I have not received statements for the above account.
4.    I have not made any payments to this account.
5.    I have not used the account, or benefitted from the use of the account in any way.

Joseph P. Hadeed
SSN:   REDACTED

State of  _Virginia_  : County of  _Alexandria City_  Country of  _USA_

Sworn to and depose of before me by Joseph P. Hadeed on this  _21_  day of
_Oct_ , 2010

Expires On  _3/31/13_

My Commission

Eugene Harris
Commonwealth of Virginia
Notary Public
Commission No. 304048
My Commission Expires 03/31/2013

October 11, 2010

### AFFIDAVIT OF FRAUD AND FORGERY

I, Joseph P. Hadeed, residing at 8002 Hollington Place, Fairfax Station, Virginia 22039,
herein declare with respect to Capital One,
Account # REDACTED that:

1.   I have not used the balance owed on the account, or benefitted from the use of the account in any way.
2.   I have not authorized the account to be used

Joseph P. Hadeed
SSN: REDACTED

State of _Virginia_ : County of _Alexandria City_ : Country of _USA_

Sworn to and depose of before me by Joseph P. Hadeed on this _21_ day of
_Oct_ , 2010

Expires On _3/31/13_                          My Commission

Eugene Harris
Commonwealth of Virginia
Notary Public
Commission No. 304045
My Com. Exp. Exp 03/31/2013

October 11, 2010

### AFFIDAVIT OF FRAUD AND FORGERY

I, Joseph P. Hadeed, residing at 8002 Hollington Place, Fairfax Station, Virginia 22039, herein declare with respect to Credit Bureau of NA, Account REDACTED that:

1. I have not used the balance owed on the account, or benefitted from the use of the account in any way.
2. I have not authorized the account to be used

Joseph P. Hadeed
SSN:    REDACTED

State of ___Virginia___ : County of ___Alexandria___ : Country of ___USA___

Sworn to and depose of before me by Joseph P. Hadeed on this __21__ day of ___Oct___, 2010

Expires On: __3/31/13__

My Commission

Eugene Harris
Commonwealth of Virginia
Notary Public
Commission No. 334046
My Commission Expires 03/31/2013

I swear that the following signature exemplars are my true and actual signatures as witnessed by the below referenced notary:

Signature #1

Signature #2

Signature #3

Signature #4

Signature #5

Commonwealth of Virginia
County of Alexandria City to-wit:

Before me, the undersigned notary public, in and for the aforesaid jurisdiction, appeared a person who sufficiently identified himself to me as Joseph P. Hadeed on this _H_ day of _oct_, 2010, and, after placing Affiant under oath, the Affiant, in my presence, signed the document to which this certification is attached and swore that the facts stated therein were true to best of Affiant's knowledge and belief.

_____
Notary Public

My commission expires: _3/31/13_

Eugene Harris
Commonwealth of Virginia
Notary Public
Commission No. 364046
My Commission Expires 03/31/2013

## Inquiry Information:

Date of Inquiry:    09/22/2011
UserID:             MRODRIGUEZ

Subject Information: Name:              Hadeed, Joseph
                     SSN:                 REDACTED

                     Current Address:   7308 Floyd AV
                                         Springfield, VA 22150

## Report Results

```
BEACON 5.0 SCORE:     627                           00038/00013/00014/00016
SERIOUS DELINQUENCY AND DEROGATORY PUBLIC RECORD OR COLLECTION FILED
TIME SINCE DELINQUENCY IS TOO RECENT OR UNKNOWN
LENGTH OF TIME ACCOUNTS HAVE BEEN ESTABLISHED
LACK OF RECENT REVOLVING ACCOUNT INFORMATION
RBF -  31% - 334 - 818

*********************************************************************************
SSN AFFIRM - INQUIRY SSN ASSOCIATED WITH CONSUMER

*********************************************************************************
COMPLIANCE DATA CENTER, INC.

*NO MATCH FOUND IN CDC'S OFAC DATABASE

*   END OF REPORT, COMPLIANCE DATA CENTER, INC.

*********************************************************************************

*********************************************************************************

* EXTENDED FRAUD VICTIM                                              *

* ADDRESS DISCREPANCY - NO SUBSTANTIAL DIFFERENCE OCCURRED           *

*********************************************************************************

*  007 EQUIFAX INFORMATION SERVICES LLC,              P O BOX 740241,
       ,ATLANTA,GA,30374-0241,800/685-1111,WWW.EQUIFAX.COM/FCRA

*HADEED,JOSEPH,P   SINCE 06/23/87 FAD 09/21/11        FN-261
 7308,FLOYD,AVE,SPRINGFIELD,VA,22150,CRT RPTD 02/11
 8002,HOLLINGTON,PL,FAIRFAX STATION,VA,22039,CRT RPTD 10/09
 7807,HAYFIELD,RD,ALEXANDRIA,VA,22315,CRT RPTD 02/11
 BDS-         REDACTED
01 ES-,SELF EMPLOYED
02 EF-PRESIDENT,SALES    SERVICE  INC,ALEXANDR,VA
03 E2-,UNKNOWN

*SUM-04/97-09/11,PR/OI-NO,COLL-YES,FB-NO, ACCTS:19,HC$549-600K, 17-ONES, 1-NINE
 , 1-OTHER, HIST DEL- 1-TWO, 1-NINE.
04 05/07 SPECL 915AA133   E EXTENDED FRAUD
05 05/07 SPECL 915AA133   D PROMOTIONAL BLOCK
```



```
06 06/07 SPECL 915AA133   F FRAUD FILE
07 ALERT CONTACT* - EXTENDED FRAUD,RPTD-05/21/2007,EFFECT:05/21/2007

****** COLLECTION ITEMS ******
LIST  RPTD  AMT/BAL DLA/ECOA AGENCY/CLIENT              STATUS/SERIAL
03/05 01/11 $888        01/05 831YC1142  CREDITCONT     UNPAID
            $888    I     COX COMMUNICATI              REDACTED
    CONSUMER DISPUTES THIS ACCOUNT INFORMATION
    COLLECTION ACCOUNT
****************************
FIRM / IDENT CODE    CS  RPTD   LIMIT  HICR  BAL$ DFD/DLA MR(30-60-90+)MAX/DEL
ECOA/ACCOUNT NUMBER      OPND   P/DUE  TERM       24 MONTH HISTORY
----------------------------------------------------------------------------
WFNNB/EXP   REDACTED  R9 01/11    0    ---     0 11/04 27 (00-00-67)09/10-R9
  I/    REDACTED         06/98   ---   ---       99*999999999/99999999999
    CONSUMER DISPUTES AFTER RESOLUTION
    CHARGED OFF ACCOUNT

REEDS    REDACTED     R1 05/07   ---  1524     0 03/03 36
I/900139                06/97   ---   ---

GTWY/CBNA  REDACTED    R1 03/05  1700  ---     0 10/02 36
I/.  REDACTED            03/02   ---   ---
    CLOSED OR PAID ACCOUNT/ZERO BALANCE


WFN/LIMITD  REDACTE    R1 03/03  ---   610     0 03/03 68
I/  REDACTED            07/97   ---   ---

PROVIDIAN  REDACTED    R1 08/02  ---   549     0 06/02 09
I/ REDACTED             10/01   ---   ---
    ACCOUNT CLOSED BY CONSUMER
    CLOSED OR PAID ACCOUNT/ZERO BALANCE

    REVOLVING TOTALS            ---  1524   ---
                                ---   ---
----------------------------------------------------------------------------
CHASE    REDACTED     I1 09/11   ---  166K  9675C 09/11 77
I/  REDACTED             02/03   ---  1340

BRKS HRBRT  REDACTED   I1 09/11   ---  37972  28786 09/11 10
I/ REDACT               10/10   ---   858
    AUTO
    FIXED RATE

BRKE HRBRT* REDACTED   I1 09/11   ---  600K  592K 09/11 05
I/ REDACTE              03/11   ---  3708
    REAL ESTATE MORTGAGE
    CONVENTIONAL MORTGAGE

BRKE HRBRT* REDACTED   I1 09/11   ---  519K  500K 09/11 31
I/ REDACT               02/09   ---  4009
    REAL ESTATE MORTGAGE
    CONVENTIONAL MORTGAGE

MB FIN SVC* REDACTE    I1 08/11   ---  59248  47727 08/11 05
C/ REDACTED             02/11   ---  1645
    AUTO
```

*(handwritten annotation):* Should be removed based on fraud (was removed from other 2 credit agencies)

Report Results - This Form Produced by Equifax | User Reference: MRODRIGUEZ          Page 3 of 4

```
          LEASE

BMW FIN     REDACTED   I1 07/11   ---  25004 18750 07/11 12 (01-00-00)12/10-I2
M/ REDACTED              05/10    ---    588           ******2*****/**
   AUTO
   REAFFIRMATION OF DEBT

MB FIN SVC* REDACTE    I1 03/11   ---  63309     0 03/11 19
C/ REDACTED             08/09    ---    ---
   CLOSED OR PAID ACCOUNT/ZERO BALANCE
   AUTO

HD CREDIT   REDACTED   I1 01/10   ---  14698     0 12/09 29
I/  REDACTED            07/07    ---    292
   CLOSED OR PAID ACCOUNT/ZERO BALANCE
   AUTO

AMERICASSE  REDACTE    I1 01/10   ---   297K     0 12/04 19
I/  REDACTED            03/03    ---     0
   CONSUMER DISPUTES THIS ACCOUNT INFORMATION


   CLOSED OR PAID ACCOUNT/ZERO BALANCE

MB FIN SVC* REDACTE    I1 09/09   ---  32294     0 09/09 09
C/ REDACTED             11/08    ---    ---
   CLOSED OR PAID ACCOUNT/ZERO BALANCE
   AUTO

MOAC       REDACTED    I1 01/08   ---   166K     0 05/04 14
I/REDACTE              02/03    ---   1382
   CLOSED OR PAID ACCOUNT/ZERO BALANCE

BRKS HRBRT* REDACTED   I1 02/04   ---  26500   --- 02/04 33
J/ REDAC               04/01    ---    880

BK OF AMER* REDACTED   I1 03/03   ---   135K     0 02/03 59
I/  REDACTED            03/98    ---   1201
   FREDDIE MAC ACCOUNT
   CLOSED OR PAID ACCOUNT/ZERO BALANCE

   INSTALLMENT TOTALS           ---  1408K 1284K
                                ---  12148
-------------------------------------------------------
   GRAND TOTALS                 ---  1409K 1284K
                                ---  12148
-------------------------------------------------------
GEMB/JCP   REDACTED     09/11   ---    ---   --- 09/11
/  REDACTED             04/97   ---    ---
   LOST OR STOLEN CARD
   CHARGE


*INQS-AZTECFINCL REDACTED  07/08/11   CBNA      REDACTE  06/19/11
       COMCAST             03/07/11   AMER SVCTR    D   02/16/11
       FACTL DTA           02/02/11   EMS              01/12/11
       EMS                 12/04/10   FK REDACTED AZTECFI 12/02/10
       AZTECFINCL          12/02/10   CREDCO   REDACTED 11/17/10
       KROLLFD             10/01/10   KROLLFD          09/22/10
       CREDCO              08/12/10   CREDCO           05/13/10
       AZTECFINCL          03/22/10   KROLLFD          02/02/10
```

Report Results - This Form Produced by Equifax | User Reference: MRODRIGUEZ          Page 4 of 4

|  | REDACTED |  |  | REDACTED |  |
|---|---|---|---|---|---|
| CREDCO & | | 02/02/10 | TEDBRITT | | 09/30/09 |

END OF REPORT EQUIFAX AND AFFILIATES -   09/22/11