# EXHIBIT B

4206476.1/SP/83057/1325/083012

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

JOSEPH P. HADEED,

      Plaintiff,

v.

EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC. and TRANS UNION LLC,

      Defendants.

Civil Action No. _____

## JOINDER AND CONSENT TO REMOVAL FOR DEFENDANT EXPERIAN

Without waiving any other defenses, Experian Information Solutions, Inc. hereby joins in and consents to the removal of this action from the Circuit Court for the City of Alexandria, Virginia.

Experian Information Solutions, Inc. first received a copy of the Complaint, the initial pleading setting forth the claim for relief upon which this action is based, on August 14, 2012.

                      EXPERIAN INFORMATION SOLUTIONS, INC.

BY: _____
David N. Anthony
Virginia State Bar No. 31696
*Counsel for Experian Information Solutions, Inc.*
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, VA 23219
Telephone: 804-697-5410
Facsimile: 804-698-5118
Email: david.anthony@troutmansanders.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

JOSEPH P. HADEED,

          Plaintiff,

vs.

EQUIFAX INFORMATION SERVICES LLC,
EXPERIAN INFORMATION SOLUTIONS, INC.
TRANS UNION LLC,

          Defendants.

CASE NO.

### EQUIFAX INFORMATION SERVICES LLC'S CONSENT TO REMOVAL

Pursuant to Sections 1441 and 1446 of Title 28 of the United States Code, Defendant Equifax Information Services LLC acknowledges its consent to the removal of this action from the Circuit Court for the City of Alexandria, Virginia, to the United States District Court for the Eastern District of Virginia without waiving its rights to assert any personal jurisdictional claims or other motions, including Rule 12 motions and/or any other motions under the Federal Rules of Civil Procedure.

Equifax was served with the Complaint on August 14, 2012.

Dated: August 28, 2012.

          Respectfully submitted,

          John W. Montgomery, Jr.
          Virginia State Bar No. 37149
          Counsel for Equifax Information Services, LLC
          Montgomery & Simpson, LLLP
          2116 Dabney Road, Suite A-1
          Richmond, VA 23230
          Telephone (804) 355-8744
          Facsimile (804) 355-8748
          Email: jmontgomery@jwm-law.com